# APPENDIX A

## HBCU Teams Penalized with Postseason Bans, By Academic Year

| 2010-11 | Team |
|---|---|
| Hampton University | Football |
| North Carolina A&T State University | Football |
| Texas Southern University | Football |
| Mississippi Valley State University | Men's Basketball |
| University of Arkansas, Pine Bluff | Men's Basketball |

| 2011-12 | Team |
|---|---|
| Grambling State University | Men's Basketball |
| Mississippi Valley State University | Baseball |
| Mississippi Valley State University | Football |
| Mississippi Valley State University | Men's Basketball |
| Norfolk State University | Men's Track, Indoor |
| Norfolk State University | Men's Track, Outdoor |
| Savannah State University | Football |
| Southern University, Baton Rouge | Men's Track, Indoor |
| Southern University, Baton Rouge | Men's Track, Outdoor |
| University of Arkansas, Pine Bluff | Men's Basketball |

| 2012-13 | Team |
|---|---|
| Alabama A&M University | Men's Golf |
| Alabama State University | Football |
| Alabama State University | Men's Basketball |
| Delaware State University | Men's Track, Indoor |
| Florida A&M University | Football |
| Florida A&M University | Men's Basketball |
| Howard University | Men's Soccer |
| Howard University | Women's Lacrosse |
| Mississippi Valley State University | Baseball |
| Mississippi Valley State University | Football |
| Norfolk State University | Men's Cross Country |
| Norfolk State University | Men's Track, Indoor |
| Norfolk State University | Men's Track, Outdoor |
| Prairie View A&M University | Football |
| Savannah State University | Football |
| Southern University, Baton Rouge | Baseball |
| Southern University, Baton Rouge | Men's Basketball |
| Southern University, Baton Rouge | Men's Track, Indoor |

1

| | |
|---|---|
| Southern University, Baton Rouge | Men's Track, Outdoor |
| Southern University, Baton Rouge | Women's Cross Country |
| Southern University, Baton Rouge | Women's Track, Indoor |
| Southern University, Baton Rouge | Women's Track, Outdoor |
| University of Arkansas, Pine Bluff | Football |

| **2013-14** | **Team** |
|---|---|
| Alabama State University | Football |
| Alcorn State University | Men's Basketball |
| Florida A&M University | Football |
| Florida A&M University | Men's Basketball |
| Florida A&M University | Men's Track, Indoor |
| Florida A&M University | Men's Track, Outdoor |
| Howard University | Men's Soccer |
| Mississippi Valley State University | Baseball |
| Prairie View A&M University | Men's Golf |
| Prairie View A&M University | Men's Track, Indoor |
| Prairie View A&M University | Men's Track, Outdoor |
| Savannah State University | Football |
| Southern University, Baton Rouge | Baseball |
| Southern University, Baton Rouge | Men's Cross Country |
| Southern University, Baton Rouge | Men's Track, Indoor |
| Southern University, Baton Rouge | Men's Track, Outdoor |
| Southern University, Baton Rouge | Women's Cross Country |

| **2014-15** | **Team** |
|---|---|
| Alabama State University | Men's Tennis |
| Alcorn State University | Men's Basketball |
| Florida A&M University | Football |
| Florida A&M University | Men's Track |
| Howard University | Football |
| Howard University | Men's Swimming and Diving |
| Howard University | Softball |
| Howard University | Women's Lacrosse |
| Morgan State University | Football |
| Morgan State University | Men's Cross Country |
| Savannah State University | Football |
| Savannah State University | Men's Basketball |
| Southern University, Baton Rouge | Baseball |
| Southern University, Baton Rouge | Football |
| Southern University, Baton Rouge | Men's Cross Country |
| Southern University, Baton Rouge | Men's Track |

| | |
|---|---|
| Southern University, Baton Rouge | Softball |
| Southern University, Baton Rouge | Women's Basketball |
| Southern University, Baton Rouge | Women's Cross Country |
| Southern University, Baton Rouge | Women's Track |
| Southern University, Baton Rouge | Women's Volleyball |

**2015-16** **Team**

| | |
|---|---|
| Alabama A&M University | Baseball |
| Alabama A&M University | Men's Basketball |
| Alabama A&M University | Men's Golf |
| Alabama A&M University | Women's Cross Country |
| Grambling State University | Men's Basketball |
| Grambling State University | Men's Cross Country |
| Grambling State University | Men's Track |
| Howard University | Men's Swimming and Diving |
| Morgan State University | Men's Cross Country |
| Savannah State University | Football |
| Southern University, Baton Rouge | Baseball |
| Southern University, Baton Rouge | Men's Cross Country |
| Southern University, Baton Rouge | Men's Track |
| Southern University, Baton Rouge | Women's Cross Country |

**2016-17** **Team**

| | |
|---|---|
| Alabama A&M University | Men's Basketball |
| Alabama A&M University | Men's Golf |
| Alabama A&M University | Men's Track |
| Alabama A&M University | Women's Cross Country |
| Grambling State University | Softball |
| Mississippi Valley State University | Baseball |
| Morgan State University | Football |

**2017-18** **Team**

| | |
|---|---|
| Alabama A&M University | Baseball |
| Alabama A&M University | Men's Track |
| Grambling State University | Men's Track |
| Savannah State University | Baseball |
| Savannah State University | Football |
| University of Arkansas, Pine Bluff | Men's Golf |

| 2018-19 | Team |
|---|---|
| Alabama A&M University | Men's Basketball |
| Alabama A&M University | Men's Track |
| Alabama A&M University | Women's Soccer |
| Alabama State University | Men's Basketball |
| Coppin State University | Women's Track |
| Delaware State University | Men's Basketball |
| Grambling State University | Men's Track |
| Howard University | Football |
| Prairie View A&M University | Football |
| Southern University, Baton Rouge | Men's Cross Country |
| Southern University, Baton Rouge | Men's Track |