UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS KRUGER, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:19-cv-01402-JRS-MJD |
| | ) |
| ARROW CONTAINER, LLC, et al. | ) |
| | ) |
| Defendants. | ) |

### ENTRY FOR DECEMBER 14, 2020

On this date, the Court held a fairness hearing in this matter. Ronald Weldy was present on behalf of the Plaintiffs. Anthony Overholt was present on behalf of the Defendant. The Court Reporter was Cathy Jones.

A discussion was held on the record with regard to the final approval of the settlement. A separate order will be issued.

The hearing was concluded.

Date: 12/14/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Anthony W. Overholt
FROST BROWN TODD LLC (Indianapolis)
aoverholt@fbtlaw.com

Ronald E. Weldy
WELDY LAW
rweldy@weldylegal.com