# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | |
|---|---|
| TROYCE MANASSA, et al. | ) |
|         Plaintiff(s), | ) |
| | ) |
| vs. | ) CASE NO. 1:20–cv–03172–JRS–MJD |
| | ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al. | ) |
|         Defendant(s) | ) |

## ORDER OF RECUSAL/DISQUALIFICATION

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.


DATE: December 30, 2020         s/   Judge James R. Sweeney II
                                United States District Court
                                Southern District of Indiana