UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, AUSTIN DASENT, and J'TA FREEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; THE BOARD OF GOVERNORS OF THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; and THE DIVISION I BOARD OF DIRECTORS OF THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendants. | Case No. 1:20-cv-03172-RLY-MJD |

## MOTION TO WITHDRAW APPEARANCE OF JESSICA M. LINDEMANN

Jessica M. Lindemann respectfully requests to withdraw her appearance on behalf of Defendants, National Collegiate Athletic Association, the Board of Governors of the National Collegiate Athletic Association, and the Division I Board of Directors of the National Collegiate Athletic Association. Defendants will continue to be represented by Victor D. Vital, R. Anthony Prather and Valerie Chisara Ezie-Boncoeur of Barnes & Thornburg LLP.

WHEREFORE, the undersigned counsel respectfully requests that the court GRANT the Motion to Withdraw Appearance in the above captioned matter.

/s/ Jessica M. Lindemann
Jessica Lindemann (31058-49)
Victor D. Vital (Pro Hac Vice)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

*Attorneys for Defendants, National Collegiate Athletic Association, the Board of Governors of the National Collegiate Athletic Association, and the Division I Board of Directors of the National Collegiate Athletic Association*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been electronically filed and served on counsel for all parties of record through the CM/ECF system in accordance with the Federal Rules of Civil Procedure on June 23, 2021.

/s/ Jessica M. Lindemann
Jessica Lindemann