UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| TROYCE MANASSA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 1:20-cv-03172-RLY-MJD |

## <u>JOINT REPORT ON THE STATUS OF DISCOVERY</u>

Pursuant to the Court's October 4, 2021, Scheduling Order (Dkt. No. 47) and April 13, 2022, Minute Entry (Dkt. No. 91), the parties jointly submit the following Joint Report on the Status of Discovery.

**1. A detailed description of all discovery completed within the preceding 28 days.**

**Plaintiff:**

N/A

**The NCAA:**

On April 1, 2022, the NCAA made a supplemental document production containing 1,265 documents totaling 10,064 pages of documents. On April 15, 2022, the NCAA made a supplemental document production containing 3,858 documents totaling 19,167 pages of documents.

**2. A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.**

**Plaintiff:**

Plaintiff's response to Defendant's Third Request for Production of Documents was due on May 2, 2022. Defendant granted Plaintiff's request for an extension to respond to May 16, 2022.  Attorneys Beth Fegan, Je Yon Jung, Melissa Clark, LaRuby May, and Brooke Achua are responsible for completing this discovery.

The parties are negotiating extensions of the case deadlines provided in the current Case Management Order and intend to present a joint submission to the court requesting its entry of agreed on deadlines in the very near future.

**The NCAA:**

The NCAA served a subpoena on Savannah State University and is awaiting a formal response and document production from the university.

The NCAA requests an update on the status of the subpoenas that Plaintiff served on Howard University and Southern University, as the NCAA does not know whether either entity responded to the subpoenas, or produced documents.

The NCAA agreed to Plaintiff's request for a two-week extension of time to respond to Plaintiff's Third Set of Requests for Production, extending this deadline through May 16, 2022.

The NCAA recently learned of a significant conflict of interest issue with Plaintiff's counsel FeganScott, which is summarized in section 3 below. Resolution of this conflict of interest issue impacts the timing of the NCAA's subsequent document productions.

The parties are negotiating extensions of the case deadlines provided in the current Case Management Order, and intend to present a joint submission to the court requesting its entry of agreed on deadlines.

The current conflict of interest issue impacts the timeline of the NCAA's next document productions. That said, the NCAA is still making diligently progress towards completing its rolling document productions, given the large volume of data involved in responding to Plaintiff's comprehensive document requests. The technology assisted review platform ("TAR") that the NCAA is using to assist in its document production has begun active learning within the voluminous universe of collected documents. The NCAA anticipates that active learning will expedite the review and production of its remaining collected documents. The parties have been working diligently and cooperatively in this process. The NCAA's counsel, Chisara Ezie-Boncoeur, Brian Casey, and Alicia Raines Barrs are responsible.

3. **A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.**

**Plaintiff:**

The Parties participated in an informal discovery conference with Magistrate Judge Dinsmore on April 22, 2022, regarding Defendant's production of documents related to all academic requirement programs and/or predecessor programs. The parties conducted a final meet and confer meeting on April 26, 2022, and were unable to resolve the issue. Accordingly, Plaintiffs will file a motion to compel in the next few weeks.  Attorneys Beth Fegan, Je Yon Jung, Melissa Clark, LaRuby May, and Brooke Achua are responsible for completing this discovery.

With respect to the "conflict of interest" issue raised by Defendant. FeganScott is prepared to address the alleged conflict of interest at the upcoming conference. FeganScott does not believe a conflict exists that precludes their involvement in this case. In any event, NCAA may continue to produce documents to May Lightfoot PLLC, and FeganScott agrees to not review any such

documents until this issue is resolved. Attorneys Beth Fegan, Melissa Clark, and Brooke Achua are responsible for this matter.

**The NCAA**:

The NCAA recently learned that Plaintiff's counsel FeganScott has a significant conflict of interest that directly impacts this lawsuit, and has existed during discovery. Given the sensitive nature of this topic, the NCAA intends to discuss this conflict of interest and its ramifications in further detail at the upcoming conference. As a precautionary measure, the NCAA has paused its document production until resolution of this conflict of interest.

Plaintiff intends to file a motion to compel discovery unrelated to the actual NCAA academic program that Plaintiff's claims and alleged harm are based on. Once the motion is filed, the NCAA will respond, and may request the imposition of a briefing schedule.

4. **A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.**

**Plaintiff**:  Plaintiff will respond to Defendant's Third Set of Requests for Production of Documents by May 16, 2022. Plaintiff also anticipates serving additional discovery requests on Defendant and third-parties. The status of the third-party subpoenas to SSU and Howard University remain pending. Attorneys Beth Fegan, Je Yon Jung, Melissa Clark, LaRuby May, and Brooke Achua are responsible for completing this discovery.

**The NCAA:**

The NCAA is assessing the need for serving additional interrogatories on Plaintiff. It is also assessing the potential need to move to compel deficient responses from Plaintiff to the NCAA's interrogatories and requests for production.  The NCAA has provided Plaintiff with a Rule 26(f) letter and may seek to meet and confer regarding the issues raised in this letter in the future.

5.   **A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.**

**Plaintiff:** Plaintiff anticipates substantial ongoing discovery over the course of the next several months, including 30(b)(6) and fact depositions including, but not limited to, members of the HBCU Academic Advisory Group, NCAA's corporate witnesses and 30(b)(6) witnesses, NCAA corporate and fact witnesses related to the APP and its various iterations, other fact witnesses, and expert witnesses (once disclosed). Plaintiff expects to provide further detail in this regard as discovery progresses and complete discovery responses are received from Defendant. Attorneys Elizabeth Fegan, Je Yon Jung, Melissa Clark, LaRuby May, and Brooke Achua are responsible for this matter.

**The NCAA:**

The NCAA will depose Plaintiff after both parties have completed their document productions and written discovery.

The NCAA may depose one or more representatives of Savannah State University; however, a review of the subpoenaed documents from this institution (which remain forthcoming), will inform that decision.  The NCAA also anticipates depositions of other third-party fact witnesses.

The NCAA anticipates taking expert discovery regarding liability, damages and class certification issues. The parties are negotiating a timeframe to complete expert discovery that they intend to jointly present to the Court. The NCAA's counsel, Chisara Ezie-Boncoeur and Brian Casey, are responsible for developing the NCAA's discovery plan.

6. **Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.**

**Plaintiff:** None

**The NCAA:** None.


DATED: May 2, 2022                        Respectfully submitted,

                                          */s/ V. Chisara Ezie-Boncoeur*
                                          Victor D. Vital (Admitted *Pro Hac Vice*)[1]
                                          victor.vital@btlaw.com
                                          V. Chisara Ezie-Boncoeur
                                          cezie@btlaw.com
                                          Brian E. Casey
                                          brian.casey@btlaw.com
                                          Alicia Raines Barrs
                                          Alicia.Rainesbarrs@btlaw.com
                                          Ilana Zelener
                                          Ilana.Zelener@btlaw.com
                                          (Admitted *Pro Hac Vice*)
                                          BARNES & THORNBURG LLP
                                          201 S. Main Street
                                          South Bend, IN  46204
                                          Telephone: 574-233-1171
                                          Facsimile: 574-237-1125

                                          *Attorneys for Defendant the NCAA*

                                          AND


                                          By:   */s/ Je Yon Jung*
                                          Elizabeth A. Fegan *(*admitted *pro hac vice)*
                                          beth@feganscott.com
                                          Melissa Clark (admitted *pro hac vice*)

---

[1] Mr. Vital can be contacted at Barnes & Thornburg LLP's Dallas, Texas office.

melissa@feganscott.com
Brooke Achua (admitted *pro hac vice*)
brooke@feganscott.com
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone:   (312) 741-1019
Facsimile: (312) 264-0100

Je Yon Jung (admitted *pro hac vice*)
LaRuby May (admitted *pro hac vice*)
**MAY LIGHTFOOT PLLC**
3200 Martin Luther King Jr. Ave. S.E.
Third Floor
Washington, DC  20032
Telephone:   (202) 918-1824
Facsimile:  (202) 918-1010
jjung@maylightfootlaw.com

William N. Riley, Bar No.:  14941-49
Russell B. Cate, Bar No.: 27596-29
**RILEYCATE, LLC**
11 Municipal Drive, Ste. 320
Fishers, IN  46038
Telephone:  (317) 588-2866
Facsimile:  (317) 458-1875
wriley@rileycate.com
rcate@rileycate.com

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been filed using this court's ECF system and counsel of record for all parties will be served accordingly.

 */s/ Je Yon Jung*
Je Yon Jung