UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-03172-RLY-MJD |
| ) | |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

**AMENDED SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

The Court, *sua sponte*, hereby **CONTINUES** the May 4, 2022 Telephonic Status Conference to **Friday, May 6, 2022 at 2:00 p.m. (Eastern)**. All other requirements of the Court's Order scheduling the conference [Dkt. 91] remain in effect, and counsel shall use the same teleconference call-in information issued on this date. [Dkt. 95.]

SO ORDERED.

Dated: 3 MAY 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.