UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:20-cv-03172-RLY-MJD |
| v. | ) |
| | ) |
| NATIONAL COLLEGIATE | ) |
| ATHLETIC ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Plaintiff, Troyce Manassa, hereby respectfully moves the Court to compel Defendant, NCAA, to produce information and documents that are responsive to Plaintiff's written discovery requests served in this litigation, in accordance with Fed. R. Civ. P. 37 (a)(2)-(3). The specific Plaintiff's Requests for Production are Nos. 2, 3, 46, 49, and 51.

In further support of Plaintiff's Motion, Plaintiff incorporates herein and makes a part hereof Plaintiff's Memorandum in Support of his Motion to Compel Discovery filed contemporaneously herewith, as required by Local Rule 7-1(b)(2). In addition, Plaintiff's counsel hereby certifies that they have in good faith conferred with Defendant NCAA's counsel in an effort to resolve the matter without necessitating a motion or requiring court action. However, the parties were unsuccessful in resolving the matter.

WHEREFORE, Plaintiff, Troyce Manassa, respectfully requests this Court to enter an order compelling discovery and providing all other just and proper relief.

Dated: May 19, 2022

Respectfully submitted,

By: /s/ Je Yon Jung

Je Yon Jung (admitted pro hac vice)
MAY LIGHTFOOT PLLC
3200 Martin Luther King Jr. Ave. S.E.
Third Floor
Washington, DC  20032
Telephone:  (202) 918-1824
Facsimile:  (202) 918-1010
jjung@maylightfootlaw.com

LaRuby May (admitted pro hac vice)
MAY LIGHTFOOT PLLC
3200 Martin Luther King Jr. Ave. S.E.
Third Floor
Washington, DC  20032
Telephone:  (202) 918-1824
Facsimile:  (202) 918-1010
lmay@maylightfootlaw.com

William N. Riley, Bar No.:  14941-49
Russell B. Cate, Bar No.: 27596-29
RILEYCATE, LLC
11 Municipal Drive, Ste. 320
Fishers, IN  46038
Telephone:  (317) 588-2866
Facsimile:  (317) 458-1875
wriley@rileycate.com
rcate@rileycate.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May 2022, a copy of the foregoing was electronically filed in the Court's ECF system to which the following counsel are registered:

R. Anthony Prather (State Bar No. 6478-49)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN  46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433

Victor D. Vital (admitted pro hac vice)
BARNES & THORNBURG LLP
2121 N. Pearl Street, Ste. 700
Dallas, TX  75201
Telephone:  (214) 258-4200
Facsimile:  (214) 258-4199

V. Chisara Ezie-Boncoeur
BARNES & THORNBURG LLP
201 S. Main Street, Ste. 400
South Bend, IN  46601
Telephone:  (574) 237-1273
Facsimile:  (574) 237-1125

*Attorneys for Defendant*

By:  /s/ Je Yon Jung
Je Yon Jung