UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:20-cv-03172-RLY-MJD |
| v. | ) |
| | ) |
| NATIONAL COLLEGIATE | ) |
| ATHLETIC ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion to Compel Discovery on Defendant, NCAA, and Defendant's Opposition thereto, it is this ___ day of _____, 2022, hereby:

**ORDERED,** that the Plaintiff's Motion is **GRANTED;** and it is further

**ORDERED**, that Plaintiff shall be entitled to recover costs and fees associated with making this Motion.

_____
Magistrate Judge Mark J. Dinsmore

Service will be made electronically on all ECF-registered counsel of record via e-mail generated by the Court's ECF system