UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 1:20-cv-03172-RLY-MJD |

### MOTION TO DISQUALIFY FEGANSCOTT LLC AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 7-1(g), Defendant, the National Collegiate Athletic Association ("NCAA"), by and through its undersigned attorneys, respectfully move this Court for an order disqualifying the law firm of FeganScott LLC ("FeganScott") as counsel for Plaintiff, Troyce Manassa ("Manassa"), because FeganScott has an irreconcilable conflict of interest under Rules 1.7, 1.9, and 1.10 of the Indiana Rules of Professional Conduct ("RPC") that can only realistically be solved through disqualification.

FeganScott is co-lead counsel for Manassa, and concurrently with this litigation, FeganScott counsel worked for the NCAA in this lawsuit. RPC 1.7 clearly prohibits concurrent representation of two clients at opposite sides of the same dispute. RPC 1.9 prohibits an attorney from knowingly representing a person in the same or substantially related matter in which that person's interests are materially adverse to the interests of the former client, unless the former client gives informed consent in writing. FeganScott attorney, Mr. Sakthivel, violated these rules, and these violations are imputed to FeganScott, in accordance with RPC 1.10. To preserve justice

and integrity, FeganScott should be disqualified from continuing to represent Manassa in this case, and any members of the proposed class.

On April 26, 2022, the NCAA, via email, made reasonable efforts to confer with FeganScott under Local Rule 7-1(g)(1)(A) and (C) and Local Rule 7-1(g)(2) to resolve the matters raised in the Motion prior to filing the Motion. On May 1, 2022, FeganScott responded, via email, and declined to withdraw as counsel. The parties continued to discuss the matter at a joint telephonic discovery status conference before Judge Dinsmore on May 6, 2022, which was attended by Plaintiff's lead counsel, Plaintiff's local counsel, and the NCAA's counsel. Plaintiff has indicated it opposes this Motion.

DATED: May 23, 2022

Respectfully submitted,

*/s/ Brian E. Casey*
Victor D. Vital (Admitted *Pro Hac Vice*)[1]
victor.vital@btlaw.com
V. Chisara Ezie-Boncoeur
cezie@btlaw.com
Brian E. Casey
brian.casey@btlaw.com
Alicia Raines Barrs
Alicia.Rainesbarrs@btlaw.com
Ilana Zelener
Ilana.Zelener@btlaw.com
(Admitted *Pro Hac Vice*)
BARNES & THORNBURG LLP
201 S. Main Street
South Bend, IN 46204
Telephone: 574-233-1171
Facsimile: 574-237-1125

*Attorneys for Defendant the NCAA*

---

[1] Mr. Vital can be contacted at Barnes & Thornburg LLP's Dallas, Texas office.

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document has been filed using this court's ECF system on all counsel of record .

                                                    */s/ Brian E. Casey*
                                                    Brian E. Casey