# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:20-cv-03172-RLY-MJD |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | |
| Defendant. | |

### Declaration of Brian E. Casey

I, Brian E. Casey, declare, pursuant to 28 U.S.C. §1746, under penalty of perjury that the following facts are true and correct:

1.     I am a partner at Barnes & Thornburg LLP. I, along with members of my firm, represent the National Collegiate Athletic Association (the "NCAA") in the above-referenced lawsuit. In that capacity, I have personal knowledge of the facts set forth in this declaration. I submit this declaration in support of the NCAA's Motion to Disqualify FeganScott LLC as Counsel for Plaintiff (the "Motion").

2.     Elizabeth Fegan and her firm FeganScott LLC ("FeganScott") are lead counsel for Plaintiff and the putative class members in this lawsuit, along with attorneys at the firm May Lightfoot PLLC.

3.     Plaintiff served sixty comprehensive requests for production on the NCAA in this lawsuit, a true and correct copy of which are attached hereto as **Exhibit 1.**

4.     The NCAA retained Proteus Discovery Group, LLC ("Proteus") to assist the NCAA with e-discovery needs in this lawsuit, including items related to producing non-privileged

1

documents responsive to the requests for production Plaintiff served on the NCAA (the "Manassa Project").

5.      In order to respond to the discovery served by Plaintiff, the NCAA collected a voluminous universe of data exceeding 250 GB, much of which includes non-public material, and sensitive material related to academics and student-athletes, and their personally identifiable information.

6.      Given the volume of collected documents, the NCAA required the assistance of document review attorneys to conduct analysis and review among the universe of collected documents, for considerations related to document responsiveness, confidentiality, privilege, and issue coding.

7.      Proteus, as the NCAA's e-discovery vendor in this lawsuit, retained attorneys to assist in the review, analysis, and coding of NCAA documents. Ravi Sakthivel ("Sakthivel") is an attorney that Proteus retained in March 2022, to perform document review and analysis work for the NCAA in this lawsuit.

8.      Among other things, the NCAA's counsel within my firm developed issue codes for document reviewers to analyze and use where applicable, concerning important case themes and defensive strategies reflecting the NCAA's work product and general case strategy. The document review protocol provided to the attorneys that Proteus engaged to assist in the Manassa Project contained this and other privileged work-product information.

9.      On or about April 22, 2022, Proteus informed my firm that it learned that day that Mr. Sakthivel appeared to be an attorney employed by Plaintiff's counsel FeganScott. Upon receipt of this news, the NCAA's counsel at Barnes & Thornburg promptly began to investigate this

matter, and its conflict of interest implications. Prior to this date, my firm, and the NCAA had no knowledge of Mr. Sakthivel's affiliation with FeganScott.

10. This lawsuit is not the first or only lawsuit that FeganScott has filed against the NCAA. FeganScott's website has prominent postings regarding lawsuits filed by FeganScott against the NCAA, including but not limited to, true and correct copies of the postings shown in **Exhibit 2** attached hereto, which are pdfs of true and correct copies of these various FeganScott webpages publicly available at the time of this filing: https://www.feganscott.com/hbcu-student-athletes/, https://www.feganscott.com/, https://www.feganscott.com/cases/ncaa/, https://www.feganscott.com/news/ncaa-argues-in-sex-abuse-case-it-has-no-legal-duty-to-protect-athletes/, the search results for NCAA on FeganScott's website, available here https://www.feganscott.com/page/3/?s=ncaa, https://www.feganscott.com/cases/national-collegiate-athletic-association/, and https://www.feganscott.com/news/cbs-news-lawsuit-claims-ncaas-academic-policies-discriminate-against-hbcus-and-black-student-athletes/.

11. Based upon my firm's reasonably diligent investigation of publicly available docket, FeganScott and/or Ms. Fegan have acted as Plaintiff's counsel against the NCAA in at least 15 cases, listed below.

| No. | Case | Affiliation with Fegan Scott or Ms. Fegan |
|---|---|---|
| 1. | Doe 1 et al v. **National Collegiate Athletic Association** et al, Docket No. 3:22-cv-01559 (N.D. Cal. Mar 11, 2022) | FeganScott and Ms. Fegan as Plaintiff's counsel |
| 2. | Erin Aldrich, et al v. NCAA, et al, Docket No. 21-03036 (7th Cir. Nov 02, 2021) | FeganScott and Ms. Fegan as Plaintiff's counsel |
| 3. | Manassa et al v. **National Collegiate Athletic Association** et al, Docket No. 1:20-cv-03172 (S.D. Ind. Dec 10, 2020) | FeganScott and Ms. Fegan as Plaintiff's counsel |
| 4. | Aldrich et al v. **National Collegiate Athletic Association** et al, Docket No. 1:20-cv-02310 (S.D. Ind. Sep 08, 2020) | FeganScott and Ms. Fegan as Plaintiff's counsel |
| 5. | Aldrich et al v. **National Collegiate Athletic Association** et al, Docket No. 5:20-cv-01733 (N.D. Cal. Mar 11, 2020) | FeganScott and Ms. Fegan as Plaintiff's counsel |
| 6. | Peter Deppe v. **NCAA**, Docket No. 17-01711 (7th Cir. Apr 06, 2017) | Ms. Fegan as Plaintiff's counsel, while associated with the firm Hagens |

3

| | | Berman Sobol Shapiro LLP ("Hagens Berman") |
|---|---|---|
| 7. | Vassar v. **National Collegiate Athletic Association**, Docket No. 1:16-cv-10590 (N.D. Ill. Nov 14, 2016) | Ms. Fegan as Plaintiff's counsel, while associated with Hagens Berman |
| 8. | Deppe v. **National Collegiate Athletic Association**, Docket No. 1:16-cv-00528 (S.D. Ind. Mar 08, 2016) | Ms. Fegan as Plaintiff's counsel, while associated with Hagens Berman |
| 9. | Pugh v. **National Collegiate Athletic Association,** Docket No. 1:15-cv-01747 (S.D. Ind. Nov 5. 2015) | Ms. Fegan as Plaintiff's counsel, while associated with Hagens Berman |
| 10. | Tonn v. **National Collegiate Athletic Association**, Docket No. 1:14-cv-01563 (N.D. Ill. Mar 5, 2014) | Ms. Fegan as Plaintiff's counsel, while associated with Hagens Berman |
| 11. | Walker et al v. **National Collegiate Athletic Association**, Docket No. 1:13-cv-09117 (N.D. Ill. Dec 27, 2013) | Ms. Fegan as Plaintiff's counsel, while associated with Hagens Berman |
| 12. | In Re: **National Collegiate Athletic Association Student-**Athlete Concussion Injury Litigation, Docket No. 1:13-cv-09116 (N.D. Ill. Dec 18, 2013) | FeganScott and Ms. Fegan as Plaintiff's counsel |
| 13. | Rock v. **National Collegiate Athletic Association**, Docket No. 1:12-cv-01019 (S.D. InD. Jul 25, 2012) | Ms. Fegan as Plaintiff's counsel, while associated with Hagens Berman |
| 14. | Owens v. **National Collegiate Athletic Association**, Docket No. 1:11-cv-06816 (N.D. Ill. Sep 28, 2011) | Ms. Fegan as Plaintiff's counsel, while associated with Hagens Berman |
| 15. | Arrington v. **National Collegiate Athletic Association** et al, Docket No. 1:11-cv-06356 (N.D. Ill. Sep 12, 2011) | FeganScott and Ms. Fegan as Plaintiff's counsel |

12.     On April 26, 2022, I sent a letter to Elizabeth Fegan of FeganScott, a true and correct copy of which is attached hereto as **Exhibit 3**. This letter attached as Exhibits A and B, true and correct copies of FeganScott's website that identified Mr. Sakthivel as a FeganScott employee with over a decade of experience, and Mr. Sakthivel's LinkedIn profile, both of which were publicly available at the time I sent this letter. These documents were located as part of my legal team's investigation of this conflict of interest issue. The letter also asked FeganScott to withdraw as counsel for Plaintiff, due to the grave conflict of interest related to FeganScott and its attorney Mr. Sakthivel.

13.     The NCAA has no knowledge of Mr. Sakthivel or anyone else on behalf of FeganScott ever requesting that the NCAA waive any conflict of interest. Further, the NCAA never consented in writing (or otherwise) to any FeganScott attorney performing work for the NCAA in any capacity, in this lawsuit or any other matter. Similarly, the NCAA never consented to Mr.

Sakthivel or anyone else on behalf of FeganScott disclosing any information relating to the NCAA's representation in the Manassa lawsuit.

14.     Elizabeth Fegan responded to my letter on May 1, 2022, in her capacity as the Managing Member of FeganScott.  A true and correct copy of the letter is attached hereto as **Exhibit 4**. Among other things, in this letter, Ms. Fegan: (a) confirmed that Mr. Sakthivel was a full-time FeganScott staff attorney the entire time that he worked as an NCAA document review attorney at Proteus in the Manassa Project, (b) confirmed that Ms. Fegan was actually Mr. Sakthivel's direct supervisor, and (c) confirmed that as of April 2022, FeganScott was in the process of staffing Mr. Sakthivel on this lawsuit to work on Plaintiff's behalf.

15.     FeganScott has refused to withdraw as Plaintiff's counsel in this lawsuit.

16.     Attached hereto as **Exhibit 5**, is a true and correct copy of an April 26, 2022 letter that I sent to Mr. Sakthivel.

17.     I understand that Mr. Sakthivel reviewed and coded at least 6,622 NCAA documents while working at Proteus for the NCAA in the Manassa Project. Several of these documents exceed 100 pages.

18.     In an abundance of caution, the NCAA must expend reasonable attorneys' fees, expenses, and time that attorneys on this file are not working on other aspects of this case on damage control, including investigating implications of a breach of confidentiality as to matters discussed herein, and review and quality checking of each document that reviewed or tagged by Mr. Sakthivel.

19.     In connection with this Court's Local Rule 7-1(g)(1)(A) and (C) and Local Rule 7-1(g)(2), I made reasonable efforts to confer with FeganScott to resolve the matters raised in the Motion prior to filing the Motion. On April 26, 2022 at 1:12 pm, I served the letter attached as

5

**Exhibit 3** to Ms. Fegan via email with copies to Plaintiffs' counsel Je Yon Jung, LaRuby May, Brooke Achua, Melissa Clark, and the NCAA's counsel Chisara Ezie-Boncoeur. This letter asked FeganScott to withdraw as counsel due to the conflict of interest related to Mr. Sakthivel, and informed FeganScott that the NCAA intended to request its attorneys' fees incurred in connection with the conflict of interest issue. Ms. Fegan responded to my letter in the letter attached as **Exhibit 4** on May 1, 2022 at 6:33 pm[1] in an email that copied Tim Scott and Melissa Clark of FeganScott and declined to withdraw as counsel. The parties continued to discuss this matter at the joint telephonic discovery status conference before Judge Dinsmore on May 6, 2022 which was attended by Plaintiffs' counsel Ms. Fegan, Ms. Jung, and Plaintiffs' local counsel, and the NCAA's counsel including myself, Ms. Ezie-Boncoeur, and Ms. Barrs. At this hearing, Judge Dinsmore briefly heard the parties' positions about this conflict of interest and informed the NCAA that it should file a motion if it felt a need.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2022.

/s/ Brian E. Casey
Brian E. Casey

---

[1] Ms. Fegan's letter is dated May 2, 2022 perhaps inadvertently. The letter was emailed on May 1, 2022.

# Exhibit A-1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

TROYCE MANASSA, et al.,

     Plaintiffs,

     v.

NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION,

     Defendant.

No.:  1:20-cv-03172-RLY-MJD

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO**
**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**

Pursuant to Fed. R. Civ. P. 26 and 34, Plaintiffs hereby request that defendant National Collegiate Athletic Association ("NCAA") produce for inspection the documents and electronically-stored information requested herein within 30 days to the law offices of RileyCate, LLC, 11 Municipal Drive, Ste. 320, Fishers, IN  46038, in accordance with the definitions and instructions that follow.

**DEFINITIONS**

1.      "Action" means the above-captioned putative class action.

2.      "NCAA" means Defendant National Collegiate Athletic Association and all of its present and former officers, directors, board members, committees, consultants, employees, divisions, member conferences, member institutions, agents, representatives, and all other persons acting, or purporting to act, on behalf of any of the foregoing.

3.      "Communication" and "Communications" are used in a comprehensive sense, and mean and include every conceivable manner or means of disclosure, transfer, transmittal, or exchange of oral, written, electronic, or other information, in the form of facts, ideas, inquiries, or otherwise, between or among one or more persons or entities, and include, without limitation, all

documents, writings, correspondence, memoranda, messages, meetings, conversations, discussions, conferences, agreements, e-mails, or other transmittal of information, whether face-to-face, by telephone, by mail, by facsimile, by computer, or otherwise, and further include, without limitation, all forms of electronic communications and messages.

4.      "Complaint" means the operative Complaint filed in the above-captioned putative class action.

5.      "Document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a), including, without limitation, electronic or computerized data compilations.  A draft or non-identical copy is a separate document within the meaning of this term.  The term "document" further includes, but is not limited to, any and all forms of recorded information, whether handwritten, printed, typed, or otherwise visually reproduced, electronically recorded or orally recorded, including all originals, revisions, and markups of drafts, and all files, documents, databases, e-mails, and other data maintained in computer-readable form.  The term "document" specifically includes, but is not limited to: working papers; communications, including intra-company communications; minutes and records of meetings; letters; facsimile transmissions; telegrams; telephone bills and records; cables; records; books; summaries or records of personal conversations or interviews; legal pleadings; affidavits; deposition transcripts; trial transcripts; forecasts; statistical statements; accountants' work papers; brochures; pamphlets; circulars; press releases; agreements; contracts; telephone messages, slips and logs; diary entries; electronic mail and messages of every kind; calendars; reports; evaluations; assessments; analyses; test results; correspondence; memoranda; notes; video recordings of every kind; audio recordings of every kind; electronic recordings of every kind; drawings; graphics; graphs; maps; diagrams; charts; photographs; tables; indices; recordings; tapes; microfilms; reports of investigations; opinions or reports of consultants; data processing and computer printouts, tapes, disks, and data and information stored in computers or data processing equipment, together with programs and program documentation necessary to utilize or retrieve such data or information; all other mechanical or electronic means of storing or recording data or information; and any other data

compilation from which information can be obtained and translated through detection devices into reasonably usable form.

6.    "Identify," with respect to documents, means to give, to the extent known, the type of document, the general subject matter, the nature and substance thereof, the date it bears, the date it was prepared, the identity or identities of the author or authors thereof, the identity of each addressee, and the present location of the document.  In lieu of identifying any document, identical copies thereof may be furnished.  When used in reference to any act, state the event or events constituting such act, occurrence, occasion, transaction, or conduct, its location, the date and place thereof, the identity of the persons participating, present or involved, and the identity of any and all documents that relate or refer in any way thereto (including documents that have recorded, summarized, or confirmed, in whole or in part, the meeting, oral communications, conversation, or statement).

7.    "You" or "Your" means NCAA.

8.    "Named Plaintiffs" means Troyce Manassa and Austin Dasent.

9.    "Division I" or "DI" refers to NCAA Division I.

10.    "Member Conferences" refers to the "groups of colleges and/or universities that conduct[] competition among [their] members and determine[] a conference champion in one or more sports (in which the NCAA conducts championships or for which it is responsible for providing playing rules for intercollegiate competition), duly elected to conference membership under the provisions of the bylaws of the Association" in Division I. https://www.ncaa.org/about/who-we-are/membership/becoming-ncaa-member-institution.

11.    "Academic requirements" refers to any program(s), rules, regulations, or requirements relating to the academic performance of Division I student-athletes, teams, and/or NCAA Member Institutions.

12.    "Academic Performance Program" or "APP" refers to the NCAA's Academic Performance Program.

13.     The phrases "Historically Black Colleges and Universities" and "HBCUs" include those NCAA member institutions recognized pursuant to the Higher Education Act of 1965, as amended, which defines an HBCU as "…any historically black college or university that was established prior to 1964, whose principal mission was, and is, the education of black Americans, and that is accredited by a nationally recognized accrediting agency or association determined by the Secretary [of Education] to be a reliable authority as to the quality of training offered or is, according to such an agency or association, making reasonable progress toward accreditation."

14.     "Member institution" refers to an active member (at any time during the relevant period) in NCAA Division I as defined by the NCAA.

15.     "NLI" refers to the "National Letter of Intent."

## INSTRUCTIONS

1.     All documents that exist in electronic format are to be produced in their native format, or in another mutually agreeable format that provides Plaintiffs with all metadata associated with such electronic documents and allows Plaintiffs to search and organize such electronic documents in a manner that is as effective and efficient as that enjoyed by the producing party.  Even if an alternative format is agreed to by the parties for some documents, (i) all excel spreadsheets, powerpoint presentations, or any other documents containing embedded data, instructions, or notes should be produced in native format; and (ii) any documents which contain color should be produced in color regardless of production format.  Production format shall not be a reason for delayed production.

2.     All documents produced must be produced in their entirety, including all attachments and enclosures, and in their original folder, binder, or other cover or container unless it is not possible to do so.  Whenever a document or group of documents is removed from a file folder, binder, file drawer, file box, notebook, or other cover or container, a copy of the label of such cover or other container must be attached to the document(s).

3.     For any communication produced, any document referenced therein shall be produced.

4.      If any document was, but is no longer, in Your possession or subject to Your control, state whether it (a) is missing or lost, (b) has been destroyed, (c) has been transferred, voluntarily or involuntarily, to others, or (d) has been otherwise disposed of, and, in each instance, explain the circumstances of such disposition, and state the approximate date thereof.

5.      As used herein, reference to any entity, company, corporation, organization, and/or agency includes its former and present directors, members, partners, predecessors, subsidiaries, divisions, affiliates, committees, employees, staff, consultants, independent contractors, and/or actual and apparent agencies.

6.      In the event that you claim a document is privileged, you shall provide a privilege log to Plaintiffs, pursuant to Fed. R. Civ. P. 26(b)(5).  You shall produce privilege logs on a rolling basis and shall not delay the production of non-privileged documents because of the preparation of a privilege log. A privilege log for documents redacted on privilege or attorney work product grounds shall, however, generally be produced within fifteen (15) days of production of the redacted materials.  Privilege logs shall be produced in both PDF and Excel spreadsheet format, and shall contain at least the following information for each document withheld or redacted on the grounds of privilege or as asserted attorney work product: Bates range, date, applicable privilege, subject, and names associated with the document (with author, recipient, carbon copy recipient, and blind carbon copy recipient, if apparent from the document), and a description of the basis of the privilege.

7.      The use of the singular form of any word includes the plural and vice versa.

## DOCUMENT REQUESTS

1.      All documents relating to the Named Plaintiffs.

2.      Documents sufficient to show the organizational structure of NCAA's committee(s), employee(s), agent(s), and division(s) responsible for creating, approving, implementing, reviewing, evaluating, analyzing, administering, and enforcing academic

requirements, including the Academic Performance Program.

3.      Documents sufficient to identify all third parties retained by the NCAA to review, evaluate, or analyze academic requirements, including the Academic Performance Program.

4.      Documents sufficient to show NCAA's document retention, destruction, deletion, and disposal policies and practices for all systems and databases that may contain discoverable information.

5.      All documents referenced in, identified in, or reviewed in preparation for Defendant's Answers to Plaintiffs' Interrogatories.

6.      All documents identified in NCAA's Initial Disclosures.

7.      All insurance policies that may provide coverage for the issues raised in this action.

8.      All defense and/or indemnification agreements or insurance agreements you have regarding this Action, the allegations of Plaintiffs' Complaint, and/or your defenses to said Action and allegations.

### *National Letters of Intent*

9.      All document relating to the NCAA's management of the NLI program.

10.     All documents relating to the NCAA's relationship with the Collegiate Commissioners Association.

11.     All documents relating to the nature of the binding agreement between a prospective student-athlete and an NLI member institution.

12.     All documents relating to the responsibility of the NCAA with respect to the NLIs, including, but not limited to, enforcing the NLIs.

13.     All documents relating to any delegation of authority from the member institutions or any other entity to the NCAA to enforce the NLIs.

14.     All documents relating to the NCAA's enforcement of penalties on student-athletes for not fulfilling the NLI agreement.

15.     All documents relating to the NCAA's enforcement of the recruiting prohibition applied after a prospective student-athlete signs the NLI.

16.     All documents identifying the NLI member institutions.

17.     Documents sufficient to identify all decisions, whether or not judgments or final, in which a court or arbitrator has determined that (i) the NCAA owes, or may owe, a duty to one or more student-athletes; (ii) the NCAA has, or may have, a contractual relationship with one or more student-athletes.

### *Metrics and Demographics of Division I Student-Athletes*

18.     All documents analyzing the race, ethnicity, resources, and/or academic background of Division I student-athletes as a composite group at the division, conference, member institution, or team levels.

19.     All data reflecting the race, ethnicity, resources, and academic background of Division I student-athletes including, but not limited to, race, ethnicity, student home address and census tract at the time of initial eligibility, family financial information, scholarships or grants-in-aid, high school graduation year, high school grade point average, college entrance exam score, and any and all other collected data.

20.     All documents analyzing, reporting, or tracking racial or ethnic differences or disparities, including, but not limited to, discrimination, in Division I sports.

### *Division I APP*

21.     Documents sufficient to identify DI initial eligibility requirements from 2000 to present.

22.     All documents relating to the NCAA's Academic Performance Program, including, but not limited to, the development, modification, administration, modeling, formula, application, and enforcement thereof.

23.     All documents relating to APP penalties imposed upon member institutions and/or teams.

24.     All data relating to the demographics of teams that did not meet the APR cut score for any given year, including, but not limited to, data disaggregated by year, member institution, team, and student.  With respect to each student, the data should include, but not be limited to, race and ethnicity, student home address, and census tract at the time of initial eligibility.

25.     All data relating to the Graduation Success Rate, Academic Progress Rate, and related metrics for teams that did not meet the APR cut score for any given year.  With respect to each student, the data should include, but not be limited to, the student's eligibility status, whether the student received financial aid based on athletic ability, whether the student-athlete was retained for the next term, and any other student-specific data upon which the Graduation Success Rate, Academic Progress Rate, and APP penalties, exceptions, filters, appeals, or waivers are evaluated.

26.     All documents relating to the Academic Progress Rate, including, but not limited to, the development, modification, administration, modeling, formula, and application thereof.

27.     All documents relating to the Graduation Success Rate, including, but not limited to, the development, modification, administration, modeling, formula, and application thereof, as well as including the Federal Graduation Rate.

28.     All documents relating to Academic Progress Rate Public Recognition Awards.

29.     All data relating to the demographics of teams that received Academic Progress Rate Public Recognition Awards, including, but not limited to, data disaggregated by year, member

institution, team, and student.  With respect to each student, the data should include, but not be limited to, race and ethnicity and student home address and census tract at the time of initial eligibility.

30.     All data relating to the Graduation Success Rate, Academic Progress Rate, and related academic metrics for teams that received Academic Progress Rate Public Recognition Awards, including, but not limited to, whether the team received any exceptions or waivers.  With respect to each student, the data should include, but not be limited to, eligibility status, whether the student received financial aid based on athletic ability, whether the student-athlete was retained for the next term, and any other student-specific data upon which the Graduation Success Rate, Academic Progress Rate, and APP penalties, exceptions, filters, appeals, or waivers are evaluated.

31.     All analyses regarding any requested, granted, denied, and/or applied APP waivers, exceptions, reconsiderations, filters, and appeals.

### *NCAA Governance*

32.     All documents relating to the Division I Committee on Academic Performance including, but not limited to, meeting minutes, agendas, e-mails, communications, meeting participants, membership lists, research, recommendations, and reports.

33.     All documents relating to the Committee on Academics, including, but not limited to, meeting minutes, agendas, e-mails, communications, meeting participants, membership lists, research, recommendations, and reports.

34.     All documents relating to the Division I Academic Cabinet with respect to the APP, Academic Progress Rate, Graduation Success Rate, and/or initial eligibility requirements.

35.     All documents relating to the Academics/Eligibility/Compliance Cabinet with respect to the APP, Academic Progress Rate, Graduation Success Rate, and/or initial eligibility

requirements.

36.     All documents relating to the NCAA Board of Governors with respect to the APP, Academic Progress Rate, Graduation Success Rate, and/or initial eligibility requirements.

37.     All documents relating to the reasons for the creation of the Historically Black Colleges and Universities and Limited Resource Institution Academic Advisory Group.

38.     All documents regarding the Historically Black Colleges and Universities and Limited Resource Institution Academic Advisory Group, including, but not limited to, meeting minutes, agendas, e-mails, communications, meeting participants, membership lists, research, recommendations, and reports.

39.     All documents relating to the NCAA's Accelerating Academic Success Program, including, but not limited to, the identification of the member institutions that have participated in the program.

40.     All documents relating to the Supplemental Support Fund, including its creation, implementation, administration, and (if applicable) conclusion.

41.     All documents relating to the Limited Resource Institution Pilot Program, including its creation, implementation, administration, and (if applicable) conclusion.

42.     All documents regarding the NCAA's plan to advance racial equity, outlined at https://www.ncaa.org/about/resources/inclusion/planning-advance-racial-equity.

### *HBCUs*

43.     All communications between the NCAA and any HBCU (or agent or employee thereof) relating to APP, Academic Progress Rate, Graduation Success Rate, and/or initial eligibility requirements.

44.     All documents relating to the actual or potential transition of any HBCU or HBCU

team out of Division I.

45.     For any HBCU team that transitioned out of DI, all documents and data relating to the APP and demographics of any teams penalized by the NCAA relating to academics.

### Research/Studies

46.     All research, studies, analyses, or reviews conducted by you or on your behalf or of which you are aware relating to:

   a.  DI member institutions' performance under NCAA academic requirements, including the APP;

   b.  the performance of HBCUs versus other DI member institutions under NCAA academic requirements, including the APP;

   c.  the effects and/or impact of NCAA academic requirements, including the APP, upon:

      i.   Division I member institutions and their teams;

      ii.  DI HBCUs and their teams;

      iii. DI Predominantly White Institutions (PWIs) and their teams;

      iv.  DI Black student-athletes;

      v.   DI Black student-athletes at HBCUs;

      vi.  DI Black student-athletes at PWIs; and/or

      vii. DI white student-athletes at PWIs.

### Complaints/ Investigations

47.     All documents relating to any investigation or inquiry by any state or federal governmental body or authority of the NCAA relating to the APP.

48.      All documents relating to any investigation or inquiry by any state or federal

governmental body or authority of the NCAA relating to discrimination against any member institution or student-athlete based on race, ethnicity, or enrollment at or status as an HBCU.

49.     All documents relating to any investigations, allegations, grievances, or complaints, whether formal or informal, public or private, relating to Division I academic requirements and programs, including, but not limited to, the APP.

50.     All documents related to investigations, allegations, grievances, or complaints, whether formal or informal, public or private, relating to racial or ethnic discrimination by the NCAA of its student-athletes, Conferences, or member institutions, including, but not limited to, enrollment at or status as an HBCU.

### *Savannah State University*

51.     All documents relating to the application of NCAA academic requirements to Savannah State University, including, but not limited to, application of the APP and its penalty structure.

52.     Communications between the NCAA and SSU, including, but not limited to, SSU's submissions to the NCAA regarding or relating to the APP.

### *Financial Information*

53.     All documents and data related to the NCAA's "Limited Resource Institution" designation procedures and designations for each year and team/Institution.

54.     Documents evidencing the institutional membership of each Conference during each year.

55.     Documents regarding the creation, development, adoption, and application of any Division I restructuring, including the 2014 changes that provided additional "flexibility" to certain Conferences.

12

56.     Documents evidencing the financial resources provided by the NCAA to each NCAA Division I team, Institution, and/or Conference on an annual basis, broken down by Conference, Institution, team, and year.

57.     Documents evidencing the financial resources provided by each Division I Conference to its member institution teams on an annual basis, broken down by Institution, team, and year.

58.     Documents evidencing the financial resources provided by each Division I institution to its athletic programs and/or student-athletes on an annual basis, broken down by student athlete, team, and year (e.g., Membership Financial Reporting System data).

59.     Documents evidencing each Institution's financial resource expenditure and allocation per student-athlete.

60.     Documents evidencing each Institution's financial resource allocations for academic assistance to student-athletes including tutoring, administrative assistance, academic advising, and academic counseling.


DATED:  October 27, 2021                    Respectfully submitted,

                                            By:   /s/ Jessica H. Meeder
                                            Jessica H. Meeder (admitted *pro hac vice*)
                                            **FEGAN SCOTT LLC**
                                            1200 G Street, N.W., Suite 800
                                            Washington, DC  20005
                                            Telephone:    (202) 921-6007
                                            Facsimile:    (202) 217-2814
                                            jessica@feganscott.com

                                            Elizabeth A. Fegan (admitted *pro hac vice*)
                                            **FEGAN SCOTT LLC**
                                            150 S. Wacker Dr., 24th Floor
                                            Chicago, IL 60606
                                            Telephone:    (312) 741-1019

Facsimile:      (312) 264-0100
beth@feganscott.com

Je Yon Jung (admitted *pro hac vice*)
**MAY LIGHTFOOT PLLC**
3200 Martin Luther King Jr. Ave. S.E.
Third Floor
Washington, DC  20032
Telephone:  (202) 918-1824
Facsimile:  (202) 918-1010
jjung@maylightfootlaw.com

LaRuby May (admitted *pro hac vice*)
**MAY LIGHTFOOT PLLC**
3200 Martin Luther King Jr. Ave. S.E.
Third Floor
Washington, DC  20032
Telephone:  (202) 918-1824
Facsimile:  (202) 918-1010
lmay@maylightfootlaw.com

William N. Riley, Bar No.:  14941-49
Russell B. Cate, Bar No.: 27596-29
**RILEYCATE, LLC**
11 Municipal Drive, Ste. 320
Fishers, IN  46038
Telephone:  (317) 588-2866
Facsimile:  (317) 458-1875
wriley@rileycate.com
rcate@rileycate.com

*Attorneys for Plaintiffs and the Proposed
Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October 2021, a copy of the foregoing was served

via e-mail to:

R. Anthony Prather (State Bar No. 6478-49)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN  46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433

Victor D. Vital (admitted *pro hac vice*)
BARNES & THORNBURG LLP
2121 N. Pearl Street, Ste. 700
Dallas, TX  75201
Telephone:  (214) 258-4200
Facsimile:  (214) 258-4199

V. Chisara Ezie-Boncoeur
BARNES & THORNBURG LLP
201 S. Main Street, Ste. 400
South Bend, IN  46601
Telephone:  (574) 237-1273
Facsimile:  (574) 237-1125

*Attorneys for Defendant*

DATED: October 27, 2021                          Respectfully submitted,

                                                 By:  */s/ Jessica H. Meeder*
                                                 Jessica H. Meeder

15

Exhibit A-2

**feganscott**

(https://www.feganscott.com/)

# HBCU Case

## Was your Athletic Career Impacted by the NCAA?

Unfair postseason bans may have damaged the athletic careers of many HBCU student athletes.

We believe the NCAA mandates are discriminatory.

## You could be entitled to compensation

Law firms FeganScott and May Lightfoot Law (https://www.maylightfootlaw.com/) have filed a class action lawsuit on behalf of current and former Black student athletes at HBCUs against the National Collegiate Athletic Association (NCAA), alleging the NCAA's Academic Performance Program (APP) is discriminatory toward – and punishes – Black student athletes at HBCUs.

Know your rights – contact us to learn more.

**feganscott** (https://www.feganscott.com/)

"We missed out on post-season opportunities because of a system that the NCAA knew would punish Black student-athletes. The NCAA is robbing student-athletes at HBCUs of the opportunities to experience what every college athlete strives for when they join a Division 1 school as a student-athlete: playing in post-season championship games and tournaments."

*– Troyce Manassa, plaintiff and former guard for the Savannah State University Men's basketball team*

## Contact Us

If you would like a free, no obligation consultation with our firm, please call us at 630.273.2625 or complete the form below and we will get back to you

First Name

First Name

Last Name

Last Name

Email Address

Email Address

Phone Number

**fegan scott**
Phone Number
(https://www.feganscott.com/)

Message

Message

[ ] I'm not a robot

reCAPTCHA
Privacy - Terms

Submit

# Case Details

**Attorneys:** Beth Fegan | (https://www.feganscott.com/elizabeth-fegan/)LaRuby May | (https://www.maylightfootlaw.com/our-team/laruby-may/)Je Yon Jung | (https://www.maylightfootlaw.com/our-team/je-yon-jung/)**Email:** hbcu@feganscott.com

**Case Status:** Active | **Defendants:** NCAA **Case:** 1:20-cv-03172

10 Dec 2020 (https://www.feganscott.com/news/challenging-the-ncaa-hbcus-say-no-more-discrimination-in-academic-rules/)

## Challenging The NCAA: HBCUs Say No

15 Jan 2021 (https://www.feganscott.com/news/hbcu-athletes-fights-what-it-calls-n...)

## Lawsuit by HBCU ... calls NCAA's syste...

feganscott (https://www.feganscott.com/)

### More Discrimination In Academic Rules (https://www.feganscott.com/news/challenging-the-ncaa-hbcus-say-no-more-discrimination-in-academic-rules/)

By Tom Goldman, NPR For more than 50 years, the NCAA has imposed academic rules to make sure college athletes aren't just athletes, and the decades-long process has generated plenty of controversy. Critics claim the academic standards, and the penalties…

(https://www.feganscott.com/news/lawsuit-by-hbcu-athletes-fig uit-by-hbcu-athletes-fig ncaas-systemic

By Derrick Z. Jackson | ESPN

Black athletes have launched a they are calling the chronic bi month in federal court in Inc was filed alleging the g

read more

## Impacted Universities

Alabama A&M University – Alabama State University – Alcorn State University – Coppin State University – Delaware State University – Florida A&M University – Grambling State University – Hampton University – Howard University – Mississippi Valley State University – Morgan State University – Norfolk State University – North Carolina A&T State University – Prairie View A&M University Football – Savannah State University – Southern University – Texas Southern University – University of Arkansas, Pine Bluff

**Click here** (https://www.feganscott.com/cases/hbcu/) for more information about the current case.
**Contact us** (https://www.feganscott.com/contact-us/) to learn more.

Our legal team makes it easier for student athletes to pursue justice. This is an Attorney Advertisement. FeganScott LLC, 150 S. Wacker Dr., 24th Floor, Chicago, IL 60606, is responsible for the content of this advertisement. Individual attorneys at FS are licensed to practice law in Illinois, New York, California, Michigan, Minnesota, the District of Columbia, Florida, among other jurisdictions. In other states, the firm will associate with counsel licensed in that state. Not accepting cases in all jurisdictions. No attorney-client relationship is formed by your use of this website or by any communication you send or receive through this site. The content and features on this website shall not be construed as legal advice. The hiring of a lawyer is an important decision that should not be based solely on advertisements. No representation is made that the quality of the legal services performed is greater than the quality of legal services performed by other lawyers. Prior results do not gua e

a similar outcome. Free background information is available upon request. Click here to read our full disclaimers. (https://www.feganscott.com/disclaimer/)



(https://www.feganscott.com/)



(https://www.feganscott.com/)

© 2022 FeganScott

Disclaimer (https://www.feganscott.com/disclaimer/)

(https://www.facebook.com/feganscottLaw)

(https://twitter.com/feganScottLaw)

(https://www.linkedin.com/company/n



(https://www.feganscott.com/)

cottlaw/).

y/feganscottlaw/about/).

☰



(https://www.feganscott.com/)

Advocating for justice and victims' rights with integrity, passion and excellence.

**feganscott**

(https://www.feganscott.com/)

≡

## FeganScott Announces Proposed $92 Million Settlement on Behalf of TikTok Users

Today, the law firms of Carlson Lynch LLP, FeganScott LLC, and Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. moved for preliminary approval of a $92 million proposed class action settlement on behalf of users of the TikTok app.

The settlement, if approved by the court, would resolve claims that the social media company wrongfully collected its users' biometric information and private data, and disclosed that information to third parties. In addition to creating a monetary fund for TikTok users, the settlement requires that TikTok initiate a new privacy compliance training program and take other steps to protect its users' privacy going forward.

Illinois is currently the only state in the country with a statute that allows consumers to seek monetary damages if their biometric information is wrongfully taken. Because of this important, Illinois-specific claim, the settlement proposes that each Illinois class member receive an additional five shares of the $92 million settlement fund compared to other class members nationwide.

Once approved, class members will receive information about how to participate in the settlement.

Read more here (https://www.feganscott.com/cases/tiktok/).

# Who We Are

fegan scott

We're a nationwide class action law firm dedicated to helping victims of sexual abuse, discrimination, consumer fraud, products liability and antitrust violations while supporting community-driven legal needs and access to healthcare (https://www.feganscott.com/)

Learn more (https://www.feganscott.com/our-firm/)

## Current Cases



### NCAA, John Rembao

Beth Fegan and Lynn Ellenberger lead a class action case brought on behalf of three former student-athletes against John Rembao, their former track and field and cross-country coach at the University of Arizona and the University of Texas-Austin.  The lawsuit…

View All Cases (https://www.feganscott.com/current-cases/)

## Successes

feganscott (https://www.feganscott.com/)



## McCormick

FeganScott announced the preliminary approval of a $2.5 million class action settlement on behalf of purchasers of certain black pepper products in California, Florida and Missouri. The settlement will resolve consumer claims that McCormick & Company under-filled its black pepper…

View All Successes (https://www.feganscott.com/successes/)

# Why We're Here

We're always working to leverage our passion for advocacy to zealously represent our clients and the causes we care about.

learn more (https://www.feganscott.com/who-we-serve/)

**feganscott**
(https://www.feganscott.com/)



FeganScott is proud to be a powerful ally for consumers and small businesses. In every case, we fight zealously to right wrongs with passion, integrity and excellence.

# FeganScott in the News

2 May 2022 (https://www.feganscott.com/news/elizabeth-fegan-recognized-in-the-american-lawyers-2022-list-of-midwest-trailblazers/)

## Elizabeth Fegan Recognized in The American Lawyer's 2022 list of Midwest Trailblazers (https://www.feganscott.com/news/elizabeth-fegan-recognized-in-the-american-lawyers-2022-list-of-midwest-trailblazers/)

FeganScott is proud to announce that Elizabeth A. Fegan, founding and managing partner of the firm, has been named to The American Lawyer's 2022 list of Midwest Trailblazers. This list spotlights legal professionals who act as agents of change in…

read more (https://www.feganscott.com/news/elizabeth-fegan-recognized-in-the-american-lawyers-2022-

---

18 Apr 2022 (https://www.feganscott... lawsuit-claims-ncaas-academic against-hbcus-and-black-s

## CBS News: Lawsuit academic policies disc HBCUs and Black st (https://www.feganscot news-lawsuit-claims-n policies-discriminate-ag black-student-a

On April 15, 2022, CBS News' S co-counsel at May Lightfoot HBCU athlete leading the cla NCAA's academic rules for stu subject of a proposed cla

read more (https://www.feganscott.cor



(https://www.feganscott.com/)

feganscott
(https://www.feganscott.com/)

© 2022 FeganScott

Disclaimer (https://www.feganscott.com/disclaimer/)

(https://www.facebook.com/feganscottla (https://twitter.com/FeganScottLaw) (https://www.linkedin.com/company/fega



[feganscott (https://www.feganscott.com/)](https://www.feganscott.com/)

w
/).

ns
c
ot
tl
a
w
/a
b
o
ut
/).


(https://www.feganscott.com/)

< Current Cases (https://www.feganscott.com/cases/?type=current)

# Case Statistics

**Defendant Name:**  National Collegiate Athletics Association (NCAA), NCAA Board of Governors, John Rembao

---

**Case Number:** 5:20-cv-01733

**Court:** UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

**Practice Area:** Sexual Abuse & Assault, Sports Litigation

**Status:** Active

**Date Filed:** 03/11/2020

# Case Files



[Complaint
(https://www.feganscott.com/wp-content/uploads/2020/03/NCAA-Complaint-Final-court-stamped-with-attachments.pdf)](https://www.feganscott.com/wp-content/uploads/2020/03/NCAA-Complaint-Final-court-stamped-with-attachments.pdf)



[Amended Complaint
(https://www.feganscott.com/wp-content/uploads/2020/03/54-Amended-Complaint.pdf)](https://www.feganscott.com/wp-content/uploads/2020/03/54-Amended-Complaint.pdf)



[Order Denying Motion to Dismiss
(https://www.feganscott.com/wp-content/uploads/2020/05/order-on-MTD.pdf)](https://www.feganscott.com/wp-content/uploads/2020/05/order-on-MTD.pdf)



[Second Amended Complaint (https://www.feganscott.com/wp-content/uploads/2020/05/116-Second-Amended-Complaint-NCAA.pdf)](https://www.feganscott.com/wp-content/uploads/2020/05/116-Second-Amended-Complaint-NCAA.pdf)

# Case Overview

Beth Fegan and Lynn Ellenberger lead a class action case brought on behalf of three former student-athletes against John Rembao, their former track and field and cross-country coach at the University of Arizona and the University of Texas-Austin.  The lawsuit seeks damages for plaintiffs' significant physical and emotional distress arising out of the abuse they suffered.

Plaintiffs also filed related claims against the NCAA, alleging that the NCAA put student-athletes in harm's way by failing to prohibit sexual abuse, sexual harassment, or sexual contact between coaches and student-athletes, and by permitting coaches accused of sexual abuse, like Rembao, to move unfettered between NCAA schools.

Plaintiffs alleged that the NCAA facilitated a national epidemic by perpetuating a cycle of sexual abuse because it chose not to impose significant sanctions that would incentivize schools to report abuse and deter perpetrators.

Although the claims against the NCAA have been dismissed by the court as untimely, please contact Fegan Scott if you are a former NCAA student-athlete who was subject to abuse by your college or university coach.

Hear their stories. Erin, Londa and Jessica speak out about John Rembao and the NCAA:

### Erin, Londa and Jessica's Stories | FeganScott NCAA

30:28

Erin, Londa and Jessica's Stories | FeganScott NCAA (https://vimeo.com/397002535) from Firmani + Associates Inc. (https://vimeo.com/user34340628) on Vimeo (https://vimeo.com).

share case

If you would like a free, no obligation consultation with our firm, please call us at 630.273.2625 or complete the form below and we will get back to you

First Name

First Name

## Last Name

Last Name

## Email Address

Email Address

## Phone Number

Phone Number

## Message

Message

I'm not a robot

reCAPTCHA
Privacy - Terms

Submit

# Related News

7 Jan 2022 (https://www.feganscott.com/news/santa-cruz-sentinel-the-final-hurdle-survivors-fight-to-keep-local-john-rembao-out-of-coaching/)

## Santa Cruz Sentinel: The final hurdle: Survivors fight to keep local John Rembao out of coaching (https://www.fegansscott.com/news/santa-cruz-sentinel-the-final-hurdle-survivors-fight-to-keep-local-john-rembao-out-of-coaching/)

By MELISSA HARTMAN SANTA CRUZ — The Santa Cruz County community recently fought hard to keep a sexual predator out of its jurisdictional limits. All the while, renowned track and cross country coach John Rembao lived out of his Ben Lomond…

3 Nov 2021 (https://www.feganscott could-have-been-me-the-ncaa-m student-athletes-from-s

## Fortune: It could have NCAA must do more to athletes from sex (https://www.feganscott ne-it-could-have-been-m do-more-to-protect-st from-sexual-a

In a recent op-ed published b Solstice Thomas discuss consequences of the recent d sexual assault lawsuit, whic information about here. Read o below "I we

**feganscott**

(https://www.feganscott.com/)

© 2022 FeganScott

Disclaimer (https://www.feganscott.com/disclaimer/)

cebook.com/feganscotlaw/).

.com/FegansScottLaw).

nkedin.com/company/feganscotlaw/about/).



**feganscott**
(https://www.feganscott.com/)

# NCAA argues in sex abuse case it has no legal duty to protect athletes

Written by: **feganscott (https://www.feganscott.com/news/author/feganscott/)**                    06/03/2020

---

By: Scott Reid, Orange County Register

Olympic high jumper Erin Aldrich was not surprised when she read the NCAA's latest response to the lawsuit she and two other track and field athletes filed against the organization.

Frustrated, yes, but not surprised.

The NCAA, facing a potential landmark class action lawsuit, said it has no legal obligation to protect student athletes against sexual abuse and harassment, according to a filing in U.S. District Court Northern District of California.

"You don't expect a coward to come out and take responsibility," Aldrich said. "They've basically responded sadly in the way they've responded for years."

The NCAA in the filing also said it will ask Judge Edward J. Davila in July to dismiss the suit in which Aldrich and former Texas track athletes Jessica Johnson and Londa Bevins allege the NCAA has helped create a national sexual abuse epidemic by choosing not to implement rules or impose sanctions that would require member schools to take steps to prevent and report abuse by coaches and deter perpetrators.

"We aren't hoping for change here. We are demanding change from the NCAA," Aldrich said.

Read more here (https://www.ocregister.com/2020/06/02/ncaa-argues-in-sex-abuse-case-it-has-no-legal-duty-to-protect-athletes/).

**feganscott**

☰

Share this article
(https://www.feganscott.com)

**f** (https://www.facebook.com/sharer/sharer.php?
u=https%3A%2F%2Fwww.feganscott.com%2Fnews%2Fncaa-argues-in-sex-
abuse-case-it-has-no-legal-duty-to-protect-athletes%2F)

**✗** (https://twitter.com/intent/tweet?
url=https%3A%2F%2Fwww.feganscott.com%2Fnews%2Fncaa-argues-in-
sex-abuse-case-it-has-no-legal-duty-to-protect-athletes%2F)

**in** (https://www.linkedin.com/shareArticle?
mini=true&url=https%3A%2F%2Fwww.feganscott.com%2Fnews%2Fncaa-
argues-in-sex-abuse-case-it-has-no-legal-duty-to-protect-
athletes%2F&source=https%3A%2F%2Fwww.feganscott.com%2Fnews%2Fncaa-
argues-in-sex-abuse-case-it-has-no-legal-duty-to-protect-athletes%2F)

**✉** (mailto:?
body=https%3A%2F%2Fwww.feganscott.com%2Fnews%2Fncaa-argues-in-
sex-abuse-case-it-has-no-legal-duty-to-protect-athletes%2F)

## Categories

Blog (https://www.feganscott.com/news/category/blog/)

Case News (https://www.feganscott.com/news/category/case-news/)

Firm News (https://www.feganscott.com/news/category/firm-news/)

**feganscott**

(https://www.feganscott.com/)

© 2022 FeganScott

Disclaimer (https://www.feganscott.com/disclaimer/)

feganscott

(https://www.feganscott.com/)



(https://www.facebook.com/feganscottlaw/)

(https://twitter.com/FeganScottLaw)

(https://www.linkedin.com/company/feganscottlaw/a



bout
(/).


(https://www.feganscott.com/)

☰

## Search Results

| All Results | ncaa | |
|---|---|---|



11 May 2020 (https://www.feganscott.com/cases/ncaa/)

## NCAA, John Rembao (https://www.feganscott.com/cases/ncaa/)

...claims against the NCAA, alleging that the NCAA put student-athletes in harm's way by failing to prohibit sexual abuse, sexual harassment, or sexual contact between coaches and student-athletes, and by...

![feganscott](https://www.feganscott.com/)

10 Dec 2020 (https://www.feganscott.com/cases/hbcu/)

# NCAA, HBCUs (https://www.feganscott.com/cases/hbcu/)

...1,000, resulting in the APR. The NCAA maintains that a 930 APR is a "proxy" for eventual graduation success, representing a projected 50% GSR. Despite promises by the NCAA that...

28 May 2020 (https://www.feganscott.com/news/the-ncaa-claims-it-owes-no-legal-duty-to-protect-ncaa-student-athletes-in-legal-filings-according-to-feganscott-and-lieff-cabraser-law-firms/)

# The NCAA Claims it Owes No Legal Duty to Protect NCAA Student-Athletes in Legal Filings According to FeganScott and Lieff Cabraser Law Firms (https://www.feganscott.com/news/the-ncaa-claims-it-owes-no-legal-duty-to-protect-ncaa-student-athletes-in-legal-filings-according-to-feganscott-and-lieff-cabraser-law-firms/)

...they suffered at the hands of their NCAA track and field coach, the NCAA argues it has no legal duty to protect NCAA student-athletes from such predatory conduct. "The fact...

Case News (https://www.feganscott.com/news/category/case-news/)



24 Jun 2021 (https://www.feganscott.com/news/feganscott-on-ncaa-v-alston/)

FeganScott on NCAA v. Alston (https://www.feganscott.com/news/feganscott-on-ncaa-v-alston/)

feganscott (https://www.feganscott.com/)

...nation's highest court held that despite the NCAA's belief to date, the NCAA's compensation rules are not exempt from the federal antitrust laws. The high court's opinion traces the NCAA's...

Blog (https://www.feganscott.com/news/category/blog/)

---

11 Mar 2022 (https://www.feganscott.com/cases/usf-ncaa-abuse/)

## USF, NCAA Abuse (https://www.feganscott.com/cases/usf-ncaa-abuse/)

On March 11, 2022, three University of San Francisco (USF) Baseball student-athletes filed a class-action lawsuit against the National Collegiate Athletics Association (NCAA), USF, and two USF coaches, Nino Giarratano...

---

11 Mar 2020 (https://www.feganscott.com/news/student-athletes-file-class-action-lawsuit-against-ncaa-and-former-track-coach-john-rembao-according-to-feganscott-law-firm/)

## Student-Athletes File Class Action Lawsuit Against NCAA and Former Track Coach John Rembao, According to FeganScott Law Firm (https://www.feganscott.com/news/student-athletes-file-class-action-lawsuit-against-ncaa-and-former-track-coach-john-rembao-according-to-feganscott-law-firm/)

...cross-country coach at the University of Arizona, University of Texas-Austin and other NCAA universities. The complaint alleges that the NCAA put student-athletes at all NCAA member schools in harm's way...

Case News (https://www.feganscott.com/news/category/case-news/)

---

15 Jan 2021 (https://www.feganscott.com/news/lawsuit-by-hbcu-athletes-fights-what-it-calls-ncaas-systemic-racism/)

## Lawsuit by HBCU athletes fights what it calls NCAA's systemic racism (https://www.feganscott.com/news/lawsuit-by-hbcu-athletes-fights-what-it-calls-ncaas-systemic-racism/)

By Derrick Z. Jackson | ESPN's The Undefeated   Black athletes have launched a legal assault on what they are calling the chronic bias by the NCAA. Last month in...

Firm News (https://www.feganscott.com/news/category/firm-news/)

---

16 Sep 2021 (https://www.feganscott.com/news/u-s-district-court-gives-hbcu-student-athletes-green-light-in-case-challenging-ncaas-academic-performance-program/)

## U.S. District Court Gives HBCU Student Athletes Green Light in Case Challenging NCAA's Academic Performance Program (https://www.feganscott.com/news/u-s-district-court-gives-hbcu-student-athletes-green-light-in-case-challenging-ncaas-academic-performance-program/)

...underserved Black community, including Black student-athletes. It further alleges that the NCAA knew the APP was racially discriminatory but enacted [...] the NCAA's blunt application of the...

**feganscott**

(https://www.feganscott.com/) /news/category/blog/), **Case News** (https://www.feganscott.com/news/category/case-news/)
**APP** (https://www.feganscott.com/news/tag/app/), **College Students** (https://www.feganscott.com/news/tag/college-students/), **HBCU** (https://www.feganscott.com/news/tag/hbcu/), **HBCUs** (https://www.feganscott.com/news/tag/hbcus/), **NCAA** (https://www.feganscott.com/news/tag/ncaa/), **student-athletes** (https://www.feganscott.com/news/tag/student-athletes/)



25 Oct 2019 (https://www.feganscott.com/cases/national-collegiate-athletic-association/)

# NCAA - Concussions (https://www.feganscott.com/cases/national-collegiate-athletic-association/)

As part of the co-lead counsel team, Beth prosecuted a nationwide class action lawsuit against the NCAA for failing to implement best practices for treatment of concussions in sports, thereby...

3 Jun 2020 (https://www.feganscott.com/news/ncaa-argues-in-sex-abuse-case-it-has-no-legal-duty-to-protect-athletes/)

# NCAA argues in sex abuse case it has no legal duty to protect athletes (https://www.feganscott.com/news/ncaa-argues-in-sex-abuse-case-it-has-no-legal-duty-to-protect-athletes/)

By: Scott Reid, Orange County Register Olympic high jumper Erin Aldrich was not surprised when she read the NCAA's latest response to the lawsuit she and two other track and...

Case News (https://www.feganscott.com/news/category/case-news/)



feganscott

(https://www.feganscott.com/)

© 2022 FeganScott

Disclaimer (https://www.feganscott.com/disclaimer/)

(https://www.facebook.com/feganscottlaw/)

(https://twitter.com/FeganScottLaw)

(https://www.linkedin.com/company/feganscottlaw/abo

feganscott

(https://www.feganscott.com/)


(https://www.feganscott.com/)

≡

# Search Results

| All Results | ncaa | |
|---|---|---|



10 Dec 2020 (https://www.feganscott.com/news/challenging-the-ncaa-hbcus-say-no-more-discrimination-in-academic-rules/)

## Challenging The NCAA: HBCUs Say No More Discrimination In Academic Rules (https://www.feganscott.com/news/challenging-the-ncaa-hbcus-say-no-more-discrimination-in-academic-rules/)

...The NCAA should be supporting the mission of HBCUs, not penalizing them for it." Fegan has done battle with the NCAA before. The discrimination lawsuit she and other attorneys filed...

Case News (https://www.feganscott.com/news/category/case-news/)

16 Sep 2020 (https://www.feganscott.com/news/the-civil-case-against-harvey-weinstein-the-ncaa-and-the-university-of-southern-california-with-elizabeth-fegan-miranda-warnings/)

## The Civil Case Against Harvey Weinstein, the NCAA and the University of Southern California with Elizabeth Fegan | Miranda Warnings (https://www.feganscott.com/news/the-civil-case-against-harvey-weinstein-the-ncaa-and-the-university-of-southern-california-with-elizabeth-fegan-miranda-warnings/)

...monies is anticipated to be made in February 2021. Discussing the class action suit against the NCAA, Fegan explains her reasoning for beginning an investigation and how forcing the NCAA...

Case News (https://www.feganscott.com/news/category/case-news/)

11 Mar 2022 (https://www.feganscott.com/news/san-francisco-chronicle-intolerable-sexualized-environment-ex-usf-baseball-players-sue-coaches-school-ncaa/)

## San Francisco Chronicle: 'Intolerable sexualized environment': Ex-USF baseball players sue coaches, school, NCAA (https://www.feganscott.com/news/san-francisco-chronicle-

**feganscott** (https://www.feganscott.com/)

intolerable-sexualized-environment-ex-usf-baseball-players-sue-coaches-school-ncaa/)

...and the National Collegiate Athletic Association as defendants, claiming the school knew about the coaches' inappropriate conduct and alleging the NCAA "has failed to implement any rules prohibiting sexual harassment...

Blog (https://www.feganscott.com/news/category/blog/), Case News (https://www.feganscott.com/news/category/case-news/)
Abuse (https://www.feganscott.com/news/tag/abuse/), Baseball (https://www.feganscott.com/news/tag/baseball/), Coach abuse (https://www.feganscott.com/news/tag/coach-abuse/), NCAA (https://www.feganscott.com/news/tag/ncaa/), USF (https://www.feganscott.com/news/tag/usf/)

---

11 Mar 2022 (https://www.feganscott.com/news/lawsuit-filed-by-feganscott-law-firm-co-counsel-alleges-ncaa-and-university-of-san-francisco-fail-to-protect-baseball-players-from-sexual-misconduct-by-coaches/)

# Lawsuit Filed by FeganScott Law Firm & Co-Counsel Alleges NCAA and University of San Francisco Fail to Protect Baseball Players from Sexual Misconduct by Coaches (https://www.feganscott.com/news/lawsuit-filed-by-feganscott-law-firm-co-counsel-alleges-ncaa-and-university-of-san-francisco-fail-to-protect-baseball-players-from-sexual-misconduct-by-coaches/)

SAN FRANCISCO – Today three University of San Francisco (USF) Baseball student-athletes filed a class-action lawsuit against the National Collegiate Athletics Association (NCAA), USF, and two USF coaches, Nino Giarratano...

Blog (https://www.feganscott.com/news/category/blog/), Case News (https://www.feganscott.com/news/category/case-news/)

---

18 Apr 2022 (https://www.feganscott.com/news/cbs-news-lawsuit-claims-ncaas-academic-policies-discriminate-against-hbcus-and-black-student-athletes/)

# CBS News: Lawsuit claims NCAA's academic policies discriminate against HBCUs and Black student-athletes (https://www.feganscott.com/news/cbs-news-lawsuit-claims-ncaas-academic-policies-discriminate-against-hbcus-and-black-student-athletes/)

On April 15, 2022, CBS News' Skyler Henry spoke with co-counsel at May Lightfoot Law and the former HBCU athlete leading the class action case. The NCAA's academic rules for...

Blog (https://www.feganscott.com/news/category/blog/), Case News (https://www.feganscott.com/news/category/case-news/)

---

3 Nov 2021 (https://www.feganscott.com/news/fortune-it-could-have-been-me-the-ncaa-must-do-more-to-protect-student-athletes-from-sexual-abuse/)

# Fortune: It could have been me: The NCAA must do more to protect student-athletes from sexual abuse (https://www.feganscott.com/news/fortune-it-could-have-been-me-the-ncaa-must-do-more-to-protect-student-athletes-from-sexual-abuse/)

In a recent op-ed published by Fortune, Summer-Solstice Thomas discusses some of the consequences of the recent dismissal of our NCAA sexual assault lawsuit, which you can find more information...

Blog (https://www.feganscott.com/news/category/blog/), Firm News (https://www.feganscott.com/news/category/firm-news/)

**feganscott**

NCAA (https://www.feganscott.com/news/tag/ncaa/), Sexual assault (https://www.feganscott.com/news/tag/sexual-assault/), Sexual harassment (https://www.feganscott.com/news/tag/sexual-harassment/)

22 Mar 2020 (https://www.feganscott.com/news/3-former-track-athletes-suing-ncaa-coach-over-alleged-abuse/)
(https://www.feganscott.com/)

# 3 former track athletes suing NCAA, coach over alleged abuse (https://www.feganscott.com/news/3-former-track-athletes-suing-ncaa-coach-over-alleged-abuse/)

By: Larry Lage, Associated Press   ANN ARBOR, Mich. (AP) — Former Olympic high jumper Erin Aldrich planned to die with a secret she kept quiet for two-plus decades: an...

Case News (https://www.feganscott.com/news/category/case-news/)

20 Jan 2021 (https://www.feganscott.com/news/2020-in-review-the-cases-that-changed-us/)

# 2020 in Review: The Cases and Causes that Changed Us (https://www.feganscott.com/news/2020-in-review-the-cases-and-causes-that-changed-us/)

...Athletics In March, three former student-athletes came forward to share stories of abuse against the National Collegiate Athletics Association (NCAA), the NCAA Board of Governors, and John Rembao, the former...

Firm News (https://www.feganscott.com/news/category/firm-news/)



24 Jan 2022 (https://www.feganscott.com/hbcu-student-athletes/)

## HBCU Case (https://www.feganscott.com/hbcu-student-athletes/)

Was your Athletic Career Impacted by the NCAA? Unfair postseason bans may have damaged the athletic careers of many HBCU student athletes. We (https://www.feganscott.com/) believe the NCAA mandates are discriminatory. You...

---

11 Mar 2020 (https://www.feganscott.com/news/track-and-field-coach-john-rembao-accused-of-sexual-harassment-abuse-in-lawsuit/)

## Track and Field Coach John Rembao Accused of Sexual Harassment, Abuse in Lawsuit (https://www.feganscott.com/news/track-and-field-coach-john-rembao-accused-of-sexual-harassment-abuse-in-lawsuit/)

By: Mike Chiari, Bleacher Report   Three former track and field female athletes have filed a class-action lawsuit against the NCAA, the NCAA board of governors and longtime track coach...

Case News (https://www.feganscott.com/news/category/case-news/)

‹ (https://www.feganscott.com/?s=ncaa)   1 (https://www.feganscott.com/?s=ncaa)   2 (https://www.feganscott.com/page/2/?s=ncaa)   3 (https://www.feganscott.com/page/3/?s=ncaa)

feganscott (https://www.feganscott.com/)

© 2022 FeganScott

Disclaimer (https://www.feganscott.com/disclaimer/)

(h tt p s: // w w w. fa c e b o o k. c o m /f

(h tt p s: // t wi tt er .c o m /F e g a n S c o

(h tt p s: // w w w. li n k e di n. c o m /c o m /c o


(https://www.feganscott.com/)

eganscottlaw/).

ottLaw).

mpany/feganscottlaw/about/).


(https://www.feganscott.com/)



# Search Results

| All Results | ncaa | |
|---|---|---|

13 Mar 2022 (https://www.feganscott.com/news/statement-from-feganscott-and-lieff-cabraser-regarding-actions-today-by-university-of-san-francisco/)

## Statement from FeganScott and Lieff Cabraser Regarding Actions Today by University of San Francisco (https://www.feganscott.com/news/statement-from-feganscott-and-lieff-cabraser-regarding-actions-today-by-university-of-san-francisco/)

...the damages caused not just by the coaches but by their own shocking lack of oversight.This is yet another example of what happens because the NCAA disavows responsibility to its...

Blog (https://www.feganscott.com/news/category/blog/), Case News (https://www.feganscott.com/news/category/case-news/)

28 Jan 2022 (https://www.feganscott.com/news/feganscott-founding-partner-elizabeth-a-fegan-named-illinois-super-lawyer-for-sixth-year/)

## FeganScott Founding Partner Elizabeth A. Fegan Named Illinois Super Lawyer for Sixth Year (https://www.feganscott.com/news/feganscott-founding-partner-elizabeth-a-fegan-named-illinois-super-lawyer-for-sixth-year/)

...abuse and harassment, leading sex trafficking claims against disgraced movie mogul Harvey Weinstein as well as abusive NCAA coaches. She is also leading class action lawsuits against corporate giants like...

Blog (https://www.feganscott.com/news/category/blog/), Firm News (https://www.feganscott.com/news/category/firm-news/) Attorney Awards (https://www.feganscott.com/news/tag/attorney-awards/), Awards (https://www.feganscott.com/news/tag/awards/), Beth Fegan (https://www.feganscott.com/news/tag/beth-fegan/), Super Lawyers (https://www.feganscott.com/news/tag/super-lawyers/), Top Illinois Attorney (https://www.feganscott.com/news/tag/top-illinois-attorney/)

9 Dec 2019 (https://www.feganscott.com/elizabeth-fegan/)

## Elizabeth Fegan (https://www.feganscott.com/elizabeth-fegan/)

**feganscott**

☰

...$1 billion for her clients nationwide. "Ms. Fegan demonstrated to me during her work in the NCAA Student-Athlete Concussion MDL that she is very fast, but... perhaps most important...

(https://www.feganscott.com/)

9 Dec 2019 (https://www.feganscott.com/timothy-scott/)

# Timothy Scott (https://www.feganscott.com/timothy-scott/)

...arbitration and trial experience Dozens of discrimination cases settled before the EEOC and IDHR Completed more than 20 marathons NCAA Wrestler Member of the Northern District of Illinois Trial Bar...

21 Feb 2020 (https://www.feganscott.com/news/founding-partner-elizabeth-a-fegan-named-an-illinois-super-lawyer/)

# Founding Partner Elizabeth A. Fegan Named an Illinois Super Lawyer (https://www.feganscott.com/news/founding-partner-elizabeth-a-fegan-named-an-illinois-super-lawyer/)

...the historic settlement with the NCAA that created a 50-year medical monitoring program to provide all current and former student-athletes with access to state-of-the-art neuropsychological testing. Read the full article...

Firm News (https://www.feganscott.com/news/category/firm-news/)
Awards (https://www.feganscott.com/news/tag/awards/)

4 Mar 2021 (https://www.feganscott.com/sports-litigation/)

# Sports Litigation (https://www.feganscott.com/sports-litigation/)

...is especially qualified to navigate the intricacies of NCAA, Title IX and other guidelines, ensuring that athletes are afforded the best representation and guidance when it comes to complex, highly...

11 Mar 2020 (https://www.feganscott.com/news/prominent-track-and-field-coach-john-rembao-accused-of-sexual-harassment-in-lawsuit/)

# Prominent track and field coach John Rembao accused of sexual harassment in lawsuit (https://www.feganscott.com/news/prominent-track-and-field-coach-john-rembao-accused-of-sexual-harassment-in-lawsuit/)

...he has coached four Olympians, 15 individual NCAA champions and 93 All-Americans. He also has been given coveted roles within USA Track and Field, including serving as women's high jump...

Case News (https://www.feganscott.com/news/category/case-news/)

2 May 2022 (https://www.feganscott.com/news/elizabeth-fegan-recognized-in-the-american-lawyers-2022-list-of-midwest-trailblazers/)

# Elizabeth Fegan Recognized in The American Lawyer's 2022 list of Midwest Trailblazers (https://www.feganscott.com/news/elizabeth-fegan-recognized-in-the-american-lawyers-2022-list-of-midwest-trailblazers/)

...and survivors of sexual assault. She has fought against corporate giants and powerful individuals, most recently the NCAA and the University of San Francisco, both of which were named in...

Blog (https://www.feganscott.com/news/category/blog/), Firm News (https://www.feganscott.com/news/category/firm-news/)



18 May 2020 (https://www.feganscott.com/resources/)

# Resources (https://www.feganscott.com/resources/) (https://www.feganscott.com/)

...From our work with the Silence Breakers in the Harvey Weinstein case to the inspiring women taking on the NCAA for failing to protect student-athletes from sexual abuse at college...



30 Jun 2021 (https://www.feganscott.com/news/feganscott-founding-partner-elizabeth-a-fegan-named-to-chicago-lawyer-and-chicago-daily-law-bulletins-top-50-women-in-law-awards-and-lawdragon-500-leading-plaintiff-consumer-lawyer-guide/)

# FeganScott Founding Partner Elizabeth A. Fegan Named to Chicago Lawyer and Chicago Daily Law Bulletin's Top 50 Women in Law Awards and Lawdragon 500 Leading Plaintiff Consumer Lawyer Guide (https://www.feganscott.com/news/feganscott-founding-partner-elizabeth-a-fegan-named-to-chicago-lawyer-and-chicago-daily-law-bulletins-top-50-women-in-law-awards-and-lawdragon-500-leading-plaintiff-consumer-lawyer-guide/)

...Fegan leads the firm on major cases surrounding sexual abuse, consumer fraud and data privacy violations, including cases against TikTok, the makers of Roundup and Zantac, and the NCAA. Recently,...

Firm News (https://www.feganscott.com/news/category/firm-news/)

‹ (https://www.feganscott.com/page/2/?s=ncaa)

1 (https://www.feganscott.com/?s=ncaa)

2 (https://www.feganscott.com/page/2/?s=ncaa)

3 (https://www.feganscott.com/page,s=ncaa)



(https://www.feganscott.com/)

(https://www.feganscott.com/)

© 2022 FeganScott

Disclaimer (https://www.feganscott.com/disclaimer/)

(h tt p s: // w w w. fa c e b o o k. c o m /f e g a ns c ot tl a w /)

(h tt p s: // t wi tt er .c o m /F e g a n S c ot tL a w)

(h tt p s: // w w w. li n k e di n. c o m /c o m p a n y/ fe g a ns c ot tl a w /a b o

feganscott
(https://www.feganscott.com/)



(https://www.feganscott.com/)

< Successes (https://www.feganscott.com/cases/?type=won)

# Case Overview

As part of the co-lead counsel team, Beth prosecuted a nationwide class action lawsuit against the NCAA for failing to implement best practices for treatment of concussions in sports, thereby exacerbating the symptoms and putting student-athletes at risk for catastrophic injuries.

The historic settlement created a 50-year medical monitoring program to provide all current and former NCAA student-athletes with access to state-of-the-art neurological and neuropsychological testing.

The settlement also established a $5 million fund for concussion research.

Read more about the case on ESPN (https://www.espn.com/college-football/story/_/id/27376128/judge-oks-concussion-suit-settlement-vs-ncaa).

share case 

If you would like a free, no obligation consultation with our firm, please call us at 630.273.2625 or complete the form below and we will get back to you

First Name

First Name

Last Name

Last Name

Email Address

Email Address

Phone Number

Phone Number

Message

Message

I'm not a robot

reCAPTCHA
Privacy - Terms

Submit

feganscott

(https://www.feganscott.com/)

© 2022 FeganScott

Disclaimer (https://www.feganscott.com/disclaimer/)

(https://www.facebook.com/feganscottlaw/)

(https://twitter.com/FeganScottLaw)

(https://www.linkedin.com/company/fegansccot

tl
a
w
/a
b
o
ut
/).

feganscott

(https://www.feganscott.com/)

# CBS News: Lawsuit claims NCAA's academic policies discriminate against HBCUs and Black student-athletes

Written by: **Jaime Conlan (https://www.feganscott.com/news/author/jaime/)**                    04/18/2022

---

*On April 15, 2022, CBS News' Skyler Henry spoke with co-counsel at* *May Lightfoot Law* *(https://www.maylightfootlaw.com/) and the former HBCU athlete leading* *the class action case* *(https://www.feganscott.com/hbcu-student-athletes/).*

The NCAA's academic rules for student-athletes are the subject of a proposed class action civil rights lawsuit claiming the policies for deciding which teams get penalized for poor academics discriminate against Black student-athletes and those at Historically Black Colleges and Universities.



Click here for **more of the coverage (https://www.cbsnews.com/video/lawsuit-claims-ncaas-academic-policies-discriminate-against-hbcus-and-black-student-athletes/#x)**.

**feganscott**

(https://www.feganscott.com/)

☰

Share this article

f (https://www.facebook.com/sharer/sharer.php?
u=https%3A%2F%2Fwww.feganscott.com%2Fnews%2Fcbs-news-lawsuit-
claims-ncaas-academic-policies-discriminate-against-hbcus-and-black-
student-athletes%2F)

🐦 (https://twitter.com/intent/tweet?
url=https%3A%2F%2Fwww.feganscott.com%2Fnews%2Fcbs-news-
lawsuit-claims-ncaas-academic-policies-discriminate-against-hbcus-and-
black-student-athletes%2F)

in (https://www.linkedin.com/shareArticle?
mini=true&url=https%3A%2F%2Fwww.feganscott.com%2Fnews%2Fcbs-news-
lawsuit-claims-ncaas-academic-policies-discriminate-against-hbcus-and-black-
student-
athletes%2F&source=https%3A%2F%2Fwww.feganscott.com%2Fnews%2Fcbs-
news-lawsuit-claims-ncaas-academic-policies-discriminate-against-hbcus-and-
black-student-athletes%2F)

✉ (mailto:?
body=https%3A%2F%2Fwww.feganscott.com%2Fnews%2Fcbs-news-
lawsuit-claims-ncaas-academic-policies-discriminate-against-hbcus-and-
black-student-athletes%2F)

Categories

Blog (https://www.feganscott.com/news/category/blog/)

Case News (https://www.feganscott.com/news/category/case-news/)

(https://www.feganscott.com/)

Firm News (https://www.feganscott.com/news/category/firm-news/)

feganscott

(https://www.feganscott.com/)

© 2022 FeganScott

Disclaimer (https://www.feganscott.com/disclaimer/)

(https://www.facebook.com/feg

(https://twitter.com/Fegan ScottL

(https://www.linkedin.com/comp



(https://www.feganscott.com/)

anscottlaw/).

aw).

any/feganscottlaw/about/).

# Exhibit A-3



**BARNES &
THORNBURG** LLP

201 S. Main Street, Suite 400
South Bend, IN 46601-2130 U.S.A.
(574) 233-1171
Fax (574) 237-1125

www.btlaw.com

Brian E. Casey
Partner
(574) 237-1285
Brian.casey@btlaw.com

April 26, 2022

**VIA ELECTRONIC MAIL**

Beth Fegan, Esq.
FeganScott LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606

      RE:    Apparent Conflict of Interest
              *Manassa v. National Collegiate Athletic Ass'n*
              Case No. 1:20-cv-03172 (S.D. Ind.)

Dear Beth:

It has come to our attention that one of FeganScott's attorneys, Ravi Sakthivel, served as contract counsel to the NCAA and reviewed the NCAA's documents in this very case. Mr. Sakthivel was hired by the e-discovery vendor retained by the NCAA in this matter (which is the same vendor handling the NCAA's e-discovery needs in FeganScott's other lawsuits against the NCAA). This poses grave ethical concerns because this representation, which is imputed to FeganScott, at a minimum, violates Rules 1.7, 1.9, and 1.10 of the Indiana Rules of Professional Conduct. Though additional investigation needs to occur here, this direct adversity conflict of interest with an existing client is grounds for FeganScott's disqualification in this matter (and perhaps FeganScott's other litigations against the NCAA).

As we understand it, Mr. Sakthivel appears as of this morning on the FeganScott website which indicates that he "join[ed] FeganScott in 2020." *See* Exhibit A (Sakthivel bio on FeganScott website). As of now, FeganScott continues to represent that Mr. Sakthivel is a FeganScott attorney. Mr. Sakthivel likewise represents on his LinkedIn page as of today that he continues to be a FeganScott attorney. *See* Exhibit B.

However, Mr. Sakthivel failed to disclose that he was a FeganScott attorney when he applied for a position as a contract lawyer with the NCAA's e-discovery vendor in January 2022. The resume that he provided the vendor failed to disclose any relationship with FeganScott at all, instead indicating that he worked for Robbins Geller Rudman & Dowd LLP. *See* Exhibit C (resume). Mr. Sakthivel was subsequently required to complete a conflict of interest form, which specifically disclosed that the client on whose behalf he would be working was the NCAA. He was asked specifically whether that work would create any conflict of interest. He stated that it would not and that, and represented that if he learned of any actual or potential conflict of interest,

Elizabeth Fegan, Esq.
April 26, 2022
Page 2

he would disclose it. Mr. Sakthivel did not. *See,* Exhibit D (Sakthivel Completed Conflict Questionnaire).

Thereafter, Mr. Sakthivel went through an onboarding process in approximately early March and was provided confidential attorney work product and mental impressions with respect to the *Manassa v. NCAA* matter that is currently pending in the Southern District of Indiana. Mr. Sakthivel reviewed the NCAA's documents for responsiveness, confidentiality, and privilege in this matter, and coded documents as being related to particular issues that the NCAA's counsel determined in their judgment to be important, including as relating to certain case themes and litigation strategies. Mr. Sakthivel, according to his time entries, represented that he spent approximately 183 hours reviewing and coding the NCAA's documents. During that time, he reviewed well over 6,000 documents and had access to a substantial amount of the NCAA's documents that are relevant to this case and other litigation. It is our understanding that he participated in a number of conference calls and/or video meetings in which attorney mental impressions were shared. Mr. Sakthivel ceased to be employed by the NCAA's e-discovery vendor on or about April 4, 2022 without ever disclosing that he was concurrently a FeganScott attorney.

This conduct is a clear violation of Rule 1.7(a) of the Indiana Rules of Professional Conduct which states that "a lawyer shall not represent a client if the representation involves a concurrent conflict of interest" which exists if "the representation of one client will be directly adverse to another client." Rule 1.10(a) imputes that prohibition to any lawyer in that lawyer's firm, here FeganScott. Specifically, "[w]hile lawyers are associated in a firm, none of them shall knowingly represent a client when any one of them practicing alone would be prohibited from doing so by Rules 1.7, [or] 1.9." (While the Indiana Rules apply here, the California Rules of Professional Conduct are substantively identical with respect to these rules. *See* Cal. R. Prof. Conduct 1.7(a), 1.10). Even after Mr. Sakthivel was no longer reviewing the NCAA's documents, he (and thus FeganScott) remain bound by Rule 1.9(a) which states that "[a] lawyer who has formerly represented a client in a matter shall not thereafter represent another person in the same or a substantially related matter in which that person's interest are materially adverse to the interests of the former client unless the former client gives informed consent, confirmed in writing."

Mr. Sakthivel has violated Rule 1.7 and 1.9 of the Indiana Rules of Professional Conduct. *See, e.g.*, *Reed v. Hoosier Health Sys., Inc.*, 825 N.E.2d 408 (Ind. Ct. App. 2005). By imputation pursuant to Rule 1.10, FeganScott has violated those same rules. *Id.* Given the grave nature of the issues raised by this concurrent conflict of interest, FeganScott must withdraw from this matter. The NCAA also believes that your firm's disqualification could be warranted in other litigation in which FeganScott has filed claims against the NCAA.[1] That will likely need to be the basis of discovery.

---

[1] Those matters include FeganScott's active litigations against the NCAA, and to the extent there are any appeals. In addition to the *Manassa* case, FeganScott is actively litigating the case pending in the U.S. District Court for the Northern District of California San Francisco Division *John Doe v. the NCAA, the University of San Francisco et al.*, Case No. 22-1559. FeganScott also represented the Plaintiff in the formerly pending case *Erin Aldrich v. the NCAA*, Case No. 5:20-cv-01733-EJD.

**BARNES & THORNBURG** LLP

Elizabeth Fegan, Esq.
April 26, 2022
Page 3


Therefore, we request that promptly: (1) FeganScott indicate whether it intends to withdraw from this matter; and (2) FeganScott initiate a litigation hold with respect to any and all documents, communications, correspondence or data of any kind with respect to the issues raised in this correspondence, including with respect to Mr. Sakthivel, and those regarding FeganScott's litigation of each case against the NCAA. In the event FeganScott does not agree to withdraw in this matter, we will raising this issue with Magistrate Judge Dinsmore at the earliest opportunity, to discuss a schedule for discovery and briefing on a motion to disqualify.  Be advised that the NCAA intends to seek attorney's fees and costs associated with all measures taken to address this conflict of interest issue. Further, while the NCAA intended to make additional rolling document productions on Plaintiff beginning today, in protection of its interests, the NCAA will pause its rolling document productions until this significant conflict of interest issues is resolved.


We can discuss this further in our scheduled telephone call today.  However, we wanted to raise this with you as soon as we had sufficient information to do so.  We look forward to speaking with you about this matter further.


Sincerely,

/s/ *Brian E. Casey*

Brian E. Casey


CC: Counsel of Record

**BARNES & THORNBURG** LLP

# Exhibit A



(https://www.feganscott.com/)

# Ravi Sakthivel

With over a decade of experience in both traditional and nontraditional legal sectors, Ravi brings a wealth of experience in case management, research, and document review.



View vCard (https://www.feganscott.com/wp-content/uploads/2020/09/Ravi-Sakthivel.vcf)

Ravi Sakthivel is a California licensed attorney with over twelve years of experience practicing law. Ravi earned his Juris Doctor from the University of the Pacific McGeorge School of Law where he excelled at the university's renowned Parole Representation Clinic and Immigration Clinic.

After law school, Ravi was an associate at Hastings & Grewal where he provided debt relief solutions to hundreds of struggling Americans during the Great Recession. He earned his bachelor's degree in history from the University of California Santa Cruz.

Prior to joining FeganScott in 2020 Ravi worked as a staff attorney for Robbins Geller Rudman & Dowd, where he concentrated on large pharmaceutical class action lawsuits. Ravi also previously worked for several California law firms, where he practiced real estate, bankruptcy, consumer protection law and immigration law.

Ravi also has extensive experience in nontraditional legal roles. He has worked as a legal compliance officer for a cannabis brand company in Denver, Colorado and as a senior legal director for a China-based legal English production and services company.

## Licensed In:

- California
- United States District Courts for the Northern, Central and Eastern District of California

## Stats:

- Practicing law since 2008
- Lived and worked in Shanghai, China for three years as a lawyer-linguists training legal professionals
- Treasurer and board member of the South Asian Bar Association of San Diego ("SABA-SD")
- On the board of the McGeorge Alumni Board of Directors
- Member of both the Lawyers Club of San Diego and the San Diego County Bar Association
- Holds a Relativity Certified User Certificate

# feganscott

(https://www.feganscott.com/)

© 2022 FeganScott

Disclaimer (https://www.feganscott.com/disclaimer/)

(https://www.facebook.com/feganscottl

(https://twitter.com/FeganScottLaw)

(https://www.linkedin.com/company/feg

a
w
/).

a
ns
c
ot
tl
a
w
/a
b
o
ut
/).

Exhibit B

 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**    ✕

    

 Home     My Network     Jobs



# Ravi Sakthivel · 2nd

Staff Attorney at FeganScott

- FeganScott
- University of the Pacific - McGeorge School of Law

San Diego County, California, United States · Contact info

**500+ connections**

 **1 mutual connection:** Evan J. Law

Connect    More

## About

California Licensed Attorney with 12+ years of experience practicing law in both the public and private sectors. Motivated self-starter focused on case management, research, and document review.

## Activity

15,447 followers

+ Follow

**Ravi hasn't posted lately**

 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info** ✕

 🔍

Home My Network Jobs

 **Staff Attorney**
FeganScott
2020 - Present · 2 yrs 4 mos

 **Staff Attorney**
Robbins Geller Rudman & Dowd LLP · Full-time
2019 - 2020 · 1 yr
San Diego, CA, United States

- Reviewed documents and analyzed content for responsiveness to requests for production, advancing to the QC team and the privilege revie ...see more

 **Document Review Attorney**
TCDI · Contract
2017 - 2020 · 3 yrs
Greater San Diego Area

-Conducted search queries of multi-million page databases to perform fact investigations, prepare for witness depositions, and to respond t ...see more

 **Managing Director**
Imagine Reporting · Full-time
2018 - 2019 · 1 yr
San Diego, California

- Manage all contract drafts, reviews, and negotiations with customers, suppliers, and vendors.

 **Document Review Attorney**
Catalyst Repository Systems · Contract
2017 - 2018 · 1 yr
Greater Denver Area

- Analyzed complex legal documents including emails, contracts, spreadsheets and other financial documents

Show all 11 experiences →

## Education

 **University of the Pacific - McGeorge School of Law**

 

Home    My Network    Jobs

Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**    ✕

## Licenses & certifications



### License to Practice Law

State Bar of California

Issued Jun 2008 · No Expiration Date

Credential ID 256327

Show credential ⬈

---



### Registered Process Server

County of San Diego

Issued Jun 2018 · Expired Jun 2020

Credential ID 3306

---



### Relativity Certified User

Relativity

## Skills

### Legal Writing · 23

 Endorsed by Jeremy M. Evans who is highly skilled at this

---

### Legal Advice · 22

---

### Legal Research · 19

 Endorsed by Jeremy M. Evans and 1 other who is highly skilled at this

---

Show all 27 skills →

## Organizations

### McGeorge Alumni Board of Directors

Board Member · Nov 2018 - Present

 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

 

Home    My Network    Jobs

Show all 4 organizations →

## Interests

**Influencers**    Companies    Groups    Schools

 **Betty Liu**  · 3rd
Chairman and CEO at D and Z Media Acquisition Corp.
744,527 followers

 **Marshall Goldsmith**  · 3rd
#1 Leadership Thinker, Exec Coach, NYT Bestselling Author. Dartmouth Tuck Professor Mgmt Practice
1,383,495 followers

Show all 20 influencers →

Promoted                                                    ···



Attorney Needed ASAP
We need more attorneys in your area ASAP. Apply now for membership.

Learn more



Energy Law Forum
Interested in energy law? Join our forum on energy law.

Learn more

## People also viewed

 **Carol Drolette**
• 3rd
Mortgage Loan Originator NMLS #164730 at Curran Mortgage Inc

( Message )

**Vickie Madison-Husband**
• 3rd+
Beauty Specialist at Different Strokes Hair and Beauty Specialist

Exhibit C

# Ravi Sakthivel

San Diego County, California    rksakthivellaw@gmail.com    925-390-9125

**Summary**

I am a California Licensed Attorney in good standing who is flexible, reliable, and self-motivated. I practiced over 5 years as a project-based document review attorney with extensive review experience in the insurance, healthcare, complex litigation, SEC, pharmaceutical class actions and criminal fields. I have successfully completed over 100 document review projects that have ranged in length from less than a week (requiring 10-12 hour a day to reach the deadline) to over a year and a half. Though I am based on the West Coast I have successfully completed document review projects based on Mountain, Midwest, and East Coast time with no issues.

**Experience**

 **Document Review Attorney (Project Based)**

Robbins Geller Rudman & Dowd LLP 2019 - Present

- Reviewed documents and analyzed content for responsiveness to requests for production, advancing to the QC team and the privilege review.
- Guided legal team and examined team members' document analysis for accuracy, providing feedback on improving production quality.
- Prepared privilege log, preserving attorney-client and work product privilege.

 **Document Review Attorney (Project Based)**

TCDI 2017 - Present

-Conducted search queries of multi-million-page databases to perform fact investigations, prepare for witness depositions, and to respond to discovery requests from opponents.
-Reviewed documents for relevance, content, and privilege before production.
-Performed Quality Control of document review teams.

 **Managing Director**

Imagine Reporting 2018 - 2019

- Manage all contract reviews and negotiations with customers, suppliers, and vendors.
- Provide legal advice and recommendations on applicable laws and risk mitigation strategies.
- Interpret and analyze contract documents to review, evaluate, and accept or reject customer requests.

 **Document Review Attorney (Project Based)**

Catalyst Repository Systems 2016 - 2019

- Analyzed complex legal documents including emails, contracts, spreadsheets and other financial documents.
- Determined which issues applied to each document and coded the documents accordingly.
- Reviewed and determined if the document was responsive to the issues in the case and determined if any type of attorney-client privilege applied.

 **Document Review Attorney (Project Based)**

Epiq 2016 - 2019

  - Conducted advanced and last pass privilege review.

  - Utilized Relativity to scan documents for statements against interest.

  - Assisted in preparing documents for production.

  - Reviewed documents produced by opposing counsel for content, relevance and importance.

 **Legal Compliance Officer**

Arcana Inc. 2016 - 2017

  - Led the legal review of assignment provisions during a corporate restructure to mitigate legal risk.

  - Reviewed and negotiated master service, professional services, and so ware licensing agreements.

  - Researched and updated the company privacy policy to comply with recent regulatory changes.

  - Increased document review efficiency by developing and implementing a new E-Signature procedure.

 **Senior Legal Director**

TransLegal 2014 - 2016

  - Designed & implemented legal strategies to meet goals & support business objectives at the executive-level.

  - Analyzed legal processes and procedures to identify areas of improvement and develop updates to increase operational efficiency, productivity, and quality.

  - Dra ed and negotiated complex and high-risk contracts as a hands-on leader.

 **Senior Managing Attorney**

Camacho & Associates 2012 - 2014

  - Managed land acquisition and cellular tower leases for Verizon Wireless, T Mobile & AT&T.

 **Staff Attorney**

Choe, Jackson & Weitz 2009 - 2012

  - Litigated foreclosure defense, unlawful detainer, & bankruptcy cases in CA and Federal jurisdictions.

 **Associate Attorney**

Hastings & Grewal 2007 - 2009

  - Led Federal Immigration Law case management. Dra  legal memoranda, performed legal & case research, and represented petitioners in Asylum Hearings and Citizenship Interviews.

**Education**

 **University of the Pacific - McGeorge School of Law**

Doctor of Law (J.D.), Law

 **University of California, Santa Cruz**

Bachelor of Arts (B.A.), History

**Licenses & Certifications**

 **Registered Process Server** - County of San Diego

Issued Jun 2018 - Expires Jun 2020 3306

 **License to Practice Law** - State Bar of California

256327

 **Relativity Certified User** – Relativity

**Skills**

Litigation • Legal Research • Civil Litigation • Legal Writing • Legal Advice • Courts • Legal Assistance • Personal Injury  • Westlaw  • Arbitration

Exhibit D

**EXHIBIT A**
**Description of Services/Compensation/Expenses/Conflict of Interest**

**Services to be provided by Contractor**:

Review, analysis, and coding of documents provided to Proteus by Proteus' Client, The National Collegiate Athletic Association ("NCAA")                .

**Term of Agreement:** Approx. 2-3 weeks depending on volume of documents.

**Confidential Information (as defined in Section 2.l of the Independent Contractor Agreement) may be utilized:** (Check boxes as applicable, and set forth details as desired in space provided)

[ ]      Only at Proteus' business premises

[X]      At Contractor's premises provided that appropriate confidentiality procedures and arrangements are observed

[ ]      Other:  Given the investigation related concerns of this project, Proteus' Client requires confidentiality including downloading documents only to Proteus' Computers.  As such, this review should occur at Proteus.

**Compensation**

Proteus shall pay Contractor Twenty-Five Dollars per hour ($25.00/hour) for work performed by Contractor to complete Services (as that term is defined in the Independent Contractor Agreement), which shall be due and payable to Contractor bi-weekly on or before the 16th day and first day of each month.

**Expenses**

Contractor is responsible for his or her own expenses unless Contractor receives prior written approval from an officer of Proteus that an expense is reimbursable by Proteus.  Notwithstanding the foregoing provision, Proteus agrees to reimburse Contractor for the following expenses:

NONE

**Conflict of Interest**

After conducting an independent analysis of past and current clients, Contractor represents and warrants that Contractor has no business, professional, personal or other interest, including, but not limited to, the representation of other clients, that would conflict in any manner with the

performance of Contractor's obligations under this agreement.  If any actual or potential conflict of interest arises under this Agreement, Contractor shall immediately notify Proteus of such conflict in writing.

**CONTRACTOR**                                    **PROTEUS DISCOVERY GROUP, LLC**

Ravi Sakthivel
_____          By: _____
CONTRACTOR (Print Name)

*Ravi Sakthivel*
_____          Its: _____
CONTRACTOR SIGNATURE

3/2/2022
_____
DATE

Exhibit A-4

**feganscott**

**FeganScott LLC**
ATTORNEYS AT LAW

150 S. Wacker Dr., 24th Floor
Chicago, IL 6060g

PHONE  312.741.1019
FAX  312.264.0100

beth@feganscott.com

May 2, 2022

VIA ELECTRONIC MAIL
Brian Casey
BARNES & THORNBURG LLP
201 S. Main Street, Ste. 400
South Bend, IN  46601

   Re: *Manassa, et al. v. National Collegiate Athletic Association*, Case No.
     1:20-cv-03172 (S.D. Ind.)

Dear Brian:

   I am writing in response to your letter of April 26, 2022.  I unequivocally condemn the actions of Ravi Sakthivel. To that end, I personally filed an Attorney Misconduct Complaint regarding Ravi's actions with the State Bar of California on April 27, 2022 and terminated his employment.

   However, because of the unique circumstances here, no attorneys at Fegan Scott LLC (the Firm) have received or had access to any information regarding the NCAA from Ravi, nor did Ravi access, or have access to, the Firm's files relating to the NCAA in this or any other litigation. Accordingly, any presumption otherwise is rebuttable and should not result in the Firm's disqualification as counsel for Plaintiff and the putative class.

   We would be willing to provide the following information via sworn declarations.

  **A.  Hiring of Ravi Sakthivel**

   The Firm hired Ravi Sakthivel as a staff attorney to start on September 7, 2020.  Ravi was hired to work full time and fully remotely from his home in California.  Since his hiring, he has worked exclusively reviewing documents in the Zantac litigation, which documents are maintained by an e-discovery vendor retained by lead counsel in that litigation.

   At the time he was hired, Ravi signed an offer letter.  The signed offer letter provides in pertinent part: "You will start in a full-time position of Staff Attorney with responsibility for document review. You will report directly to Elizabeth Fegan. You agree to devote your full business time, attention, and best efforts to the performance of your duties for the Firm."

   In November 2021, the Firm introduced an Employee Handbook and Confidentiality Agreement. The Confidentiality Agreement provides in pertinent part:

**fegan**scott

> During Employee's employment, Employee will not engage in any business activities, which are competitive with [the] Firm or otherwise in conflict with Employee's duties on behalf of the Firm, unless the Firm has provided its consent in writing. These obligations include after hours, on weekends, and during vacation time, even if only organizational assistance or limited consultation is involved, whether or not Employee receives compensation from the competing or conflicting entity or person.

The Employee Handbook provides in pertinent part:

> Situations that involve an actual or potential conflict of interest between an employee's interests and the interests of the Firm must be discussed with management in order to protect the interests of both parties. It is the policy of the Firm that all employees disclose any situation, which does or may involve a conflict of interest between their personal interests and the interests of the Firm. While it is impossible to list every circumstance that may create possible conflicts of interest, the following should serve as a guide to the types of activities, which may cause conflicts: * * * Outside employment anywhere, directly or through an intermediary, which can or will adversely affect the employee's productivity or availability, including employment by competitor.

Ravi never disclosed to the Firm that he was employed by anyone other than Fegan Scott. Ravi never disclosed to the Firm that he was conducting document review outside of the firm or working on any cases other than as assigned by Fegan Scott.

Moreover, the Firm openly held out Ravi as a staff attorney on its website and on Ravi's LinkedIn profile. Similarly, the Firm openly lists its cases on its website. Notwithstanding, no e-discovery vendor ever contacted the Firm regarding Ravi or to run a conflict check relating to his work.

### B. Firm Systems

Our Firm uses a document management and billing system called Clio. Within Clio, we can track every employee's activity and access to each client file.  The firm's file for the Manassa v. NCAA litigation is matter number 2025. The Firm has pulled the report reflecting all activity in matter number 2025; the report reflects that Ravi never accessed the files in matter number 2025.

Further, all employees are required to record their billable time contemporaneously with their work. As mentioned above, Ravi worked full-time on the Zantac litigation; Ravi never worked on the Manassa litigation and thus never billed any time to this matter.

**fegan**scott

### C.  Firm Communications

Since inception, the Firm's attorneys (other than myself and Tim Scott) have worked fully remotely. Since his hiring, Ravi has worked fully remotely from his home in California. In fact, due to COVID, no one from the Firm has met Ravi in person.

It is the Firm's regular practice to hold firm meetings via Zoom every Friday. One Friday per month is an all-firm meeting. The other Friday meetings are case specific. Staff attorneys are only invited to and attend the all-firm meeting and the meetings in which the cases they are working on are scheduled for discussion.

The focus of the firm meeting is administrative in nature. Ravi did not attend case-specific firm meetings unless the Zantac matter was on the agenda.  We have checked the agendas for the case-specific meetings; they reflect that the Manassa litigation was never discussed during the same meeting as Zantac. Accordingly, Ravi was never present at a Firm meeting for any discussion regarding the NCAA litigation.

I never communicated orally or in writing with Ravi regarding the Manassa litigation or the NCAA.  Moreover, no other attorney has ever discussed this matter with Ravi, other than to invite him to a telephonic meeting which never happened.

On April 22, 2022, Melissa Clark emailed Ravi to inquire whether he was available to temporarily move off of Zantac to work on document review in this litigation. She asked if he was available on August 26, 2022 for a call about the document review.  Ravi replied that he was interested in moving off Zantac and was available for the call.  Upon receipt of your letter on April 26, 2022, I immediately cancelled the document review call (which had not yet taken place).  During these administrative scheduling communications, no one discussed any substantive information concerning this case or the NCAA, nor did Ravi disclose that he had conducted document review for the NCAA or have any information or knowledge concerning the NCAA. Moreover, Ravi never had access to Plaintiff's e-discovery vendor for this litigation.

### D.  Termination

On April 26, 2022, I received your letter. I immediately placed Ravi on administrative leave and caused Ravi's access to all firm systems to be shut down.  I immediately directed Melissa Clark and Brooke Achua to preserve and send to me any communications that they had with Ravi concerning this litigation.

My Co-Managing Member, Tim Scott, instructed all Fegan Scott employees to refrain from any communications with Ravi while an investigation was conducted.

**feganscott**

May 2, 2022
Page 4

      On April 27, 2022, Tim Scott and I had a telephone call with Ravi.  We asked Ravi whether he had been engaged in any work outside the firm. He stated that he had worked with multiple agencies and recruiters on document review projects. We asked him to disclose which firms, and he agreed to send us a list.

      Although we had not shared your letter with him, he stated that he saw the letter from the "NAACP"'s lawyers, which we understood him to be referring to your April 26, 2022, letter. He stated that he had not known that Fegan Scott had a case involving the "NAACP" and thought he had checked all of the conflicts. We advised him that his actions were a serious breach of professional ethics, a violation of firm policy, and we were terminating his employment.  We advised him that he had an obligation to preserve the firm's laptop, and not to destroy or delete any information on the laptop while we arranged for the laptop to be returned to a third-party IT firm.[1]  Ravi has since advised us in writing that he did not use the Firm laptop to conduct document review in this litigation.

*　　　*　　　*

      We request that you share with us the identity of the NCAA's e-discovery vendor. We are gravely concerned with the vendor's failure to vet the document reviewers, run a conflicts check, or conduct a simple Google search. We intend to hold the vendor responsible if the NCAA pursues this matter to litigation, the Firm incurs costs, or is disqualified from this or any other litigation.

      Please let us know if you have additional questions that we can answer to address the NCAA's concerns.

      We reiterate our agreement that Ravi's actions were the most serious of ethical violations and will continue to pursue state bar action against him. However, given the facts here, we do not believe that withdrawal is required.

Sincerely,

Elizabeth A. Fegan
Managing Member

---

[1] We have instructed the IT firm to preserve and not access the laptop. We intend to destroy it once this issue is resolved, but of course will not do so until we reach agreement with you or pursuant to Court Order.



May 2, 2022
Page 5

cc.     Timothy A. Scott
        Melissa Clark

Exhibit A-5



**BARNES & THORNBURG** LLP

201 S. Main Street, Suite 400
South Bend, IN 46601-2130 U.S.A.
(574) 233-1171
Fax (574) 237-1125

www.btlaw.com

Brian E. Casey
Partner
(574) 237-1285
Brian.casey@btlaw.com

April 26, 2022

**VIA ELECTRONIC MAIL**

Ravi Sakthivel, Esq.
FeganScott LLC
501 W. Broadway, Suite 800
San Diego, CA 92101

      RE:     Apparent Conflict of Interest
             *Manassa v. National Collegiate Athletic Ass'n*
             Case No. 1:20-cv-03172 (S.D. Ind.)

Dear Mr. Sakthivel:

      It has come to our attention that you served as contract counsel to the NCAA and reviewed the NCAA's documents in this very case while, at the same time, you are or were an attorney at FeganScott, counsel for Mr. Manassa who is the plaintiff in this case. It is our understanding that you were hired by the e-discovery vendor retained by the NCAA in this matter (which is the same vendor handling the NCAA's e-discovery needs in FeganScott's other lawsuits against the NCAA). This poses grave ethical concerns because this representation, which is imputed to FeganScott, at a minimum, violates Rules 1.7, 1.9, and 1.10 of the Indiana Rules of Professional Conduct. Though additional investigation needs to occur here, this direct adversity conflict of interest with an existing client is grounds for FeganScott's disqualification in this matter (and perhaps FeganScott's other litigations against the NCAA).

      As we understand it, as of this morning you are identified on the FeganScott website as a staff attorney who "join[ed] FeganScott in 2020." *See* Exhibit A (Sakthivel bio on FeganScott website). As of now, FeganScott continues to represent that you are a FeganScott attorney. Similarly, you likewise represent on your LinkedIn page as of today that you continue to be a FeganScott attorney. *See* Exhibit B.

      However, you failed to disclose that you are a FeganScott attorney when you applied for a position as a contract lawyer with the NCAA's e-discovery vendor in January 2022. The resume you provided failed to disclose any relationship with FeganScott at all, instead indicating that you worked for Robbins Geller Rudman & Dowd LLP. *See* Exhibit C (resume). You were then subsequently required to complete a conflict of interest form, which specifically disclosed that the client on whose behalf you would be working was the NCAA. You were asked specifically whether that work would create any conflict of interest. You stated that it would not and that, and

Ravi Sakthivel, Esq.
April 26, 2022
Page 2

represented that if you learned of any actual or potential conflict of interest, you would disclose it. You did not. *See,* Exhibit D (Sakthivel Completed Conflict Questionnaire).

Thereafter, you went through an onboarding process in approximately early March and were provided confidential attorney work product and mental impressions with respect to the *Manassa v. NCAA* matter that is currently pending in the Southern District of Indiana. You reviewed the NCAA's documents for responsiveness, confidentiality, and privilege in this matter, and coded documents as being related to particular issues that the NCAA's counsel determined in their judgment to be important, including as relating to certain case themes and litigation strategies. According to your time entries, you spent approximately 183 hours reviewing and coding the NCAA's documents. During that time, you reviewed well over 6,000 documents and had access to a substantial amount of the NCAA's documents that are relevant to this case and other litigation. It is our understanding that you participated in a number of conference calls and/or video meetings in which attorney mental impressions were shared. You ceased to be employed by the NCAA's e-discovery vendor on or about April 4, 2022 without ever disclosing that you were concurrently a FeganScott attorney.

This conduct is a clear violation of Rule 1.7(a) of the Indiana Rules of Professional Conduct which states that "a lawyer shall not represent a client if the representation involves a concurrent conflict of interest" which exists if "the representation of one client will be directly adverse to another client." Rule 1.10(a) imputes that prohibition to any lawyer in that lawyer's firm, here FeganScott. Specifically, "[w]hile lawyers are associated in a firm, none of them shall knowingly represent a client when any one of them practicing alone would be prohibited from doing so by Rules 1.7, [or] 1.9." (While the Indiana Rules apply here, the California Rules of Professional Conduct are substantively identical with respect to these rules. *See* Cal. R. Prof. Conduct 1.7(a), 1.10). Even after you were no longer reviewing the NCAA's documents, you (and thus FeganScott) remain bound by Rule 1.9(a) which states that "[a] lawyer who has formerly represented a client in a matter shall not thereafter represent another person in the same or a substantially related matter in which that person's interest are materially adverse to the interests of the former client unless the former client gives informed consent, confirmed in writing."

It appears that you have violated Rule 1.7 and 1.9 of the Indiana Rules of Professional Conduct. *See, e.g.*, *Reed v. Hoosier Health Sys., Inc.*, 825 N.E.2d 408 (Ind. Ct. App. 2005). By imputation pursuant to Rule 1.10, FeganScott has violated those same rules. *Id.* The extent of these violations will likely need to be the basis of discovery.

Therefore, we request that you initiate a litigation hold with respect to any and all documents, communications, correspondence or data of any kind with respect to the issues raised in this correspondence, including with respect to FeganScott, including those regarding FeganScott's litigation of each case against the NCAA. We would appreciate it if you would acknowledge receipt of this correspondence. Thank you.

Ravi Sakthivel, Esq.
April 26, 2022
Page 3

Sincerely,

/s/ Brian E. Casey

Brian E. Casey

CC: Counsel of Record

**BARNES & THORNBURG** LLP



[(https://www.feganscott.com/)](https://www.feganscott.com/)

# Ravi Sakthivel

With over a decade of experience in both traditional and nontraditional legal sectors, Ravi brings a wealth of experience in case management, research, and document review.



View vCard (https://www.feganscott.com/wp-content/uploads/2020/09/Ravi-Sakthivel.vcf)

Ravi Sakthivel is a California licensed attorney with over twelve years of experience practicing law. Ravi earned his Juris Doctor from the University of the Pacific McGeorge School of Law where he excelled at the university's renowned Parole Representation Clinic and Immigration Clinic.

After law school, Ravi was an associate at Hastings & Grewal where he provided debt relief solutions to hundreds of struggling Americans during the Great Recession. He earned his bachelor's degree in history from the University of California Santa Cruz.

Prior to joining FeganScott in 2020 Ravi worked as a staff attorney for Robbins Geller Rudman & Dowd, where he concentrated on large pharmaceutical class action lawsuits. Ravi also previously worked for several California law firms, where he practiced real estate, bankruptcy, consumer protection law and immigration law.

Ravi also has extensive experience in nontraditional legal roles. He has worked as a legal compliance officer for a cannabis brand company in Denver, Colorado and as a senior legal director for a China-based legal English production and services company.

## Licensed In:

- California
- United States District Courts for the Northern, Central and Eastern District of California

## Stats:

- Practicing law since 2008
- Lived and worked in Shanghai, China for three years as a lawyer-linguists training legal professionals
- Treasurer and board member of the South Asian Bar Association of San Diego ("SABA-SD")
- On the board of the McGeorge Alumni Board of Directors
- Member of both the Lawyers Club of San Diego and the San Diego County Bar Association
- Holds a Relativity Certified User Certificate

**feganscott**

(https://www.feganscott.com/)

© 2022 FeganScott

Disclaimer (https://www.feganscott.com/disclaimer/)

(https://www.facebook.com/feganscottl

(https://twitter.com/FeganScottLaw)

(https://www.linkedin.com/company/feg

aw/)

anscottlaw/about/)



Ravi Sakthivel





# Ravi Sakthivel

Staff Attorney at FeganScott

San Diego County, California, United States · 500+ connections

**Join to connect**

 FeganScott

University of the Pacific - McGeorge School of Law

---

## About

California Licensed Attorney with 12+ years of experience practicing law in both the public and private sectors. Motivated self-starter focused on case management, research, and document review.

---

## Articles by Ravi


Ravi Sakthivel




## Busting the Myth of Metadata

By Ravi Sakthivel

Aug 7, 2018



## How will California navigate the pitfalls of a newly created recreational cannabis industry without a central state regulatory agency?

By Ravi Sakthivel

Jan 2, 2018

## Los Angeles County Draft Rules & Regulations: A Glimpse of What's to Come

By Ravi Sakthivel

Dec 22, 2017



Ravi Sakthivel



## Activity



**Our founder Beth Fegan is an expert at fighting for victims of sexual abuse, discrimination, consumer fraud, antitrust violations and other offenses....**

Liked by Ravi Sakthivel

**We are excited to announce that Beacon Hill has recently been named to Forbes "America's Best Staffing Firms" List!**

Liked by Ravi Sakthivel



### Ravi Sakthivel



**Lawyers from Jones Day on Friday apologized to a Virginia federal judge for exposing secret grand jury information in a court filing, an error the...**

Shared by Ravi Sakthivel

**Join now to see all activity**

## Experience

### Staff Attorney

FeganScott

2020 – Present · 2 years

### Staff Attorney

Robbins Geller Rudman & Dowd LLP

2019 – 2020 · 1 year

San Diego, CA, United States

- Reviewed documents and analyzed content for responsiveness to requests for production, advancing to the QC team and the privilege review
- Guided legal team and examined team members' document analysis for accuracy, providing feedback on improving production quality
- Prepared privilege log, preserving attorney-client and work product privilege
- Reviewed opposing party document productions and identified hot documents

### Document Review Attorney

TCDI

2017 – 2020 · 3 years

Greater San Diego Area

-Conducted search queries of multi-million page databases to perform fact investigations, prepare for witness depositions, and to respond to discovery requests from opponents.

 Ravi Sakthivel 

-Created and maintained privilege logs.

### Managing Director

Imagine Reporting

2018 – 2019 · 1 year

San Diego, California

- Manage all contract drafts, reviews, and negotiations with customers, suppliers, and vendors.
- Provide legal advice and recommendations on applicable laws and risk mitigation strategies.
- Interpret and analyze contract documents to review, evaluate, and accept or reject customer requests.
- Prepare affidavits for attorneys for court records and legal action placement.
- Conduct investigations and statistical and documentary research.
- Organize and track case documentation to…

Show more

### Document Review Attorney

Catalyst Repository Systems

2017 – 2018 · 1 year

Greater Denver Area

- Analyzed complex legal documents including emails, contracts, spreadsheets and other financial documents
- Determined which issues applied to each document and coded the documents accordingly
- Reviewed and determined if the document was responsive to the issues in the case and determined if any type of attorney-client privilege applied
- Performed quality control on other reviewers work to ensure the client was receiving a top quality product

### Document Review Attorney

Epiq

2017 – 2018 · 1 year

Greater Denver Area

 **Linked**in   Ravi Sakthivel   

– Assisted in preparing documents for production.
– Reviewed documents produced by opposing counsel for content, relevance and importance.

### Legal Compliance Officer

Arcana Inc.

2016 – 2017 · 1 year

Greater Denver Area

– Led the legal review of assignment provisions during a corporate restructure to mitigate legal risk.
– Reviewed and negotiated master service, professional services, and software licensing agreements.
– Researched and updated the company privacy policy to comply with recent regulatory changes.
– Increased document review efficiency by developing and implementing a new E-Signature procedure.

### Senior Legal Director

TransLegal

2014 – 2016 · 2 years

Shanghai City, China

– Designed & implemented legal strategies to meet goals & support business objectives at the executive-level.
– Analyzed legal processes and procedures to identify areas of improvement and develop updates to increase operational efficiency, productivity, and quality.
– Drafted and negotiated complex and high-risk contracts as a hands-on leader.
– Managed and oversaw the contracts team to ensure accuracy and timely delivery to each client.
– Created and facilitated company-wide...

**Show more**

### Senior Managing Attorney

Camacho & Associates

2012 – 2014 · 2 years

San Jose, California



| Ravi Sakthivel |
| --- |



### Staff Attorney

Choe, Jackson & Weitz

2009 – 2012 · 3 years

Los Angeles, California

- Litigated foreclosure defense, unlawful detainer, & bankruptcy cases in CA and Federal jurisdictions.

### Associate Attorney

Hastings & Grewal

2007 – 2009 · 2 years

Sacramento, California

- Led Federal Immigration Law case management. Drafted legal memoranda, performed legal & case research, and represented petitioners in Asylum Hearings and Citizenship Interviews.

## Education

### University of the Pacific - McGeorge School of Law

Doctor of Law (J.D.) · Law

### University of California, Santa Cruz

Bachelor of Arts (B.A.) · History

## Licenses & Certifications

### License to Practice Law

State Bar of California

Issued Jun 2008

Credential ID 256327

See credential



Ravi Sakthivel



Issued Jun 2018 · Expires Jun 2020

Credential ID 3306

**Relativity Certified User**
Relativity

# Organizations

### McGeorge Alumni Board of Directors
Board Member
Nov 2018 – Present

### San Diego South Asian Bar Association
Treasurer
Nov 2018 – Present

### Lawyers Club of San Diego
-

### San Diego County Bar Association
-

# Groups

### Business Divorce and Private Company Disputes
-

### Attorney Referral Network USA
-

### San Diego Link Referral and Networking Group
-



Ravi Sakthivel

-

**San Diego ESI Forum**

-

**LIBRA NETWORK - The Legal Networking Group**

-

Show 1 more group

---

## More activity by Ravi

**Presentation at UCLA Anderson School of Management on #entertainment #media #sports law and business. Honored for the invite and opportunity!...**

Liked by Ravi Sakthivel

**10 best practices to help lawyers develop their leadership skills:**

Liked by Ravi Sakthivel

 Ravi Sakthivel 

**Hear how robots and technologies like AI are impacting the legal industry and how they can be valuable to lawyers.**

Liked by Ravi Sakthivel

**3 ways you can potentially help the employer come to a decision more quickly:**

Liked by Ravi Sakthivel

**Grand Opening Today! 3-7 pm at our office. Ribbon Cutting at 4 pm! Young Law Group 6910 S. Cimarron Rd. Suite 230 Las Vegas, NV 89113**

Liked by Ravi Sakthivel

**As the busy summer travel season approaches, consumers should be aware of what's going on with the Boeing 737 Max planes. Currently, they remain...**

Liked by Ravi Sakthivel

    Ravi Sakthivel    

**Looking forward to the Lawyers Club Of San Diego with keynote speaker Dahlia Lithwick on Thursday. Will be a great evening!**

Liked by Ravi Sakthivel

**Proud to be quoted in PRWeek along with rockstar Rosie Mattio! Hoban Law Group**

Liked by Ravi Sakthivel

**I'm here at the US Grant with the Tom Homann LGBT Law Association getting ready for tomorrow's Annual Dinner. There's so much work that goes into...**

Liked by Ravi Sakthivel

**Did you know that you can acquire shared mailboxes in Exchange / O365 with Forensic Email Collector? It's as simple as entering the shared mailbox as...**

Liked by Ravi Sakthivel

 | Ravi Sakthivel | 

**Meet 'Black Girl Magic,' The 19 African-American Women Elected As Judges In Texas**
Liked by Ravi Sakthivel

**Lack of communication is one of the biggest reasons for divorce.**
Liked by Ravi Sakthivel

## View Ravi's full profile

See who you know in common

Get introduced

Contact Ravi directly

**Join to view full profile**

## People also viewed

 **James Ochoa**
Client Account Specialist at Morrison Foerster
Diablo, CA

 **Carol Drolette**
Mortgage Loan Originator NMLS #164730 at Curran Mortgage Inc
Austin, Texas Metropolitan Area

 Ravi Sakthivel 

Lemon Grove, CA

 **William Daniels**
Senior Graphic Designer & IT Coordinator at easie business services
Escondido, CA

 **Patrick Inkmann**
Site Development Services (Telecommunications and Renewable Energy Services)
Orange County, CA

 **Sharon M.**
I make your business dreams come true
Greater Alexandria, Louisiana

 **Nathaly Ortega**
Legal Assistant at Antonyan Miranda, LLP
San Diego County, CA

 **Ommar Chavez**
Associate Attorney at Wirtz Law APC
San Diego, CA

 **Timothy Halinski**
Corporate Counsel at T-Mobile
Atlanta Metropolitan Area

 **Katherine Collins**
Associate Attorney at Gibbs Houston Pauw
San Diego, CA

Show more profiles ⌄

## Others named **Ravi Sakthivel**

 **Ravi Kiran Sakthivel**
Student at Centennial College
Toronto, ON

 **Ravi sakthivel**
Sr Manager E&I Awarpur Cement Works
Washim

 **Ravi Sakthivel**



Ravi Sakthivel





**Ravi Sakthivel**
Master of Arts - MA at IUBH University of Applied Sciences
Berlin

8 others named Ravi Sakthivel are on LinkedIn

**See others named Ravi Sakthivel**

## Add new skills with these courses

**Privacy for Executives and Aspiring Executives**

**Music Law: Managing a Band's Business**

**Programming Foundations: Open-Source Licensing**

**See all courses**

## Ravi's public profile badge

Include this LinkedIn profile on other websites

**Ravi Sakthivel**
Staff Attorney at FeganScott

Staff Attorney at FeganScott

University of the Pacific - McGeorge School of Law

View profile

**View profile badges**

© 2022                    **About**



Ravi Sakthivel



Copyright Policy                          Brand Policy

Guest Controls                            Community Guidelines

Language

# Ravi Sakthivel

San Diego, CA 92108
rksakthivellaw@gmail.com
+1 925 390 9125

I am a California Licensed Attorney in good standing who is flexible, reliable, and self-motivated. I practiced over 5 years as a project-based document review attorney with extensive review experience in the insurance, healthcare, complex litigation, SEC, pharmaceutical class actions and criminal fields. I have successfully completed over 100 document review projects that have ranged in length from less than a week (requiring 10-12 hour a day to reach the deadline) to over a year and a half. Though I am based on the West Coast I have successfully completed document review projects based on Mountain, Midwest, and East Coast time with no issues.

## Work Experience

### Document Review Attorney (Project Based)
Robbins Geller Rudman & Dowd LLP
January 2019 to Present

· Reviewed documents and analyzed content for responsiveness to requests for production, advancing to the QC team and the privilege review.
· Guided legal team and examined team members' document analysis for accuracy, providing feedback on improving production quality.
· Prepared privilege log, preserving attorney-client and work product privilege.

### Document Review Attorney (Project Based)
Epiq
July 2017 to Present

· Conducted advanced and last pass privilege review.
· Utilized Relativity to scan documents for statements against interest.
· Assisted in preparing documents for production.
· Reviewed documents produced by opposing counsel for content, relevance and importance.

### Document Review Attorney (Project Based)
Epiq Solutions
January 2017 to Present

-Conducted search queries of multi-million-page databases to perform fact investigations, prepare for witness depositions, and to respond to discovery requests from opponents.
-Reviewed documents for relevance, content, and privilege before production.
-Performed Quality Control of document review teams.

### Managing Director
Imagine Reporting
January 2018 to December 2019

· Manage all contract reviews and negotiations with customers, suppliers, and vendors.
· Provide legal advice and recommendations on applicable laws and risk mitigation strategies.

· Interpret and analyze contract documents to review, evaluate, and accept or reject customer requests.

### Document Review Attorney (Project Based)
Catalyst Repository Systems
January 2016 to December 2019

· Analyzed complex legal documents including emails, contracts, spreadsheets and other financial documents.
· Determined which issues applied to each document and coded the documents accordingly.
· Reviewed and determined if the document was responsive to the issues in the case and determined if any type of attorney-client privilege applied.

### Legal Compliance Officer
Arcana Inc.
January 2016 to December 2017

· Led the legal review of assignment provisions during a corporate restructure to mitigate legal risk.
· Reviewed and negotiated master service, professional services, and so#ware licensing agreements.
· Researched and updated the company privacy policy to comply with recent regulatory changes.
· Increased document review efficiency by developing and implementing a new
E-Signature procedure.

### Senior Legal Director
TransLegal
January 2014 to December 2016

· Designed & implemented legal strategies to meet goals & support business objectives at the executive-level.
· Analyzed legal processes and procedures to identify areas of improvement and develop updates to increase operational efficiency, productivity, and quality.
· Dra#ed and negotiated complex and high-risk contracts as a hands-on leader.

### Senior Managing Attorney
Camacho & Associates
January 2012 to December 2014

· Managed land acquisition and cellular tower leases for Verizon Wireless, T
Mobile & AT&T.

### Staff Attorney
Choe, Jackson & Weitz
January 2009 to December 2012

· Litigated foreclosure defense, unlawful detainer, & bankruptcy cases in CA and
Federal jurisdictions.

### Associate Attorney
Hastings & Grewal
January 2007 to December 2009

· Led Federal Immigration Law case management. Dra# legal memoranda, performed legal & case research, and represented petitioners in Asylum Hearings and
Citizenship Interviews.

## Education

**Doctor of Law (J.D.) in Law**

University of the Pacific - McGeorge School of Law

**Bachelor of Arts in (B.A.), History**

University of California - Santa Cruz, CA

## Skills

- Litigation
- Legal Research
- Civil Litigation
- Legal Writing
- Legal Advice
- Courts
- Legal Assistance
- Personal Injury
- Westlaw
- Arbitration

## Certifications and Licenses

**Registered Process Server**

**County of San Diego Issued Jun 2018**

**Expires Jun 2020 3306 License to Practice Law**

**State Bar of California 256327 Relativity Certified User**

**Relativity**

**EXHIBIT A**
**Description of Services/Compensation/Expenses/Conflict of Interest**

**Services to be provided by Contractor**:

Review, analysis, and coding of documents provided to Proteus by Proteus' Client, The National Collegiate Athletic Association ("NCAA")_____.

**Term of Agreement:** Approx. 2-3 weeks depending on volume of documents.

**Confidential Information (as defined in Section 2.l of the Independent Contractor Agreement) may be utilized:** (Check boxes as applicable, and set forth details as desired in space provided)

[ ]     Only at Proteus' business premises

[X]     At Contractor's premises provided that appropriate confidentiality procedures and arrangements are observed

[ ]     Other:  Given the investigation related concerns of this project, Proteus' Client requires confidentiality including downloading documents only to Proteus' Computers.  As such, this review should occur at Proteus.

**Compensation**

Proteus shall pay Contractor Twenty-Five Dollars per hour ($25.00/hour) for work performed by Contractor to complete Services (as that term is defined in the Independent Contractor Agreement), which shall be due and payable to Contractor bi-weekly on or before the 16th day and first day of each month.

**Expenses**

Contractor is responsible for his or her own expenses unless Contractor receives prior written approval from an officer of Proteus that an expense is reimbursable by Proteus.  Notwithstanding the foregoing provision, Proteus agrees to reimburse Contractor for the following expenses:

NONE

**Conflict of Interest**

After conducting an independent analysis of past and current clients, Contractor represents and warrants that Contractor has no business, professional, personal or other interest, including, but not limited to, the representation of other clients, that would conflict in any manner with the

performance of Contractor's obligations under this agreement.  If any actual or potential conflict of interest arises under this Agreement, Contractor shall immediately notify Proteus of such conflict in writing.

**CONTRACTOR**                                      **PROTEUS DISCOVERY GROUP, LLC**

Ravi Sakthivel                                     By:
CONTRACTOR (Print Name)

*Ravi Sakthivel*                                   Its:
CONTRACTOR SIGNATURE

3/2/2022
DATE