UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-03172-RLY-MJD |
| ) | |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter comes before the Court on Defendant's Motion to Disqualify Fegan Scott LLC as Counsel for Plaintiff. [Dkt. 100.]  Any response to the Motion is due on or before **May 31, 2022**.  Any reply in support of the Motion is due on or before **June 3, 2022**.

SO ORDERED.

Dated:  24 MAY 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.