# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>   Defendant. | Case No. 1:20-cv-03172-JRS-MJD |

### DECLARATION OF RAVI SAKTHIVEL

I, Ravi Sakthivel, declare under penalty of perjury as follows:

1. I was employed full-time as a Staff Attorney at Fegan Scott LLC from September 7, 2020 to April 27, 2022.

2. During my employment at Fegan Scott, I was assigned to work full-time reviewing documents for the Plaintiffs in In re Zantac (Ranitidine) Products Liability Litigation, MDL No. 2924, 20-MD-2924 (S.D. Fla.).

3. Fegan Scott is a law office that is based in Illinois but has its lawyers working remotely in different states. During my time at Fegan Scott I was working remotely from California on a Fegan Scott company issued laptop. I am the only attorney for Fegan Scott who resides in California.

4. During my entire time of employment with Fegan Scott, I had no knowledge as to any other cases the firm was handling, nor did I perform any work on any other matter other than the Zantac litigation.

5. During my entire time of employment I never had access to any other Fegan Scott matter other than Zantac.

6. My entire contact with any and all members of the Fegan Scott office was limited to occasional zoom meetings and emails. I did not discuss any matter other than Zantac during any and all of these communications.

7. On or about January 2022 I applied for a position as an independent contractor with the NCAA's e-discovery vendor Proteus Discovery Group.

8. Proteus Discovery Group extended me the offer not only based upon my resume and LinkedIn information but also a background check performed by them.

9. At the time I submitted both my resume and my LinkedIn profile. Unfortunately, due to my inadvertence, I accidentally submitted an older resume which was not current and did not list my then current employer Fegan Scott's information. Instead my resume was at the time outdated and only listed my previous employer Robbins Geller Rudman Dowd LLP.

10. However, as part of my application I also included my LinkedIn profile which accurately listed Fegan Scott as my employer since September 2020. (See Exhibit A)

11. In addition, a simple internet search for my name would have brought up the Fegan Scott's website that clearly listed me as a staff attorney since September 2020. (See Exhibit B)

12. Proteus Discovery Group did require me to complete a Conflict of Interest Statement, however, at the time I was unaware of any other legal matter Fegan Scott was involved in besides Zantac.

13. I began work as an independent contractor with Proteus DIscovery Group on March 3, 2022 and ceased working on April 4, 2022.

14. Proteus Discovery Group is based in Indiana and all the reviewers work remotely. I worked on the Manassa v. NCAA litigation in California on my own personal laptop.

15. During that time I was never aware that Fegan Scott was involved in any capacity with the Manessa v. NCAA litigation.

16. During that time I never discussed the Manassa v. NCAA litigation with anyone at Fegan Scott.

   17. I did not disclose to Fegan Scott that I applied for or worked on document review projects outside the firm.

   I declare that the foregoing is true and correct.

Dated: 05 / 12 / 2022

                        Ravi Sakthivel

Doc ID: a634ea52c59d3ed5fc00c22e50b3cdb27a399f63

5/12/22, 3:45 PM Ravi Sakthivel - University of the Pacific - McGeorge School of Law - San Diego County, California, United States | LinkedIn

Case 1:20-cv-03172-RLY-MJD Document 104-2 Filed 05/31/22 Page 5 of 16 PageID #: 956


Ravi Sakthivel




# Ravi Sakthivel

Experienced California Attorney

San Diego County, California, United States · 500+ connections

**Sign in to connect**

- FeganScott
- University of the Pacific - McGeorge School of Law

## About

California Licensed Attorney with 12+ years of experience practicing law in both the public and private sectors. Motivated self-starter focused on case management, research, and document review.

## Articles by Ravi

### Busting the Myth of Metadata
By Ravi Sakthivel
Aug 7, 2018

EXHIBIT A

Doc ID: a634ea52c59d3ed5fc00c22e50b3cdb27a399f63

 

Ravi Sakthivel



**How will California navigate the pitfalls of a newly created recreational cannabis industry without a central state regulatory agency?**
By Ravi Sakthivel
Jan 2, 2018



**Los Angeles County Draft Rules & Regulations: A Glimpse of What's to Come**
By Ravi Sakthivel
Dec 22, 2017

## Activity



Our founder Beth Fegan is an expert at fighting for victims of sexual abuse, discrimination, consumer fraud, antitrust violations and other offenses.…
Liked by Ravi Sakthivel

Case 1:20-cv-03172-RLY-MJD   Document 104-2   Filed 05/31/22   Page 7 of 16 PageID #: 958

 Ravi Sakthivel 

We are excited to announce that Beacon Hill has recently been named to Forbes "America's Best Staffing Firms" List!

Liked by Ravi Sakthivel



Lawyers from Jones Day on Friday apologized to a Virginia federal judge for exposing secret grand jury information in a court filing, an error the...

Shared by Ravi Sakthivel

Sign in to see all activity

## Experience

 **Staff Attorney**
FeganScott
2020 - 2022 · 2 years

-Reviewed documents that were to be produced in response to the production request.
-Advised the trial attorney whether the document should be protected under privilege doctrines.
-Analyzed the documents that might be the key for the case and made redactions whenever necessary.
-Performed 1st and 2nd Level Review, Redactions, QC for Privilege, Privilege logging, and generated custom searches.

 **Staff Attorney**
Robbins Geller Rudman & Dowd LLP
2019 - 2020 · 1 year

San Diego, CA, United States

- Reviewed documents and analyzed content for responsiveness to requests for production, advancing to the QC team and the privilege review
- Guided legal team and examined team members' document analysis for accuracy, providing feedback on improving production quality
- Prepared privilege log, preserving attorney-client and work product privilege
- Reviewed opposing party document productions and identified hot documents




Ravi Sakthivel

2017 - 2020 · 3 years

Greater San Diego Area

-Conducted search queries of multi-million page databases to perform fact investigations, prepare for witness depositions, and to respond to discovery requests from opponents.
-Reviewed documents for relevance, content, and privilege before production.
-Performed Quality Control of document review teams.
-Created and maintained privilege logs.

### Managing Director

Imagine Reporting

2018 - 2019 · 1 year

San Diego, California

- Manage all contract drafts, reviews, and negotiations with customers, suppliers, and vendors.
- Provide legal advice and recommendations on applicable laws and risk mitigation strategies.
- Interpret and analyze contract documents to review, evaluate, and accept or reject customer requests.
- Prepare affidavits for attorneys for court records and legal action placement.
- Conduct investigations and statistical and documentary research.
- Organize and track case documentation to…

Show more

### Document Review Attorney

Catalyst Repository Systems

2017 - 2018 · 1 year

Greater Denver Area

- Analyzed complex legal documents including emails, contracts, spreadsheets and other financial documents
- Determined which issues applied to each document and coded the documents accordingly
- Reviewed and determined if the document was responsive to the issues in the case and determined if any type of attorney-client privilege applied
- Performed quality control on other reviewers work to ensure the client was receiving a top quality product

### Document Review Attorney

Epiq

2017 - 2018 · 1 year

Greater Denver Area

- Conducted advanced and last pass privilege review.
- Utilized Relativity to scan documents for statements against interest.
- Assisted in preparing documents for production.
- Reviewed documents produced by opposing counsel for content, relevance and importance.

### Legal Compliance Officer

Arcana Inc.

2016 - 2017 · 1 year

Greater Denver Area

5/12/22, 3:35 PM Ravi Sakthivel - University of the Pacific - McGeorge School of Law - San Diego County, California, United States | LinkedIn

Case 1:20-cv-03172-RLY-MJD Document 104-2 Filed 05/31/22 Page 9 of 16 PageID #: 960

 Ravi Sakthivel 

- Reviewed and negotiated master service, professional services, and software licensing agreements.
- Researched and updated the company privacy policy to comply with recent regulatory changes.
- Increased document review efficiency by developing and implementing a new E-Signature procedure.

### Senior Legal Director

TransLegal

2014 - 2016 · 2 years

Shanghai City, China

- Designed & implemented legal strategies to meet goals & support business objectives at the executive-level.
- Analyzed legal processes and procedures to identify areas of improvement and develop updates to increase operational efficiency, productivity, and quality.
- Drafted and negotiated complex and high-risk contracts as a hands-on leader.
- Managed and oversaw the contracts team to ensure accuracy and timely delivery to each client.
- Created and facilitated company-wide…

Show more

### Senior Managing Attorney

Camacho & Associates

2012 - 2014 · 2 years

San Jose, California

- Managed land acquisition and cellular tower leases for Verizon Wireless, T Mobile & AT&T.

### Staff Attorney

Choe, Jackson & Weitz

2009 - 2012 · 3 years

Los Angeles, California

- Litigated foreclosure defense, unlawful detainer, & bankruptcy cases in CA and Federal jurisdictions.

### Associate Attorney

Hastings & Grewal

2007 - 2009 · 2 years

Sacramento, California

- Led Federal Immigration Law case management. Drafted legal memoranda, performed legal & case research, and represented petitioners in Asylum Hearings and Citizenship Interviews.

## Education

### University of the Pacific - McGeorge School of Law

Doctor of Law (J.D.) · Law

Case 1:20-cv-03172-RLY-MJD Document 104-2 Filed 05/31/22 Page 10 of 16 PageID #: 961

 Ravi Sakthivel 

## Licenses & Certifications

**License to Practice Law**
State Bar of California
Issued Jun 2008
Credential ID 256327
See credential

**Registered Process Server**
County of San Diego
Issued Jun 2018 · Expires Jun 2020
Credential ID 3306

**Relativity Certified User**
Relativity

## Organizations

**McGeorge Alumni Board of Directors**
Board Member
Nov 2018 - Present

**San Diego South Asian Bar Association**
Treasurer
Nov 2018 - Present

**Lawyers Club of San Diego**
-

**San Diego County Bar Association**
-

## Groups

**Business Divorce and Private Company Disputes**
-

**Attorney Referral Network USA**
-

**San Diego Link Referral and Networking Group**
-

Doc ID: a634ea52c59d3ed5fc00c22e50b3cdb27a399f63

Ravi Sakthivel

San Diego ESI Forum
-

LIBRA NETWORK - The Legal Networking Group
-

Show 1 more group

---

More activity by Ravi



Presentation at UCLA Anderson School of Management on #entertainment #media #sports law and business. Honored for the invite and opportunity!…

Liked by Ravi Sakthivel

10 best practices to help lawyers develop their leadership skills:

Liked by Ravi Sakthivel

Hear how robots and technologies like AI are impacting the legal industry and how they can be valuable to lawyers.

Liked by Ravi Sakthivel

5/12/22, 3:27 PM Ravi Sakthivel - McGeorge School of Law at University of the Pacific - San Diego County, California, United States | LinkedIn

Case 1:20-cv-03172-RLY-MJD Document 104-2 Filed 05/31/22 Page 12 of 16 PageID #: 963

Ravi Sakthivel

**Grand Opening Today! 3-7 pm at our office. Ribbon Cutting at 4 pm! Young Law Group 6910 S. Cimarron Rd. Suite 230 Las Vegas, NV 89113**
Liked by Ravi Sakthivel

**As the busy summer travel season approaches, consumers should be aware of what's going on with the Boeing 737 Max planes. Currently, they remain…**
Liked by Ravi Sakthivel

**Looking forward to the Lawyers Club Of San Diego with keynote speaker Dahlia Lithwick on Thursday. Will be a great evening!**
Liked by Ravi Sakthivel

**Proud to be quoted in PRWeek along with rockstar Rosie Mattio! Hoban Law Group**
Liked by Ravi Sakthivel

**I'm here at the US Grant with the Tom Homann LGBT Law Association getting ready for tomorrow's Annual Dinner. There's so much work that goes into…**
Liked by Ravi Sakthivel

Case 1:20-cv-03172-RLY-MJD Document 104-2 Filed 05/31/22 Page 13 of 16 PageID #: 964

 Ravi Sakthivel 

**Did you know that you can acquire shared mailboxes in Exchange / O365 with Forensic Email Collector? It's as simple as entering the shared mailbox as...**
Liked by Ravi Sakthivel

**Meet 'Black Girl Magic,' The 19 African-American Women Elected As Judges In Texas**
Liked by Ravi Sakthivel

**Lack of communication is one of the biggest reasons for divorce.**
Liked by Ravi Sakthivel

---

## View Ravi's full profile

- See who you know in common
- Get introduced
- Contact Ravi directly

Sign in to view full profile

### People also viewed


**Carol Drolette**
Mortgage Loan Originator NMLS #164730 at Curran Mortgage Inc
Austin, Texas Metropolitan Area


**Vickie Madison-Husband**
Beauty Specialist at Different Strokes Hair and Beauty Specialist
Lemon Grove, CA


**Patrick Inkmann**

Doc ID: a634ea52c59d3ed5fc00c22e50b3cdb27a399f63

 Ravi Sakthivel 

 **Sharon M.**
I make your business dreams come true
Greater Alexandria, Louisiana

 **Tage Aaker**
Sr. Project Manager at FCS Group
Seattle, WA

 **Ommar Chavez**
Associate Attorney at Wirtz Law APC
San Diego, CA

 **Katherine Collins**
Associate Attorney at Gibbs Houston Pauw
San Diego, CA

 **Christine Scheall**
--
United States

 **Nickolay (Nicka) Ishkhneli**
Agronomist and Student of Plant Sciences
Holon

 **James Ochoa**
Client Account Specialist at Morrison Foerster
Diablo, CA

Show more profiles ⌄

## Others named **Ravi Sakthivel**

 **Ravi Kiran Sakthivel**
Graduated at Centennial College
Toronto, ON

 **Ravi sakthivel**
Sr Manager E&I Awarpur Cement Works
Washim

 **Ravi Sakthivel**
--
Thrissur

 **Ravi sakthivel**
Master of Arts - MA at IUBH University of Applied Sciences
Berlin

8 others named Ravi Sakthivel are on LinkedIn

See others named **Ravi Sakthivel**

## Add new skills with these courses

 Understanding Patents: A Deeper Dive

Case 1:20-cv-03172-RLY-MJD Document 104-2 Filed 05/31/22 Page 15 of 16 PageID #: 966

 Ravi Sakthivel 

 Music Law: Copyrighting a Song

See all courses

### Ravi's public profile badge

Include this LinkedIn profile on other websites



**Ravi Sakthivel**
Experienced California Attorney

University of the Pacific - McGeorge School of Law

View profile

LinkedIn

View profile badges

| © 2022 | About |
| --- | --- |
| Accessibility | User Agreement |
| Privacy Policy | Cookie Policy |
| Copyright Policy | Brand Policy |
| Guest Controls | Community Guidelines |
| Language | |

Doc ID: a634ea52c59d3ed5fc00c22e50b3cdb27a399f63



# Ravi Sakthivel

With over a decade of experience in both the private and public sector, Ravi brings a wealth of experience in case management, research, and document review.

In 2020, California licensed attorney Ravi Sakthivel joined the FeganScott team as a Staff Attorney in its San Diego office. With over a decade of experience in both the private and public sector, Ravi brings a wealth of experience in case management, research, and document review.

Most recently, Ravi worked as a staff attorney at Robbins Geller Rudman & Dowd and a document review attorney at TCDI. His work has guided the decisions of many legal teams and improved document production quality for advanced document review and discovery.

Ravi earned his Doctor of Law from the University of the Pacific – McGeorge School of Law and his Bachelor of Arts at University of California, Santa Cruz.



View vCard

Exhibit B

Doc ID: a634ea52c59d3ed5fc00c22e50b3cdb27a399f63