# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, <br><br> Defendant. | 1:20-cv-03172-RLY-MJD |

**DECLARATION OF TORY BERGESON REGARDING RAVI SAKTHIVEL**

I, Tory Bergeson, declare and state as follows:

1. I am a legal assistant at Fegan Scott LLC. I have full knowledge of the facts stated herein and could and would testify as follows.

2. It is the regular practice of Fegan Scott LLC to hold firm meetings every Friday.

3. One Friday per month is an all-firm meeting. The other Friday meetings are case specific.

4. Staff attorneys only invited to and attend the all-firm meeting and the meetings on which the cases they are working are scheduled for discussion.

5. I prepare the agendas for the meetings.

6. I reviewed the agendas I have prepared and circulated to the firm in preparation for this declaration. None of the agendas included both the Zantac litigation and the Manassa v. NCAA litigation (HBCU subject matter).

7. Ravi Sakthivel was assigned to work full time reviewing documents in the Zantac litigation.

8. Ravi did not attend case-specific firm meetings unless the Zantac matter was on the agenda.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2022, in Yorkville, Illinois.

_____
Tory Bergeson