# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| TROYCE MANASSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:20-cv-03172-RLY-MJD |
| v. | ) | |
| | ) | |
| NATIONAL COLLEGIATE ATHLETIC | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF MELISSA CLARK REGARDING RAVI SAKTHIVEL**

I, Melissa Clark, declare and state as follows:

1. I am an attorney at Fegan Scott LLC. I have full knowledge of the facts stated herein and could and would testify as follows.

2. I work full time remotely from New York.

3. Ravi Sakthivel was hired to work for Fegan Scott remotely from California and was assigned to work full time on the Zantac litigation.

4. I never worked with Ravi on the Zantac litigation or any other matter.

5. I was assigned to work on this matter in or about March 2022.

6. I have never discussed this matter with Ravi, other than to invite him to a telephonic meeting which never happened.

7. On April 22, 2022, I emailed Ravi to inquire whether he was available to temporarily move off of Zantac to work on document review in this litigation. I asked if he was available on April 26, 2022 for a call about the document review.

8.    Ravi replied that he was interested in moving off Zantac and was available for the call.

9.    On April 25, 2022, I copied Ravi on an email to co-counsel regarding whether we should delay the document review call to allow time for a separate meet-and-confer call with defense counsel in this case.

10.    Later on April 25, 2022, Ravi sent me a Teams message to confirm the April 26 meeting and ask whether an invite would be sent. I responded to confirm the meeting and forwarded Ravi the calendar invite in Outlook.

11.    On April 26, 2022, I sent Ravi a Teams message notifying him that there would be no document review call.

12.    During these email and Teams communications, we did not discuss any substantive information concerning this case or the NCAA, nor did Ravi disclose that he had conducted document review for the NCAA or have any information or knowledge concerning the NCAA.

13.    I have never discussed this matter with Ravi outside of the administrative scheduling communications described above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2022 in New York, NY.

_____
Melissa Clark

2

Doc ID: a98649afb83a53d5056e3b9b987fc1a154fe6daf