# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:20-cv-03172-RLY-MJD |
| v. ) | |
| ) | |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF BROOKE ACHUA REGARDING RAVI SAKTHIVEL**

I, Brooke Achua, declare and state as follows:

1. I am an attorney at Fegan Scott LLC. I have full knowledge of the facts stated herein and could and would testify as follows.

2. I work full time remotely from New York.

3. Since Ravi Sakthivel began working at Fegan Scott, he worked remotely from San Diego and was assigned to work full time on the Zantac litigation.

4. I also work on the Zantac litigation overseeing Ravi's review of documents, including discussing review needs and answering his questions via email, Microsoft Teams, and telephone calls.

5. I did not discuss any non-Zantac related case information with Ravi.

6. I was assigned to work on the above-captioned matter in or about January 2022.

7. I have never discussed this matter with Ravi, other than a calendar invitation under my name that was forwarded to Ravi for a meeting which never happened.

8. On April 26, 2022, my colleague, Melissa Clark, forwarded Ravi a calendar invite

that I originally created. The invitation was to a document review meeting scheduled for April 26, 2022.

9. Other than the forwarded calendar invitation, Ravi and I did not engage in any oral or written communications concerning this case or the NCAA, nor did Ravi disclose that he had conducted document review for the NCAA or have any information or knowledge concerning the NCAA.

10. On April 26, 2022, we cancelled the document review meeting before it started.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2022 in New York, NY.

_____
Brooke Achua