# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, *et al.*,<br>    Plaintiffs,<br>        v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br>    Defendant. | No.:  1:20-cv-03172-RLY-MJD |

### DECLARATION OF TIMOTHY A. SCOTT

I, Timothy A. Scott, under oath, declare and state as follows:

1.     I am a Managing Member of Fegan Scott LLC. My practice is focused on individual civil and commercial litigation. I have full knowledge of the matters stated herein and could and would testify hereto.

2.     On April 26, 2022, Elizabeth Fegan forwarded to me the letter from Brian Casey, a lawyer for the NCAA, disclosing Ravi Sakthivel's work on document review in this litigation.

3.     I immediately coordinated with the firm's IT vendor to remove Mr. Sakthivel's access to all Fegan Scott systems.

4.     I sent an email to Mr. Sakthivel placing him on administrative leave and instructing him to preserve the firm laptop and not destroy or delete any files. A true and correct copy of my April 26, 2022 email is attached as Ex. A.

5.     I also instructed all Fegan Scott employees to refrain from any communications with Mr. Sakthivel while an investigation was conducted.

6. The Firm terminated Mr. Sakthivel's employment on April 27, 2022. At the time he was terminated, we requested that Mr. Sakthivel identify the document review vendors for which he had worked while employed by Fegan Scott.

7. At the time he was terminated, I instructed Mr. Sakthivel to return the Firm's laptop, which he did.

8. I have directed the Firm's IT vendor to preserve the laptop pending further instruction.

9. At the time he was terminated, I asked Mr. Sakthivel to identify the document review vendors for which he had worked while employed by the Firm.

10. On April 27, 2022, Mr. Sakthivel identified four document review vendors with which he worked during his employment at Fegan Scott.

I declare that the foregoing is true and correct.

Dated: May 31, 2022

Timothy A. Scott

# EXHIBIT A

# Elizabeth Fegan

**From:** Tim Scott
**Sent:** Tuesday, May 31, 2022 10:50 AM
**To:** Elizabeth Fegan
**Subject:** Fwd: Ethics Issue

Get Outlook for iOS

**From:** Work Email <rksakthivellaw@gmail.com>

**Sent:** Tuesday, April 26, 2022 1:40:31 PM

**To:** Tim Scott <tim@feganscott.com>

**Cc:** Elizabeth Fegan <beth@feganscott.com>

**Subject:** Re: Ethics Issue

Thank you. I acknowledge the email and will be available for the meeting tomorrow.

> On Apr 26, 2022, at 11:25 AM, Tim Scott <tim@feganscott.com> wrote:
>
> Ravi,
>
> An ethics complaint has been lodged against you.  Please be advised that we are placing you on administrative leave pending an investigation into this matter.  We have temporarily suspended your access to Fegan Scott systems during the investigation.  We would like to schedule a telephone conference with you tomorrow morning at 10:00 a.m., central, to discuss this matter.
>
> In the meantime, you must preserve the firm laptop and not destroy or delete any files or information contained on it.  We will call you at (925) 390-9125 tomorrow morning.
>
> Please acknowledge receipt of this email.
>
> Tim Scott
>
> Timothy A. Scott | Managing Member

1

**Fegan Scott LLC**

1456 Sycamore Rd.
Yorkville, IL 60560
Direct: 630.273.2394 | Fax: 312.264.0100
www.feganscott.com



2