UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 1:20-cv-03172-RLY-MJD |

**JOINT REPORT ON THE STATUS OF DISCOVERY**

Pursuant to the Court's October 4, 2021, Scheduling Order (Dkt. No. 47) and May 6, 2022 Minute Entry (Dkt. No. 97), the parties jointly submit the following Joint Report on the Status of Discovery.

1. **A detailed description of all discovery completed within the preceding 28 days.**

**Plaintiff:**

Plaintiff responded to Defendant NCAA's Third Set of Requests for Production on May 17, 2022, and produced documents PLFS-TM-000041 through PLFS-TM-000468.

**The NCAA:**

Plaintiff' responded to the NCAA's Third Set of Requests for Production on May 17, 2022 and produced documents.

2. **A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.**

**Plaintiff:**

The Plaintiff is still awaiting substantial data and document production from Defendant

NCAA. Plaintiff filed a motion to compel Defendant's document requests on May 19, 2022 (Dkt. 98). Defendant's response is due June 2, 2022.

The Plaintiff is continuing to work with third-party HBCUs for production of documents in response to subpoenas.

Given the recusal of Fegan Scott attorneys pending resolution of the Defendant's Motion to Disqualify Fegan Scott, May Lightfoot, PLLC attorneys Je Yon Jung and LaRuby May are exclusively handling all substantive discovery matters.

**The NCAA:**

The parties exchanged proposed extensions of the deadlines under the current Case Management Order. The parties are continuing to negotiate extensions, with the intention of filing a joint submission to the Court requesting the entry of agreed extended case deadlines.

The NCAA served a subpoena on Savannah State University and is awaiting a formal response and document production from the university.

The NCAA requests an update on the status of the subpoenas that Plaintiff served on Howard University and Southern University, as the NCAA does not know whether either entity responded to the subpoenas, or produced documents.

The NCAA's counsel, Chisara Ezie-Boncoeur, Brian Casey, and Alicia Raines Barrs are responsible for the above-listed items.

3. **A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.**

**Plaintiff:**

The Defendant filed a Motion to Disqualify Fegan Scott on May 23, 2022 (Dkt. 101) and Fegan Scott's Opposition was filed on May 31, 2022.

Given the pending discovery disputes and disqualification motion, the parties have exchanged proposed dates for modification of the Court's current scheduling order. The parties anticipate filing a joint proposal or separate proposals this week, preferably prior to the Discovery Status Conference on June 2, 2022.

Given the recusal of Fegan Scott attorneys pending resolution of the Defendant's Motion to Disqualify Fegan Scott, May Lightfoot, PLLC attorneys Je Yon Jung and LaRuby May are exclusively handling all substantive discovery matters.

**The NCAA**:

June 2, 2022 is the NCAA's deadline to respond to Plaintiff's pending Motion to Compel (*see* Dkt. No. 98).

Pursuant to the briefing schedule set by the Court, May 31, 2022, is the deadline for Plaintiff's counsel FeganScott LLC to respond to the pending Motion to Disqualify (*see* Dkt. No. 100), and June 3, 2022 is the NCAA's deadline to file a reply. The NCAA's counsel Chisara Ezie-Boncoeur and Brian Casey are responsible for the above-listed items.

4. **A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.**

**Plaintiff**:

Plaintiff will review productions produced by Defendants to date and determine whether additional motions to compel will be necessary, after exhausting meet and confer requirements. The Defendant delayed production for several weeks because of the disqualification issue. Plaintiff will begin scheduling depositions after substantial document and data production have been provided.

Given the recusal of Fegan Scott attorneys pending resolution of the Defendant's Motion to Disqualify Fegan Scott, May Lightfoot, PLLC attorneys Je Yon Jung and LaRuby May are exclusively handling all substantive discovery matters.

**The NCAA:**

Following requests for written assurances that Plaintiff's co-counsel at May Lightfoot are not implicated by the conflict of issue subject of the pending Motion to Disqualify (Dkt. No. 100), the NCAA is resuming rolling document productions on Plaintiff's counsel through counsel at May Lightfoot.

Following its review and analysis of Plaintiff's responses to the written discovery requests served thus far, the NCAA is preparing what it anticipates to be a final set of written discovery. The NCAA is also assessing the potential need to move to compel deficient responses from Plaintiff to the NCAA's interrogatories and requests for production. The NCAA has provided Plaintiff with a Rule 26(f) letter and may seek to meet and confer regarding the issues raised in this letter in the future.

The NCAA's counsel, Chisara Ezie-Boncoeur, Brian Casey, and Alicia Raines Barrs are responsible for the above-listed items.

5. **A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.**

**Plaintiff:**

The Defendant delayed production for several weeks because of the disqualification issue. Plaintiff will begin scheduling depositions after substantial document and data production have been provided.

Given the recusal of Fegan Scott attorneys pending resolution of the Defendant's Motion

to Disqualify Fegan Scott, May Lightfoot, PLLC attorneys Je Yon Jung and LaRuby May are exclusively handling all substantive discovery matters.

**The NCAA:**

The NCAA will depose Plaintiff after both parties have completed their document productions and written discovery.

The NCAA may depose one or more representatives of Savannah State University; however, a review of the subpoenaed documents from this institution (which remain forthcoming), will inform that decision.  The NCAA also anticipates depositions of other third-party fact witnesses.

The NCAA anticipates taking expert discovery regarding liability, damages and class certification issues. The parties are negotiating a timeframe to complete expert discovery that they intend to jointly present to the Court. The NCAA's counsel, Chisara Ezie-Boncoeur and Brian Casey, are responsible for developing the NCAA's discovery plan.

6. **Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.**

**Plaintiff:** None

**The NCAA:** None.

DATED: May 31, 2022    Respectfully submitted,

                                                          By:  /s/ Je Yon Jung

Je Yon Jung (admitted *pro hac vice*)
**MAY LIGHTFOOT PLLC**
3200 Martin Luther King Jr. Ave. S.E.
Third Floor
Washington, DC  20032
Telephone:  (202) 918-182
Facsimile:  (202) 918-1010
jjung@maylightfootlaw.com

LaRuby May (admitted *pro hac vice*)
**LIGHTFOOT PLLC**
3200 Martin Luther King Jr. Ave. S.E.
Third Floor
Washington, DC  20032
Telephone:  (202) 918-1824
Facsimile:  (202) 918-1010
lmay@maylightfootlaw.com

William N. Riley, Bar No.:  14941-49
Russell B. Cate, Bar No.: 27596-29
**RILEYCATE, LLC**
11 Municipal Drive, Ste. 320
Fishers, IN  46038
Telephone:  (317) 588-2866
Facsimile:  (317) 458-1875
wriley@rileycate.com
rcate@rileycate.com

*Attorneys for Plaintiff and the Proposed Class*

AND

*/s/ V. Chisara Ezie-Boncoeur*
Victor D. Vital (Admitted *Pro Hac Vice*)[1]
victor.vital@btlaw.com
V. Chisara Ezie-Boncoeur
cezie@btlaw.com
Brian E. Casey
brian.casey@btlaw.com

---

[1] Mr. Vital can be contacted at Barnes & Thornburg LLP's Dallas, Texas office.

-7-

        Alicia Raines Barrs
        Alicia.Rainesbarrs@btlaw.com
        Ilana Zelener
        Ilana.Zelener@btlaw.com
        (Admitted *Pro Hac Vice*)
        BARNES & THORNBURG LLP
        201 S. Main Street
        South Bend, IN  46204
        Telephone: 574-233-1171
        Facsimile: 574-237-1125

        *Attorneys for Defendant the NCAA*

-8-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on counsel for all parties of record through the Court's electronic filing system and will send notice of filing to any of the following registered users:

Date: May 31, 2022                    */s/ Je Yon Jung*
                                      Je Yon Jung