UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 1:20-cv-03172-RLY-MJD |

## THE NCAA'S MOTION REQUESTING TO FILE SPECIFIC DOCUMENTS DESIGNATED AS CONFIDENTIAL UNDER THE PROTECTIVE ORDER UNDER SEAL

Pursuant to Local Rule 5-11, Section 18 of this Court's ECF Policies and Procedures Manual, and Section VIII of the Protective Order entered in this case at Dkt. No. 63, Defendant the National Collegiate Athletic Association ("NCAA"), respectfully files this Motion Requesting to File Specific Documents designated as Confidential under the Protective Order Under Seal which are cited in the NCAA's response papers to the pending Motion to Compel.

The NCAA's response to the pending Motion to Compel includes an Ezie-Boncoeur declaration attached as **Exhibit A** that attaches among its exhibits, **Exhibits 1-2 and 13-14**, which are true and correct copies of certain institutional documents designated under the Protective Order as Confidential which have been produced to Plaintiff. Given the confidentiality designations of these documents, the NCAA respectfully files this Motion to request that the Court allow it share these documents with the Court in camera. Because this Motion is pending, contemporaneously with filing this Motion, the NCAA will send an email to the Court with Plaintiff's counsel copied that provides in camera copies of the Exhibits subject of this Motion.

1

For these reasons, the NCAA respectfully requests that the Court grant this Motion, and grant any further relief to which it may be entitled.

|  |  |
|---|---|
| DATED: June 2, 2022 | Respectfully submitted,<br><br>/s/ Chisara Ezie-Boncoeur<br>Victor D. Vital (Admitted *Pro Hac Vice*)[1]<br>victor.vital@btlaw.com<br>V. Chisara Ezie-Boncoeur<br>cezie@btlaw.com<br>Brian E. Casey<br>brian.casey@btlaw.com<br>Alicia Raines Barrs<br>Alicia.Rainesbarrs@btlaw.com<br>Ilana Zelener<br>Ilana.Zelener@btlaw.com<br>(Admitted *Pro Hac Vice*)<br>BARNES & THORNBURG LLP<br>201 S. Main Street<br>South Bend, IN  46204<br>Telephone: 574-233-1171<br>Facsimile: 574-237-1125<br><br>*Attorneys for Defendant the NCAA* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been filed using this court's ECF system on all counsel of record.

    /s/ Chisara Ezie-Boncoeur
    Chisara Ezie-Boncoeur

---

[1] Mr. Vital can be contacted at Barnes & Thornburg LLP's Dallas, Texas office.

**CONFERENCE CERTIFICATE**

  The undersigned counsel conferred with Plaintiff's counsel Ms. May regarding the substance of this Motion on June 2, 2023 on a telephone conference. Ms. May intends to follow up with the undersigned to confirm whether Plaintiff consents to the relief requested in this Motion. The undersigned will file an updated Conference Certificate once conference discussions regarding this Motion are complete.

                 */s/ Chisara Ezie-Boncoeur*
                 Chisara Ezie-Boncoeur