| | |
|---|---|
| **From:** | Je Yon Jung |
| **To:** | Ezie-Boncoeur, Chisara; Casey, Brian; Vital, Victor |
| **Cc:** | Elizabeth Fegan (beth@feganscott.com); Brooke Achua; LaRuby Z. May |
| **Subject:** | Manassa v. NCAA Discovery |
| **Date:** | Monday, January 24, 2022 7:51:00 AM |

Good morning Chisara

As you know, we have had two meet and confers (on January 12 and 19) to discuss outstanding discovery issues. As we raised in both meetings, Plaintiffs' primary concern is the absence of meaningful and substantive responses to Plaintiffs' discovery requests, which were due on December 24, 2021. Contrary to Federal Rule 34 requirements, Defendant provided boilerplate responses and objections; failed to provide a privilege log of withheld documents; and failed to provide a beginning date and ending date when responsive documents and responses would be provided. You indicated that production would, at least, begin before the next Magistrate discovery conference on February 9, 2022. However, "beginning" production is a very different from "substantial completion" by the next discovery conference. If it is the latter, we may be agreeable, but have not received any such assurance.  In addition, when we met on January 19th, we asked for a date certain when we can at least expect the *dates* for production to begin and you indicated that you would provide the *start date of production* by the end of this week. It is also our understanding that you completed your custodial interviews of your client's personnel the week of January 18th.  Given that it has been a month since the deficient responses were received in December, we are concerned that we are losing valuable time in discovery and would like to raise these issues, along with the other areas of disagreement to the Magistrate Judge's attention this week.

Please advise today if you are able to give any further information regarding the above issues we discussed. If not, it is best that we raise these issues with the Magistrate Judge to ensure efficient and prompt completion of discovery in a timely manner.

Thank you,

Je Yon



May Lightfoot PLLC

**JE YON JUNG**
she/her/hers
*Senior Counsel*

**May Lightfoot PLLC**
3200 Martin Luther King Jr. Avenue SE | 3rd Floor
Washington, DC 20032

(202) 918-1824 | phone
(202) 918-1010 | fax

**website** | **vCard** | **map** | **email**

Award