UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) No. 1:20-cv-03172-RLY-MJD |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) ) ) |
| Defendant. | ) ) |

**MINUTE ENTRY FOR JUNE 2, 2022**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Thursday, June 30, 2022 at 9:30 a.m. (Eastern)** to discuss case status, as well as the parties' next Supplemental Joint Report on the Status of Discovery, which is due June 28, 2022. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 7 JUN 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.