UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>             Defendant. | <br><br><br><br><br>Case No. 1:20-cv-03172-RLY-MJD |

## JOINT MOTION REQUESTING THE ENTRY OF A COURT ORDER AUTHORIZING THE PRODUCTION OF CERTAIN DOCUMENTS

Plaintiff and Defendant jointly file this Motion to respectfully request that the Court enter the order attached as **Exhibit A** hereto, to address confidentiality concerns related to the production of documents and information that may contain "education records" as defined in the implementing regulations for the Family Educational Rights and Privacy Act ("FERPA") (20 U.S.C. § 1232g *et seq*.; 34 CFR Part 99).

Because Plaintiff's claims in this putative lawsuit concern, among other things, the performance of collegiate sports teams at various historically black colleges and universities ("HBCUs") under the NCAA's Academic Performance Program ("APP"), discovery requires the production of certain documents that may fall within the definition of education records under FERPA ("FERPA Education Records"), *see e.g.,* 34 C.F.R. § 99.3; 20 U.S.C. § 1232g(a)(D)(4)(A), and which may contain personally identifiable information of student athletes other than the Plaintiff. Accordingly, the parties jointly request that the Court enter the Order attached as **Exhibit**

**A** to provide additional confidentiality protections to the production of such documents and information

> For these reasons, the parties jointly requests that the Court grant this Motion, and enter the order attached as **Exhibit A**.

DATED: October 7, 2022                          Respectfully submitted,

*/s/ V. Chisara Ezie-Boncoeur*
Victor D. Vital (Admitted *Pro Hac Vice*)[1]
victor.vital@btlaw.com
V. Chisara Ezie-Boncoeur
cezie@btlaw.com
Brian E. Casey
brian.casey@btlaw.com
Alicia Raines Barrs
Alicia.Rainesbarrs@btlaw.com
Ilana Zelener (Admitted *Pro Hac Vice*)
Ilana.Zelener@btlaw.com
BARNES & THORNBURG LLP
201 S. Main Street
South Bend, IN 46204
Telephone: 574-233-1171
Facsimile:  574-237-1125

*Attorneys for Defendant the NCAA*

AND

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan *(*admitted *pro hac vice)*
beth@feganscott.com
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone:   (312) 741-1019
Facsimile: (312) 264-0100

---

[1] Mr. Vital can be contacted at Barnes & Thornburg LLP's Dallas, Texas office.

Je Yon Jung (admitted *pro hac vice*)
**MAY LIGHTFOOT PLLC**
3200 Martin Luther King Jr. Ave. S.E., 3rd Floor
Washington, DC  20032
Telephone:  (202) 918-1824
Facsimile:  (202) 918-1010
jjung@maylightfootlaw.com

LaRuby May (admitted *pro hac vice*)
**LIGHTFOOT PLLC**
3200 Martin Luther King Jr. Ave. S.E., 3rd Floor
Washington, DC  20032
Telephone:  (202) 918-1824
Facsimile:  (202) 918-1010
lmay@maylightfootlaw.com

Melissa R. Clark (admitted *pro hac vice*)
Brooke Achua *(*admitted *pro hac vice*)
melissa@feganscott.com
brooke@feganscott.com
**FEGAN SCOTT LLC**
140 Broadway, 46th Fl.
New York, NY 10005
Telephone: (347) 353-1150
Facsimile: (312) 264-0100

Ling S. Wang (admitted *pro hac vice*)
**FEGAN SCOTT LLC**
100 S. Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: (651) 432-4468
Facsimile: (312) 264-0100
ling@feganscott.com

William N. Riley, Bar No.:  14941-49
Russell B. Cate, Bar No.: 27596-29
**RILEYCATE, LLC**
11 Municipal Drive, Ste. 320
Fishers, IN  46038
Telephone:  (317) 588-2866
Facsimile:  (317) 458-1875
wriley@rileycate.com
rcate@rileycate.com

*Attorneys for Plaintiff and the Proposed Class*

3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing document

has been filed using this court's ECF system on all counsel of record.

*/s/ Chisara Ezie-Boncoeur*
Chisara Ezie-Boncoeur