**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| TROYCE MANASSA, | |
| Plaintiff, | Case No.: 1:20-cv-03172-RLY-MJD |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | |
| Defendant. | |

**PLAINTIFF'S MOTION TO COMPEL
DEFENDANT'S PRODUCTION OF DATA UNDERLYING THE ACADEMIC
PERFORMANCE PROGRAM AND ITS PREDECESSOR PROGRAMS**

Plaintiff Troyce Manassa, through his undersigned counsel, submits this motion in accordance with Fed. R. Civ. P. 37(a), and respectfully moves the Court to compel Defendant, the National Collegiate Athletic Association, to produce information and data underlying the Academic Performance Program (APP) which are responsive to Plaintiff's First Set of Requests for the Production of Documents and First Set of Interrogatories, and to do so in a reasonably usable format as required by the parties' agreed-upon ESI Protocol (Dkt. No. 127).

In support of Plaintiff's motion, Plaintiff relies upon and incorporates by reference the facts, arguments, and legal authority set forth in the Plaintiff's Memorandum in Support of Plaintiff's Motion to Compel Defendant's Production of Data Underlying the Academic Performance Program and Its Predecessor Programs, filed contemporaneously herewith, as well as the pleadings on file with the Court.

Pursuant to Fed. R. Civ. P. 37 and Local Rule 7-1, Plaintiff's counsel hereby certifies that they have in good faith conferred with Defendant NCAA's counsel in an effort to resolve the

matter without necessitating a motion or requiring court action. However, the parties were unsuccessful in resolving the discovery disputes set forth in this motion.

For the foregoing reasons, Plaintiff respectfully requests that this Court enter the Proposed Order, granting Plaintiff's motion to compel in its entirety.

| | |
|---|---|
| DATED: December 21, 2022 | Respectfully submitted, |
| | By: /s/ Je Yon Jung |
| | |
| | Je Yon Jung (admitted *pro hac vice*) |
| | LaRuby May (admitted *pro hac vice*) |
| | **MAY JUNG, LLP** |
| | 1100 W. Town & Country Road |
| | Suite 1250 |
| | Orange, CA 92868 |
| | Telephone: (818) 869-6476 |
| | Facsimile: (202) 618-8282 |
| | jeyon@mayjung.com |
| | laruby@mayjung.com |
| | |
| | Elizabeth A. Fegan (admitted *pro hac vice*) |
| | beth@feganscott.com |
| | **FEGAN SCOTT LLC** |
| | 150 S. Wacker Dr., 24th Floor |
| | Chicago, IL 60606 |
| | Telephone: (312) 741-1019 |
| | Facsimile: (312) 264-0100 |
| | |
| | Melissa R. Clark (admitted *pro hac vice*) |
| | Brooke Achua (admitted pro hac vice) |
| | **FEGAN SCOTT LLC** |
| | 140 Broadway, 46th Fl. |
| | New York, NY 10005 |
| | Telephone: (347) 353-1150 |
| | Facsimile: (312) 264-0100 |
| | melissa@feganscott.com |
| | brooke@feganscott.com |
| | |
| | Ling S. Wang (admitted *pro hac vice*) |
| | **FEGAN SCOTT LLC** |
| | 100 S. Fifth Street, Suite 1900 |

Minneapolis, MN 55402
Telephone: (651) 432-4468
Facsimile: (312) 264-0100
ling@feganscott.com

William N. Riley, Bar No.:  14941-49
Russell B. Cate, Bar No.: 27596-29
**RILEYCATE, LLC**
11 Municipal Drive, Ste. 320
Fishers, IN  46038
Telephone:  (317) 588-2866
Facsimile:  (317) 458-1875
wriley@rileycate.com
rcate@rileycate.com

*Attorneys for Plaintiff
and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

By: */s/ Je Yon Jung*