UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>*Defendant*. | Case No. 1:20-cv-03172-RLY-MJD |

**NOTICE OF WITHDRAWAL OF REQUEST FOR CONFIDENTIAL TREATMENT**

Plaintiff served a class certification expert report by Dr. Bernard Siskin which contains summaries of, or references to, information taken, in part, from documents produced confidentially in this lawsuit pursuant to the terms of the entered Protective Order. However, it does not appear that any confidential material is expressly disclosed in the expert report. **Please take notice** that the NCAA will not request that the Court issue an order designating the Siskin expert report as Confidential, and thus will not file a substantive response to Dkt. No. 160.

DATED:  February 21, 2023                    Respectfully submitted,

/s/ Chisara Ezie-Boncoeur
Victor D. Vital (Admitted *Pro Hac Vice*)[1]
victor.vital@btlaw.com
V. Chisara Ezie-Boncoeur
cezie@btlaw.com
Brian E. Casey
brian.casey@btlaw.com
BARNES & THORNBURG LLP
201 S. Main Street
South Bend, IN  46204
Telephone: (574) 233-1171
Facsimile: (574) 237-1125
*Attorneys for Defendant the NCAA*

## Certificate of Notice

The undersigned hereby certifies that the NCAA's counsel conferred with Plaintiff regarding this Notice on February 21, 2023.

/s/ Chisara Ezie-Boncoeur
V. Chisara Ezie-Boncoeur

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on counsel of record for the parties by e-mail on February 21, 2023.

/s/ Chisara Ezie-Boncoeur
V. Chisara Ezie-Boncoeur

---

[1] Mr. Vital can be contacted at Barnes and Thornburg LLP's Dallas, Texas office.