UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 1:20-cv-03172-RLY-MJD |

## JOINT REPORT ON THE STATUS OF DISCOVERY

Pursuant to the Court's October 4, 2021, Scheduling Order (Dkt. No. 47), and February 8, 2023 Minute Entry (Dkt. No. 162), the parties jointly submit the following Joint Report on the Status of Discovery in advance of the March 8, 2023 status conference.

**1. A detailed description of all discovery completed within the preceding 28 days.**

**Plaintiff:**

Plaintiff is reviewing Defendant's and third-party document productions made to date. Plaintiff is continuing to work with the third-party HBCUs for production of documents in response to subpoenas. On February 17, 2023, Defendant provided its supplemental response to Plaintiff's Interrogatory Number 10 and produced over 17 gigabytes of data and documents in response to the Court's order on Plaintiff's motion to compel (Dkt. No. 157), which Plaintiff is diligently reviewing. Defendant also responded to Plaintiff's Fourth Request for Production of Documents and Third Set of Interrogatories on February 24, 2023. The parties are continuing to meet and confer regarding various discovery issues, none of which are currently ripe for the Court's review.

**The NCAA:**

Since February 8, 2023, the NCAA made additional productions which generally consisted of APP Portal materials (MAN0002142656-MAN0002299041), and in connection with its efforts to satisfy discovery obligations and compliance with the Court's February 3, 2023 Order on Plaintiff's Motion to Compel (Dkt. No. 157) . The NCAA has made over 38 productions thus far. To date, the NCAA has produced over 2 million pages of documents, including hundreds of school specific reports concerning APP records. The NCAA served its supplemental response to Plaintiff's Interrogatory Number 10 on February 17, 2023 and served its objections and responses to Plaintiff's Fourth Request for Production of Documents and Third Set of Interrogatories on February 24, 2023. The NCAA satisfied its discovery obligations pursuant to the Court's February 3, 2023 Order on Plaintiff's Motion to Compel (Dkt. No. 157).

**2. A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.**

**Plaintiff:**

Plaintiff is reviewing Defendant's and third-party document productions made to date. Plaintiff is continuing to work with the third-party HBCUs for production of documents in response to subpoenas.

Plaintiff issued a subpoena for the deposition of third-party Ronald Mason, Jr. on March 10, 2023. Defendant cross-noticed for the same day. The parties have agreed to the deposition of Plaintiff's expert Dr. Bernard Siskin on March 23, 2023.

Plaintiff is also assessing the Court's February 27, 2023 Order on Plaintiff's Unopposed Motion to Modify the Case Management Order in Accord with Due Process Requirements for

Absent Class Members Under Fed. R. Civ. P. 23 (Dkt. No. 165), and its immediate steps related to same.

Attorneys Beth Fegan, Melissa Ryan Clark, Ling Wang, Je Yon Jung, and LaRuby May are responsible for completing such discovery.

**The NCAA:**

The NCAA cross-noticed the deposition of Ronald Mason scheduled for March 10, 2023. The NCAA plans to depose Plaintiff's class certification expert, Dr. Bernard Siskin, this month on a date that allows the NCAA time to review the forthcoming rebuttal expert report that Plaintiff intends to file mid-March. The NCAA's counsel, Chisara Ezie-Boncoeur and Brian Casey, are responsible for the above-listed items.

3. **A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.**

**Plaintiff:**

**Penalty Data:** On February 3, 2023, the Court ordered the NCAA to produce comprehensive penalty data in computer-readable form. ECF No. 157, p. 11. The Court denied Plaintiff's request for database information, but noted Defendant would have to produce it if it opted to produce raw penalty data, rather than processed, computer-readable data. *Id.* at 12. On February 17, 2023, the NCAA produced raw data. Plaintiff is still analyzing that data, but it appears incomplete (e.g., the NCAA has not produced all variable and code definitions). Plaintiff is already substantially prejudiced by this late-stage production of information that Plaintiff pursued for months; liability expert reports are due on March 10. But that prejudice is compounded by the data's continued shortcomings.

Attorneys Beth Fegan, Melissa Ryan Clark, Ling Wang, Je Yon Jung, and LaRuby May

are responsible for completing such discovery.

**Substantial Completion of Production:** Defendant previously represented that its production would be substantially complete by November 2022. It continues, however, to produce substantial amounts of information – even beyond that information which was subject to the recent motion to compel. On February 6, 2023, Plaintiff asked the NCAA for an updated completion date. Plaintiff also requested this information in the parties' February 6, 2023 joint report (ECF No. 158, p. 5) and at the February 8, 2023 status conference. The NCAA has not provided a timeline for completion of documents.

Attorneys Beth Fegan, Melissa Ryan Clark, Ling Wang, Je Yon Jung, and LaRuby May are responsible for resolving these disputes.

**The NCAA:**

Plaintiff served a letter to the NCAA on February 14, 2023 asking follow up questions regarding discovery responses previously served. The NCAA provided a preliminary response to this letter, and is addressing diligence items related to submitting supplemental responses to certain discovery responses. With respect to the data documents that the NCAA was compelled to produce, it did so along with the production of an instruction letter providing guidance on how to use the data in the same format as the NCAA, which also explained certain terms used among the data. The NCAA also produced written documents in existence, that further define certain codes used among the data produced.

4. **A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.**

**Plaintiff:**

Plaintiff is reviewing productions produced by Defendant and third parties to date. All

documents produced by third parties to Plaintiff to date have been produced to the NCAA. Plaintiff anticipates receiving additional documents from third-party HBCUs.

Plaintiff also intends to notice additional depositions within the 28-day period following this report.

Attorneys Beth Fegan, Melissa Ryan Clark, Ling Wang, Je Yon Jung, and LaRuby May are responsible for completing such discovery.

**The NCAA:**

The NCAA requested that Plaintiff produce all documents obtained by third-parties. The NCAA is making additional document productions responsive to Plaintiff's multiple sets of document requests, in addition to document productions tied to its privilege review of documents. The NCAA's counsel, Chisara Ezie-Boncoeur, Brian Casey, and Ilana Zelener, are responsible for the above-listed items.

5. **A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.**

**Plaintiff:**

Plaintiff anticipates deposing NCAA's corporate representative, and certain NCAA and third-party fact witnesses. Plaintiff intends to schedule these in the coming weeks. Plaintiff further anticipates taking expert discovery regarding NCAA's expert witness(es).

Attorneys Beth Fegan, Melissa Ryan Clark, Ling Wang, Je Yon Jung, and LaRuby May are responsible for completing such discovery.

**The NCAA:**

The NCAA intends to schedule a Savanah State University corporate representative deposition. The NCAA anticipates taking expert discovery regarding liability and damages issues.

The NCAA may depose additional third-parties. The NCAA's review of subpoenaed documents still forthcoming from third-party institutions, and of the depositions that Plaintiff intends to notice, will further inform that decision.

The NCAA's counsel, Chisara Ezie-Boncoeur, Brian Casey, and Alicia Raines Barrs, are responsible for developing the NCAA's discovery plan.

**6. Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.**

**Plaintiff:** None.

**The NCAA:** None.

DATED: March 6, 2023                         Respectfully submitted,

*/s/ V. Chisara Ezie-Boncoeur*
Victor D. Vital (Admitted *Pro Hac Vice*)[1]
victor.vital@btlaw.com
V. Chisara Ezie-Boncoeur
cezie@btlaw.com
Brian E. Casey
brian.casey@btlaw.com
Alicia Raines Barrs
Alicia.Rainesbarrs@btlaw.com
Ilana Zelener (Admitted *Pro Hac Vice*)
Ilana.Zelener@btlaw.com
BARNES & THORNBURG LLP
201 S. Main Street
South Bend, IN 46204
Telephone: 574-233-1171
Facsimile:  574-237-1125

*Attorneys for Defendant the NCAA*

AND

By:  */s/ Elizabeth A. Fegan*
 Elizabeth A. Fegan *(*admitted *pro hac vice)*
 beth@feganscott.com
 **FEGAN SCOTT LLC**
 150 S. Wacker Dr., 24th Floor

---

[1] Mr. Vital can be contacted at Barnes & Thornburg LLP's Dallas, Texas office.

Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile:  (312) 264-0100

Je Yon Jung (admitted *pro hac vice*)
**MAY JUNG, LLP**
1100 W. Torn & Country Road, Suite 1250
Orange, CA 92868
Telephone: (818) 869-6476
Facsimile:  (202) 618-8282
jeyon@mayjung.com

LaRuby May (admitted *pro hac vice*)
**MAY JUNG, LLP**
3216 11th Place, SE
Washington, DC 20032
Telephone: (202) 869-3735
Facsimile:  (202) 619-8282
laruby@mayjung.com

Melissa R. Clark (admitted *pro hac vice*)
melissa@feganscott.com
**FEGAN SCOTT LLC**
140 Broadway, 46th Fl.
New York, NY 10005
Telephone: (347) 353-1150
Facsimile:  (312) 264-0100

Ling S. Wang (admitted *pro hac vice*)
**FEGAN SCOTT LLC**
100 S. Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: (651) 432-4468
Facsimile:  (312) 264-0100
ling@feganscott.com

William N. Riley, Bar No.: 14941-49
Russell B. Cate, Bar No.: 27596-29
**RILEYCATE, LLC**
11 Municipal Drive, Ste. 320
Fishers, IN 46038
Telephone: (317) 588-2866
Facsimile:  (317) 458-1875
wriley@rileycate.com
rcate@rileycate.com

*Attorneys for Plaintiff and the Proposed Class*