UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>    Defendant. | Case No.: 1:20-cv-03172-RLY-MJD |

**JOINT NOTICE**
**SEEKING TO VACATE THE MARCH 27, 2023 DISCOVERY CONFERENCE**

On March 9, 2023, the Court ordered that the parties appear by counsel for an in-person discovery conference beginning on March 27, 2023 and continuing day-to-day until counsel for Plaintiff have been provided with the information necessary to understand, interpret, and analyze the electronically stored information produced by Defendant. ECF No. 170, pp 1-2. In that order, the Court stated:

> The March 27, 2023 discovery conference may be vacated if the parties file a joint notice with the Court in advance thereof reporting that counsel for Plaintiff have been provided the information necessary to understand, interpret, and analyze the electronically stored information produced by Defendant in this matter.

*Id.* at 2.

Plaintiff's expert's analysis of the data provided by the NCAA is ongoing. Plaintiff's experts do not currently have any additional questions for the NCAA about how to understand,

interpret, or analyze the data produced for purposes of the upcoming expert report (aside from one set of questions the NCAA is actively working on responding to). However, additional questions could arise as the experts continue to work with the data.

Accordingly, the NCAA agrees to continue to make its best effort to provide prompt (within one business day, unless Plaintiff agrees to a longer time period), good-faith answers to any future data-related questions from Plaintiff in order to provide Plaintiff with the information necessary to understand, interpret, and analyze the electronically stored information produced by Defendant prior to the April 7, 2023 deadline for Plaintiff's liability expert report. The NCAA further agrees that it will make itself (including an NCAA individual knowledgeable about the databases and data produced) available for a conference call with Plaintiff's expert, and will make its best effort to make itself available within one business day of Plaintiff making a request for such a call, unless Plaintiff agrees to a longer time period.

The parties thus jointly request that the Court vacate the March 27, 2023 conference. If the NCAA does not provide prompt, good-faith answers to any additional questions or make their technical employee available for a conference call as contemplated above, Plaintiff will contact the Court immediately and request to re-set the conference.

DATED: March 24, 2023            Respectfully submitted,

By: /s/ Elizabeth A. Fegan
Elizabeth A. Fegan *(admitted pro hac vice)*
beth@feganscott.com
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100

Je Yon Jung (admitted *pro hac vice*)
LaRuby May (admitted *pro hac vice*)
**MAY JUNG, LLP**

2

        1100 W. Town & Country Road
        Suite 1250
        Orange, CA 92868
        Telephone: (818) 869-6476
        Facsimile: (202) 618-8282
        jeyon@mayjung.com
        laruby@mayjung.com

        Melissa R. Clark (admitted *pro hac vice*)
        melissa@feganscott.com
        **FEGAN SCOTT LLC**
        140 Broadway, 46th Fl.
        New York, NY 10005
        Telephone: (347) 353-1150
        Facsimile:  (312) 264-0100

        Ling S. Wang (admitted *pro hac vice*)
        **FEGAN SCOTT LLC**
        100 S. Fifth Street, Suite 1900
        Minneapolis, MN 55402
        Telephone: (651) 432-4468
        Facsimile:  (312) 264-0100
        ling@feganscott.com

        William N. Riley, Bar No.: 14941-49
        Russell B. Cate, Bar No.: 27596-29
        **RILEYCATE, LLC**
        11 Municipal Drive, Ste. 320
        Fishers, IN 46038
        Telephone: (317) 588-2866
        Facsimile:  (317) 458-1875
        wriley@rileycate.com
        rcate@rileycate.com

        *Attorneys for Plaintiff and the Proposed Class*


        */s/ V. Chisara Ezie-Boncoeur*
        Victor D. Vital (Admitted *Pro Hac Vice*)[1]
        victor.vital@btlaw.com
        V. Chisara Ezie-Boncoeur
        cezie@btlaw.com
        Brian E. Casey
        brian.casey@btlaw.com

---

[1] Mr. Vital can be contacted at Barnes & Thornburg LLP's Dallas, Texas office.

Alicia Raines Barrs
Alicia.Rainesbarrs@btlaw.com
Ilana Zelener (Admitted *Pro Hac Vice*)
Ilana.Zelener@btlaw.com
BARNES & THORNBURG LLP
201 S. Main Street
South Bend, IN 46204
Telephone: 574-233-1171
Facsimile: 574-237-1125

*Attorneys for Defendant the NCAA*