UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 1:20-cv-03172-RLY-MJD |

### JOINT REPORT ON THE STATUS OF DISCOVERY

Pursuant to the Court's October 4, 2021 Scheduling Order (Dkt. No. 47), and March 8, 2023 Minute Entry (Dkt. No. 170), the parties jointly submit the following Joint Report on the Status of Discovery in advance of the April 6, 2023 status conference.

**1. A detailed description of all discovery completed within the preceding 28 days.**

**Plaintiff:**

Plaintiff is reviewing Defendant's and third-party document productions made to date, including the NCAA's data and documents in response to the Court's order on Plaintiff's Motion to Compel (Dkt. No. 157), as well as the NCAA's two additional productions, and a recent production of previously missing native documents. Plaintiff is continuing to work with third-party HBCUs for production of documents in response to subpoenas. Plaintiff took the deposition of third-party Ronald Mason, Jr. on March 10, 2023. Plaintiff produced Plaintiff's expert Dr. Bernard Siskin's Rebuttal Report on March 13, 2023, and defended his deposition on March 23, 2023. The parties are continuing to meet and confer regarding various discovery issues, none of which are currently ripe for the Court's review.

**The NCAA:**

Since March 8, 2023, the NCAA has made two additional productions and one reproduction which generally consisted of previously produced documents that the NCAA has reproduced in native format. The NCAA has satisfied its discovery obligations and compliance with the Court's February 3, 2023 Order on Plaintiff's Motion to Compel (Dkt. No. 157) and has been working cooperatively and diligently in answering Plaintiff's questions concerning the APP Portal materials. The NCAA has made over 40 productions thus far. To date, the NCAA has produced over 2.3 million pages of documents, including hundreds of school specific reports concerning APP records. The NCAA believes it completed producing class based discovery. The NCAA expects to make minimal and discrete additional productions, if any, generally containing documents responsive to Plaintiff's final set of served discovery, and any documents caught in the privilege review. The NCAA is in the process of completing its privilege review and log and anticipates producing its privilege log on or about April 7, 2023. The NCAA also deposed Plaintiff's class certification expert, Bernard Siskin. The NCAA's counsel, Chisara Ezie-Boncoeur, Brian Casey, and Ilana Zelener are responsible for the above-listed items.

2. **A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.**

**Plaintiff:**

Plaintiff is reviewing Defendant's and third-party document productions made to date. Plaintiff is continuing to work with the third-party HBCUs for production of documents in response to subpoenas. Per the parties' Joint Stipulation to Vacate Conference (Dkt No. 176), Plaintiff's expert is analyzing the data provided by the NCAA. Plaintiff has been sending questions as they arise, and as of the date of this filing, the NCAA has provided answers in accordance with

the stipulation.

Attorneys Beth Fegan, Melissa Ryan Clark, Ling Wang, Je Yon Jung, and LaRuby May are responsible for completing such discovery.

**The NCAA:**

Limited clean up discovery related to privilege review. The parties have responded to all written discovery. The NCAA's counsel, Chisara Ezie-Boncoeur, Brian Casey, and Ilana Zelener are responsible for the above-listed items.

3. **A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.**

**Plaintiff:**

**Penalty Data:** Per the parties' Joint Stipulation to Vacate Conference (Dkt No. 176), Plaintiff's expert is analyzing the data provided by the NCAA. Plaintiff has been sending questions as they arise, and as of the date of this filing, the NCAA has provided answers in accordance with the stipulation.

Attorneys Beth Fegan, Melissa Ryan Clark, Ling Wang, Je Yon Jung, and LaRuby May are responsible for completing such discovery.

**Production Issues and Privilege Logs:** At the last status teleconference, Defendant represented that its document production is substantially complete. On March 23, 2023, Plaintiff notified the NCAA that certain produced documents contained tracked changes that were only reflected in extracted text; that the corresponding native versions were never produced in violation of the parties' agreed upon ESI Protocol. Plaintiff also requested that the NCAA produce all PowerPoints with graphs in native format to help with readability (or all PowerPoints in native if easier). On March 30, 2023, NCAA stated it had identified 3,571 previously produced documents

with tracked changes and made a production of its natives on March 31, 2023. The same day, Plaintiff requested an answer to his request on native PowerPoints with graphs, and also requested that privilege/redaction logs be sent within a week, to be supplemented as they are completed. The ESI Protocol required rolling 30-day logs and to date, Plaintiff has not received any. Plaintiff has yet to receive a response.

Attorneys Beth Fegan, Melissa Ryan Clark, Ling Wang, Je Yon Jung, and LaRuby May are responsible for resolving these disputes.

**The NCAA:**

To the extent Plaintiff has additional questions concerning the APP Portal data, the NCAA continues to use its best efforts to provide prompt, good-faith answers to Plaintiff's data-related questions. Presently, there are no outstanding pending questions from Plaintiff. The NCAA also continues to make itself available to schedule a data related conference call with Plaintiff's expert, should the need arise. The NCAA is also working with its electronic discovery vendor to answer Plaintiff's question regarding native PowerPoints with graphs, and to complete its privilege review and log and produce its privilege log on or about April 7, 2023. The NCAA's counsel, Chisara Ezie-Boncoeur, Brian Casey, and Ilana Zelener are responsible for the above-listed items.

4. **A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.**

**Plaintiff:**

Plaintiff is reviewing productions produced by Defendant and third parties to date. All documents produced by third parties to Plaintiff to date have been produced to the NCAA. Plaintiff anticipates receiving additional documents from third-party HBCUs. Plaintiff also intends to notice additional depositions, issue additional document subpoenas, and issue additional discovery

requests within the 28-day period following this report.

Attorneys Beth Fegan, Melissa Ryan Clark, Ling Wang, Je Yon Jung, and LaRuby May are responsible for completing such discovery.

**The NCAA:**

The NCAA anticipates producing privilege logs and potentially residual related documents within this period. With respect to liability discovery, the NCAA intends to serve a subpoena to Forward Progress, the consulting entity that worked with Savannah State University. The NCAA's counsel, Chisara Ezie-Boncoeur, Brian Casey, and Ilana Zelener are responsible for the above-listed items.

5. **A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.**

**Plaintiff:**

Plaintiff anticipates deposing NCAA's corporate representative, and certain NCAA and third-party fact witnesses. Plaintiff intends to schedule these in the coming weeks. Plaintiff further anticipates taking expert discovery regarding NCAA's expert witness(es). Plaintiff also intends on issuing document subpoenas to additional educational institutions and discovery requests to the NCAA.

Attorneys Beth Fegan, Melissa Ryan Clark, Ling Wang, Je Yon Jung, and LaRuby May are responsible for completing such discovery.

**The NCAA:**

The Court's ruling on Plaintiff's pending Motion to Amend the Complaint will inform whether additional discovery is needed concerning any amended Complaint filed over 2 years after the original Complaint was filed. The NCAA intends to schedule a Savanah State University

corporate representative deposition. The NCAA anticipates taking expert discovery regarding liability and damages issues. The NCAA may depose additional third-parties. The NCAA's review of subpoenaed documents from third-party institutions, and of the depositions that Plaintiff intends to notice, will further inform that decision. The NCAA's counsel, Chisara Ezie-Boncoeur, Brian Casey, and Alicia Raines Barrs, are responsible for these items.

6. **Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.**

**Plaintiff:** None.

**The NCAA:** None.

DATED: April 3, 2023					Respectfully submitted,

/s/ Ilana Zelener
Victor D. Vital (Admitted *Pro Hac Vice*)[1]
victor.vital@btlaw.com
V. Chisara Ezie-Boncoeur
cezie@btlaw.com
Brian E. Casey
brian.casey@btlaw.com
Alicia Raines Barrs
Alicia.Rainesbarrs@btlaw.com
Ilana Zelener (Admitted *Pro Hac Vice*)
Ilana.Zelener@btlaw.com
BARNES & THORNBURG LLP
201 S. Main Street
South Bend, IN 46204
Telephone: 574-233-1171
Facsimile:  574-237-1125

*Attorneys for Defendant the NCAA*

AND

By: /s/ Elizabeth A. Fegan
 Elizabeth A. Fegan *(*admitted *Pro Hac Vice)*
 beth@feganscott.com
 **FEGAN SCOTT LLC**
 150 S. Wacker Dr., 24th Floor

---

[1] Mr. Vital can be contacted at Barnes & Thornburg LLP's Dallas, Texas office.

Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile:  (312) 264-0100

Je Yon Jung (admitted *pro hac vice*)
**MAY JUNG, LLP**
1100 W. Torn & Country Road, Suite 1250
Orange, CA 92868
Telephone: (818) 869-6476
Facsimile:  (202) 618-8282
jeyon@mayjung.com

LaRuby May (admitted *pro hac vice*)
**MAY JUNG, LLP**
3216 11th Place, SE
Washington, DC 20032
Telephone: (202) 869-3735
Facsimile:  (202) 619-8282
laruby@mayjung.com

Melissa R. Clark (admitted *pro hac vice*)
melissa@feganscott.com
**FEGAN SCOTT LLC**
140 Broadway, 46th Fl.
New York, NY 10005
Telephone: (347) 353-1150
Facsimile:  (312) 264-0100

Ling S. Wang (admitted *pro hac vice*)
**FEGAN SCOTT LLC**
100 S. Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: (651) 432-4468
Facsimile:  (312) 264-0100
ling@feganscott.com

William N. Riley, Bar No.: 14941-49
Russell B. Cate, Bar No.: 27596-29
**RILEYCATE, LLC**
11 Municipal Drive, Ste. 320
Fishers, IN 46038
Telephone: (317) 588-2866
Facsimile:  (317) 458-1875
wriley@rileycate.com
rcate@rileycate.com

*Attorneys for Plaintiff and the Proposed Class*