UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, <br><br> Defendant. | Case No. 1:20-cv-03172-RLY-MJD |

# JOINT REPORT ON THE STATUS OF DISCOVERY

Pursuant to the Court's October 4, 2021 Scheduling Order (Dkt. No. 47), and May 4, 2023 Minute Entry (Dkt. No. 214), the parties jointly submit the following Joint Report on the Status of Discovery in advance of the June 29, 2023 status conference.

**1. A detailed description of all discovery completed within the preceding 28 days.**

**Plaintiff:**

On May 8, 2023, Plaintiff produced documents received from third parties Jackson State University and Southwestern Athletic Conference.

On May 11, 2023, Plaintiff deposed third-party John Rudley.

On May 15 and 19, 2023, the NCAA served responses and objections, as described in their statement below, to several discovery requests and Plaintiff's 30(b)(6) deposition notice. On May 25, 2023, Plaintiff served a letter identifying several discovery deficiencies and concerns with the NCAA's most recent discovery responses and privilege assertions.

**The NCAA:**

On May 15, 2023, the NCAA served its responses and objections to Plaintiff's Fourth Set of Interrogatories and to Plaintiff's Fifth Set of Requests for Production. On May 19, 2023, the NCAA served its responses and objections to: (a) Plaintiff's Sixth Set of Requests for Production of Documents to the NCAA (totaling 95 requests for production propounded to date); (b) Plaintiff's First Set of Requests for Admissions to the NCAA; and (c) Plaintiff's Second Set of Requests of Admission to the NCAA (200 requests).[1]

On May 15, 2023, the NCAA produced its expert liability rebuttal report.

A third party deposition of John Rudley occurred on May 11th.

The NCAA's counsel, Chisara Ezie-Boncoeur and Brian Casey, are responsible for the above-listed items.

2. **A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.**

**Plaintiff:**

Plaintiff is taking the depositions of former NCAA employees: Reshauna Cobb (5/31); Jennifer Strawley (6/1); and Mark Emmert (6/6). Plaintiff further notes the following additional upcoming depositions, with dates still being finalized:

- Rule 30(b)(6) representative(s) of Southern University
- Rule 30(b)(6) representative(s) of Howard University
- NCAA employee Todd Petr
- NCAA employee and corporate representative Binh Nguyen

---

[1] Though several requests for admission in the Second Set purport to concern the authentication of documents, many are more expansive than the authentication type of requests permitted by Local Rule 36-1.

- NCAA employee and corporate representative Tom Paskus

- NCAA corporate representative Kevin Lennon

- Potential additional NCAA 30(b)(6) designees

Attorneys Beth Fegan, Melissa Ryan Clark, Ling Wang, Je Yon Jung, and LaRuby May are responsible for completing such discovery.

**The NCAA:**

The Parties are continuing to meet and confer regarding the Rule 30(b)(6) deposition notice Plaintiff served on the NCAA which includes a list of seventy-six (76) broad topics, some of which have subparts. The NCAA served Plaintiff objections to the 30(b)(6) deposition notice and identified its preliminary assessment of which witness will testify per topic on May 26, 2023. To the extent the Parties are unable to agree to narrow the scope of the notice and the topics contained therein, the NCAA intends to file a motion for a Protective Order regarding any remaining topics in dispute which exceed the permissible scope of discovery and/or are subject to other objections.

The Parties have continued to meet and confer to schedule depositions on mutually available dates. The following depositions have been scheduled of NCAA former staff members: Reshauna Cobb (5/31); Jennifer Strawley (6/1); and Mark Emmert (6/6). The NCAA also provided Plaintiff the following deposition witness availability: Binh Nguyen appearing in her individual capacity and as the NCAA's corporate representative on June 9, 2023, Tom Paskus appearing in his individual capacity and as the NCAA's corporate representative on June 12, 2023, and Kevin Lennon appearing as the NCAA's corporate representative on June 14, 2023.

Plaintiff is noticing several third party depositions for university institutions, and the NCAA intends to cross notice these depositions. On May 23, 2023, Plaintiff's counsel informed the NCAA's counsel that Alabama State University's deposition is scheduled for June 1, 2023. The

NCAA has cross-noticed this deposition. The NCAA noticed Savannah State University for a corporate representative deposition beginning on June 12, 2023. The NCAA has also noticed Plaintiff's expert, Bernard Siskin, Ph.D. for deposition on June 23, 2023.

The NCAA is reviewing third-party document productions made to date, including those made by Southwestern Athletic Conference ("SWAC"). It is awaiting Plaintiff's production of Jackson State University's subpoenaed documents.

The NCAA's counsel, Chisara Ezie-Boncoeur and Brian Casey, are responsible for the above-listed items.

3. **A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.**

**Plaintiff:**

On May 25, 2023, Plaintiff sent a letter to the NCAA identifying several discovery deficiencies with the NCAA's responses to Plaintiffs' request for production, interrogatories, and requests for admission as well as its assertions of privilege. Plaintiff awaits a response to that letter and will ask the Court for a pre-motion conference if the issues are not resolved promptly.

On May 26, 2023, the NCAA served 56 pages of objections to Plaintiff's 30(b)(6) deposition notice. Plaintiff is currently evaluating those objections and will confer with the NCAA about them. If they are not resolved promptly, Plaintiff will bring this issue to the Court's attention in advance of a motion to compel.

Plaintiff has raised concerns with the format of the NCAA's production, including issues with its production of chats and a failure to produce individual emails, as required by the ESI Protocol, instead producing only email threads which may omit earlier attachments. Plaintiff understands the NCAA is looking into these issues with its vendor and will bring any concerns to

the Court's attention if they remain unresolved.

Attorneys Beth Fegan, Melissa Ryan Clark, Ling Wang, Je Yon Jung, and LaRuby May are responsible for completing such discovery.

**The NCAA:**

The NCAA disputes the scope of many topics included in Plaintiff's 30(b)(6) deposition notice, and has served objections to same on Plaintiff. To the extent the parties cannot reach an agreement on the scope of Plaintiff's 30(b)(6) deposition notice, the NCAA intends to move for a Protective Order.

The evening of May 25, 2023, Plaintiff served a letter addressing several discovery items he alleges to be deficient, including, but not limited to, the NCAA's responses to the Fourth Set of Interrogatories, Fifth and Sixth Requests for Production of Documents, and First and Second Set to Requests for Admissions. Plaintiff also raised issues concerning the NCAA's privilege log and items in the NCAA's claw back letter. The NCAA is diligently reviewing Plaintiff's correspondence and working to meet and confer with Plaintiff concerning the issues raised therein and formally respond to the letter.

The NCAA's counsel, Chisara Ezie-Boncoeur, Brian Casey, and Ilana Zelener, are responsible for the above-listed items.

4. **A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.**

**Plaintiff:**

Plaintiff incorporates the above statements regarding the upcoming depositions of NCAA current and former employees, third parties, and Plaintiff's expert and is continuing to pursue third party discovery in connection with previously served subpoenas.

Attorneys Beth Fegan, Melissa Ryan Clark, Ling Wang, Je Yon Jung, and LaRuby May are responsible for completing such discovery.

**The NCAA:**

On April 12, 2023, Plaintiff served subpoenas duces tecum on (1) the HBCU Conference-Central Intercollegiate Athletic Association ("CIAA"); (2) the HBCU Conference-Mid-Eastern Athletic Conference ("MEAC"); (3) the HBCU Conference-Southern Intercollegiate Athletic Conference ("SIAC"); (4) National Association of Basketball Coaches; (5) National Federation of State High School Associations; and (6) Southwestern Athletic Conference (SWAC) for May 3, 2023. The NCAA is still awaiting the production of documents subject to Plaintiff's subpoenas for documents to the CIAA, MEAC, SIAC, National Association of Basketball Coaches, and National Federation of State High School Associations.

The NCAA's counsel, Chisara Ezie-Boncoeur and Brian Casey, are responsible for the above-listed items.

5. **A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.**

**Plaintiff:**

Plaintiff notes the above-identified depositions, third-party discovery, and need to resolve disputes and deficiencies arising from the NCAA's responses and objections to Plaintiff's discovery requests.

Plaintiff anticipates potential additional discovery of the parties' experts; damages-related discovery; and other administrative and clean-up discovery to be completed in accordance with the Court's schedule.

Attorneys Beth Fegan, Melissa Ryan Clark, Ling Wang, Je Yon Jung, and LaRuby May

are responsible for completing such discovery.

**The NCAA:**

The NCAA may depose additional third-parties, likely in the context of cross-noticing depositions that Plaintiff intends to take.

The NCAA's counsel, Chisara Ezie-Boncoeur, Brian Casey, and Alicia Raines Barrs, are responsible for these items.

6. **Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.**

**Plaintiff:**

None beyond the above-identified issues and the extension of dates and pages identified by the NCAA below. If any of the above-referenced issues are not resolved promptly and Plaintiff believes a motion to compel is required, Plaintiff will seek a court conference.

**The NCAA:**

In the last joint discovery conference, the Court indicated that it is amenable to extending the Motion for Summary Judgment Deadline by one week. The NCAA is filing an agreed motion to this effect requesting that the Court extend the Motion for Summary Judgment Deadline by one week through June 16, 2023, and that the Court grant the parties 10 additional pages to their dispositive motion briefs and 5 additional pages to the NCAA's reply brief. Plaintiff agreed to this requested relief.

DATED: May 30, 2023                    Respectfully submitted,

                                                                                /s/ V. Chisara Ezie-Boncoeur
                                                                                Victor D. Vital (Admitted *Pro Hac Vice*)[2]
                                                                                victor.vital@btlaw.com
                                                                                V. Chisara Ezie-Boncoeur

---

[2] Mr. Vital can be contacted at Barnes & Thornburg LLP's Dallas, Texas office.

cezie@btlaw.com
Brian E. Casey
brian.casey@btlaw.com
Alicia Raines Barrs
Alicia.Rainesbarrs@btlaw.com
Ilana Zelener (Admitted *Pro Hac Vice*)
Ilana.Zelener@btlaw.com
BARNES & THORNBURG LLP
201 S. Main Street
South Bend, IN 46204
Telephone: 574-233-1171
Facsimile: 574-237-1125

*Attorneys for Defendant the NCAA*

AND

By: */s/ Elizabeth A. Fegan*
 Elizabeth A. Fegan *(admitted Pro Hac Vice)*
beth@feganscott.com
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100

Je Yon Jung (admitted *pro hac vice*)
**MAY JUNG, LLP**
1100 W. Torn & Country Road, Suite 1250
Orange, CA 92868
Telephone: (818) 869-6476
Facsimile: (202) 618-8282
jeyon@mayjung.com

LaRuby May (admitted *pro hac vice*)
**MAY JUNG, LLP**
3216 11th Place, SE
Washington, DC 20032
Telephone: (202) 869-3735
Facsimile: (202) 619-8282
laruby@mayjung.com

Melissa R. Clark (admitted *pro hac vice*)
melissa@feganscott.com
**FEGAN SCOTT LLC**
140 Broadway, 46th Fl.
New York, NY 10005

Telephone: (347) 353-1150
Facsimile:  (312) 264-0100

Ling S. Wang (admitted *pro hac vice*)
**FEGAN SCOTT LLC**
121 N. Washington Ave, 4th Floor
Minneapolis, MN 55401
Telephone: (651) 432-4468
Facsimile:  (312) 264-0100
ling@feganscott.com

William N. Riley, Bar No.: 14941-49
Russell B. Cate, Bar No.: 27596-29
**RILEYCATE, LLC**
11 Municipal Drive, Ste. 320
Fishers, IN 46038
Telephone: (317) 588-2866
Facsimile:  (317) 458-1875
wriley@rileycate.com
rcate@rileycate.com

*Attorneys for Plaintiff and the Proposed Class*