UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-03172-RLY-MJD |
| ) | |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON PLAINTIFF'S MOTIONS TO SEAL**

This matter is before the Court on Plaintiff's Motion to Seal, [Dkt. 181]. For the reasons set forth below, the remainder of the motion previously taken under advisement is **GRANTED**.

**I. Discussion**

On March 24, 2023, Plaintiff filed the instant motion, seeking to maintain Docket Numbers 178 and 178-1 through 178-34 under seal. [Dkt. 181.]  On May 24, 2023, the Court denied the motion in part and took the remainder of the motion under advisement because Defendant had failed to comply with Local Rule 5-11(d)(3), which required it to file a redacted public version of the documents it sought to maintain under seal, Docket Numbers 178-8 and 178-30. The Court ordered Defendant to file appropriately redacted versions of Docket Numbers 178-8 & 178-30.  Defendant has now done so, *see* [Dkt. 226].  Because they contain financial information and FERPA education records, respectively, [Dkt. 196 at 7-8], the Court finds good cause exists to maintain Docket Numbers 178-8 and 178-30 under seal and that Defendant's redactions are appropriate.  Accordingly, the motion is **GRANTED as to Docket Numbers 178-8 and 178-30**.

## II.  Conclusion

For the reasons set forth above, the remainder of Plaintiff's Motion to Seal, [Dkt. 181], is **GRANTED**.  **The Clerk is directed to maintain the following documents UNDER SEAL PERMANENTLY**:  Dkt. 178-8 and Dkt. 178-30.

SO ORDERED.

Dated:  27 JUN 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.