# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 1:20-cv-03172-RLY-MJD |

## MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5-11(d)(2), Plaintiff respectfully files this Motion to Maintain Documents Under Seal.

**Designating party:** Defendant National Collegiate Athletic Association (NCAA).

**Documents at issue:**

- Memorandum in Support of Plaintiff's Cross Motion for Partial Summary Judgment ("Motion"), **ECF No. 240-1**.

- The following exhibits to the Motion

| ECF No. | Ex. No. | Description |
|---|---|---|
| | A | Excerpts of Transcript of Deposition of NCAA President Mark Emmert, Ph.D (June 6, 2023) |
| | S | Student Athlete Statement 2013-14 |
| | T | Student Athlete Statement 2014-15 |

Defendant NCAA has designated these exhibits as Confidential pursuant to the Protective Order, ECF No. 63 ("Protective Order") and Plaintiff's Opposition contains quotations and

information derived from these exhibits.[1] The Protective Order requires that the parties comply with Local Rule 5-11 when filing designated material. Protective Order, § VIII.A. Accordingly, Plaintiff files this motion.

The documents should not, however, be sealed because they do not contain any confidential information. *See* Protective Order, § II (discussing protection of, e.g., trade secrets; non-public research, the disclosure of which would cause severe competitive harm; educational records and/or personally identifying information concerning any individual) and ECF No. 138, Order (Oct. 13, 2022) (discussing the protection of personally identifiable student-athlete information and FERPA Education Records).

Moreover, the Protective Order requires that the designating party "designate only those portions of a document . . . that contain the protected information and refrain from designating entire documents." Protective Order, § III.A. The order also cautions that "Over-redaction of documents sought to be maintained under seal may result in the denial of a motion to seal." *Id.* at § VIII.A.

Plaintiff thus files this motion to comply with the Protective Order and the NCAA's designations, but Plaintiff does not support sealing.

DATED: July 14, 2023   Respectfully submitted,

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan *(admitted pro hac vice)*
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100

---

[1] In an abundance of caution, Plaintiff includes a deposition transcript exhibit with this motion, even though the NCAA has not expressly designated it as confidential in accordance with the Protective Order, because it discusses documents designated as confidential and, with regard to more recently received transcripts, the Protective Order provisionally protects them for a 14-day period. Protective Order, § III.C.

2

beth@feganscott.com

Melissa R. Clark (admitted *pro hac vice*)
**FEGAN SCOTT LLC**
140 Broadway, 46th Fl.
New York, NY 10005
Telephone: (347) 353-1150
Facsimile: (312) 264-0100
melissa@feganscott.com

Ling S. Wang (admitted *pro hac vice*)
**FEGAN SCOTT LLC**
121 N. Washington Ave., 4th Floor
Minneapolis, MN 55401
Telephone: (651) 432-4468
Facsimile: (312) 264-0100
ling@feganscott.com

Je Yon Jung (admitted *pro hac vice*)
LaRuby May (admitted *pro hac vice*)
Jessica H. Meeder (admitted *pro hac vice*)
**MAY JUNG, LLP**
333 City Blvd. West
Suite 327
Orange, CA 92868
Telephone: (818) 869-6476
Facsimile: (202) 618-8282
jeyon@mayjung.com
laruby@mayjung.com
jessica@mayjung.com

William N. Riley, Bar No.: 14941-49
Russell B. Cate, Bar No.: 27056-29
**RILEYCATE, LLC**
11 Municipal Drive, Ste. 320
Fishers, IN 46038
Telephone: (317) 588-2866
Facsimile: (317) 458-1875
wriley@rileycate.com
rcate@rileycate.com

*Attorneys for Plaintiff and the Proposed Classes*