**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| TROYCE MANASSA, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, <br><br> Defendant. | Case No.: 1:20-cv-03172-RLY-MJD |

**AFFIDAVIT OF ELIZABETH A. FEGAN IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

I, Elizabeth A. Fegan, affirm and state as follows:

1. I am an attorney with Fegan Scott LLC, counsel for Plaintiff and the putative class in this case. I submit this affidavit pursuant to the Court's Order on Plaintiff's Motion for Attorney Fees [ECF No. 277].

2. I have personal knowledge of the facts stated herein, except as to information regarding my co-counsel, which was shared with me by co-counsel. If called to testify, I could and would competently testify thereto.

3. Attached are records reflecting the time Plaintiff's counsel incurred in pursuing the successful portions of Plaintiff's motion to compel [ECF Nos. 149, 155] and subsequent motion for attorneys' fees [ECF Nos. 166, 175] including billable time for meet and confer discussions with Defendant.

4. **Exhibit A** reflects time incurred prior to Plaintiff's Motion for Fees [ECF No. 166] including time spent in connection with the motion to compel [ECF No. 149 and 155] and

1

disputes underlying that motion to compel.

5. **Exhibit B** reflects time incurred in drafting the Reply in Further Support of Plaintiff's Motion for Attorneys' Fees [EF No. 175].

6. This time was discussed and summarized in Plaintiff's prior filings. As discussed in those prior filings, Plaintiff discounted the amount requested for certain entries, for example, those which might relate to multiple issues, or those which relate to the motion to compel generally, rather than just those portions on which Plaintiff prevailed. Thus, the spreadsheets contain the following columns, among others:

- **Billable ($):** Total amount billed for the entry (Rate * Hours).

- **Category:** Category of time spent (e.g., meet-and-confer, opening motion to compel). This column was used to categorize time for reporting in Plaintiff's prior summary submissions.

- **Portion Requested:** The percentage of the entry requested in Plaintiff's Motion for Fees (i.e., reflecting any discount Plaintiff assigned because the entry was partially unrelated to aspects of the motion to compel on which Plaintiff prevailed).

- **Notes:** Explains why Plaintiff only seeks a portion of the entry, if not apparent from the entry itself.

7. These records are an accurate reflection of the records in FeganScott's billing system, in which we track time to the tenth of an hour. As to records for May Jung, they reflect the billing records provided to us by co-counsel.

DATED: September 15, 2023

By: /s/   Elizabeth A. Fegan
Elizabeth A. Fegan (admitted *pro hac vice)*
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com

Melissa R. Clark (admitted *pro hac vice*)
**FEGAN SCOTT LLC**
140 Broadway, 46th Floor
New York, NY 10005
Telephone: (347) 353-1150
Facsimile: (312) 264-0100
melissa@feganscott.com

Je Yon Jung (admitted pro hac vice)
**MAY JUNG LLP**
333 City Blvd. West, Suite 327
Orange, CA  92868
Telephone: (818) 869-6476
Facsimile: (202) 618-8282
jeyon@mayjung.com

LaRuby May (admitted pro hac vice)
Jessica H. Meeder (admitted pro hac vice)
**MAY JUNG LLP**
2006 MLK Jr. Ave SE, Suite 210
Washington, DC  20020
Telephone: (202) 938-3524
Facsimile: (202) 618-8282
laruby@mayjung.com
jessica@mayjung.com

William N. Riley, Bar No.: 14941-49
Russell B. Cate, Bar No.: 27056-29
**RILEYCATE, LLC**
11 Municipal Drive, Ste. 320
Fishers, IN 46038
Telephone: (317) 588-2866
Facsimile: (317) 458-1875
wriley@rileycate.com
rcate@rileycate.com

*Attorneys for Plaintiff
and the Proposed Class*

3