| Date | Attorney/ Staff | Title | Rate | Hours | Description | Billable ($) | Category | Portion Requested | Amount Requested | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **FEGAN SCOTT LLP** | | | | | |
| 8/19/2022 | Ling Wang | Associate | $ 550.00 | 0.1 | Email w/ M. Clark re edits to letter to defense counsel re discovery issues | $ 55.00 | Confer | 100% | $ 55.00 | |
| 8/19/2022 | Melissa Clark | Counsel | $ 800.00 | 0.1 | Correspondence w/ L. Wang re: letter to defense counsel regarding discovery disputes. | $ 80.00 | Confer | 100% | $ 80.00 | |
| 8/23/2022 | Elizabeth Fegan | Partner | $ 950.00 | 0.8 | Revise draft discovery letter; attend call with co counsel re strategy; correspondence re materials for expert | $ 760.00 | Confer | 25% | $ 190.00 | Related to multiple items. |
| 8/23/2022 | Melissa Clark | Counsel | $ 800.00 | 0.6 | Review letter to defense counsel regarding discovery issues (portal, plaintiff's responses). | $ 480.00 | Confer | 25% | $ 120.00 | |
| 9/8/22 | Ling Wang | Associate | $ 550.00 | 0.1 | Emails from B. Achua, M. Clark, B. Fegan re: today's meet and confer with defense counsel re data issues | $ 55.00 | Confer | 100% | $ 55.00 | |
| 9/8/22 | Ling Wang | Associate | $ 550.00 | 0.1 | (.4 total) Teleconference with co-counsel and defense counsel re case schedule, NCAA's FERPA concerns, third party subpoenas, NCAA app portal | $ 55.00 | Confer | 100% | $ 55.00 | |
| 9/8/2022 | Melissa Clark | Counsel | $ 800.00 | 0.1 | Correspond with L. Wang, B. Achua, B. Fegan re meet and confer with NCAA re data issues | $ 80.00 | Confer | 100% | $ 80.00 | |
| 10/21/2022 | Ling Wang | Associate | $ 550.00 | 0.3 | Phone call with experts and pltfs counsel re data issues | $ 165.00 | Confer | 100% | $ 165.00 | |
| 10/21/2022 | Ling Wang | Associate | $ 550.00 | 0.4 | Phone call w. M. Clark re data issues; locate study re same, email re same | $ 220.00 | Confer | 100% | $ 220.00 | |
| 10/21/2022 | Ling Wang | Associate | $ 550.00 | 1.2 | Email from M. Clark re data issues, research related to same, email to case team re same | $ 660.00 | Confer | 100% | $ 660.00 | |
| 10/21/22 | Melissa Clark | Counsel | $ 800.00 | 3.8 | Calls w/ J. Jung and defense counsel regarding data requests; email summary to and follow-up correspondence and calls w/ plaintiff team and review sample portal docs produced | $ 3,040.00 | Confer | 100% | $ 3,040.00 | |
| 10/23/2022 | Melissa Clark | Counsel | $ 800.00 | 1.7 | Draft email to defense counsel with outline of outstanding data-related questions and memorializing Friday data discussion with defense counsel re production of APP portal records and purported burden. Related review of prior correspondence and portal PDFs and data dictionaries for same. | $ 1,360.00 | Confer | 100% | $ 1,360.00 | |
| 10/24/2022 | Ling Wang | Associate | $ 550.00 | 0.1 | Email from J. Y. Jung re NCAA data | $ 55.00 | Confer | 100% | $ 55.00 | |
| 10/26/2022 | Melissa Clark | Counsel | $ 800.00 | 1.6 | Review 30b6 notice re data and draft letter to defense counsel re same; correspondence w/ J. Jung re: revisions and data access | $ 1,280.00 | Confer | 100% | $ 1,280.00 | |
| 10/31/2022 | Melissa Clark | Counsel | $ 800.00 | 0.2 | Correspondence w/ defense counsel regarding APP database | $ 160.00 | Confer | 100% | $ 160.00 | |
| 11/2/2022 | Ling Wang | Associate | $ 550.00 | 0.3 | Email from M. Clark re status of data requests from NCAA, follow u p emails from B. Fegan, M. Clark re same; email to case team re expert call notes | $ 165.00 | Confer | 100% | $ 165.00 | |
| 11/2/2022 | Melissa Clark | Counsel | $ 800.00 | 1.4 | Call w/ defense counsel regarding requested data (.3), prep for same (.4); updates and strategy emails w/ co-counsel team (.7). | $ 1,120.00 | Confer | 100% | $ 1,120.00 | |
| 11/3/2022 | Ling Wang | Associate | $ 550.00 | 0.4 | Emails from M. Clark re edits to J. Y. Jung letter re data issues, review and analyze same, email from M. Clark re 30b6 topics, follow up emails re same | $ 220.00 | Confer | 100% | $ 220.00 | |
| 11/3/2022 | Melissa Clark | Counsel | $ 800.00 | 0.5 | Correspond with case team re: letter on data issues, 30b6 topics; subsequent correspondence re same | $ 400.00 | Confer | 100% | $ 400.00 | |

| Date | Name | Title | Rate | Hours | Description | Amount | Category | % | Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/4/2022 | Ling Wang | Associate | $ 550.00 | 0.2 | Emails from J. Y. Jung re NCAA data letter | $ 110.00 | Confer | 100% | $ 110.00 | |
| 11/14/2022 | Melissa Clark | Counsel | $ 800.00 | 0.8 | Draft email to defense counsel regarding 30b6 deposition scope and schools selected. | $ 640.00 | Confer | 100% | $ 640.00 | |
| 11/14/2022 | Melissa Clark | Counsel | $ 800.00 | 0.2 | Correspond w/ plaintiff and defense counsel re: scheduling meet & confer prior to conference. | $ 160.00 | Confer | 100% | $ 160.00 | |
| 11/16/2022 | Ling Wang | Associate | $ 550.00 | 0.4 | Phone call w. M. Clark re discovery issues | $ 220.00 | Confer | 100% | $ 220.00 | |
| 11/16/2022 | Ling Wang | Associate | $ 550.00 | 1 | Review and analyze letter correspondence re data issues (.3); teleconference with opposing counsel re data and 3rd party subpoena issues (.7) | $ 550.00 | Confer | 100% | $ 550.00 | |
| 11/16/2022 | Melissa Clark | Counsel | $ 800.00 | 1.5 | Meet & confer call w/ defense counsel re data and discovery issues and prep for same. | $ 1,200.00 | Confer | 100% | $ 1,200.00 | |
| 11/16/2022 | Melissa Clark | Counsel | $ 800.00 | 0.4 | Call w/ L. Wang re: discovery strategy. | $ 320.00 | Confer | 100% | $ 320.00 | |
| 11/17/2022 | Elizabeth Fegan | Partner | $ 950.00 | 0.6 | Team status and strategy call | $ 570.00 | Confer | 100% | $ 570.00 | Related to multiple items. |
| 11/17/2022 | Ling Wang | Associate | $ 550.00 | 0.1 | Emails from M. Clark, J. Y. Jung, opposing counsel re meeting to discuss 30b6 topics | $ 55.00 | Confer | 100% | $ 55.00 | |
| 11/17/2022 | Melissa Clark | Counsel | $ 800.00 | 1.1 | Team status and strategy call (.6); prep for same and circulate email re potential def correspondence re 30b6 (.5) | $ 880.00 | Confer | 100% | $ 880.00 | |
| 11/17/2022 | Melissa Clark | Counsel | $ 800.00 | 1.2 | Correspond w/ defense counsel re 30b6 scope. Begin to draft questions for informal inquiry. | $ 960.00 | Confer | 100% | $ 960.00 | |
| 11/17/2022 | Melissa Clark | Counsel | $ 800.00 | 0.9 | Research re NCAA data issues and Oracle database options, potential consultants. | $ 720.00 | Confer | 100% | $ 720.00 | |
| 11/18/2022 | Ling Wang | Associate | $ 550.00 | 3.5 | Emails w/ case team re app docs and data; run relativity searches on APP docs and data, review and analyze policies and procedures and data files; admin (.3); messages with M. Clark re call, review pp re same (.3); emails w/ M. Clark re data questions for NCAA (.3) | $ 1,925.00 | Confer | 100% | $ 1,925.00 | |
| 11/18/2022 | Ling Wang | Associate | $ 550.00 | 0.7 | Teleconference with J. Y. Jung, M. Clark, B. Casey, C. Ezie-boncoeur re data issues | $ 385.00 | Confer | 100% | $ 385.00 | |
| 11/18/2022 | Melissa Clark | Counsel | $ 800.00 | 0.7 | Meet & confer w/ defense counsel and plaintiff team re data issues. | $ 560.00 | Confer | 100% | $ 560.00 | |
| 11/18/2022 | Melissa Clark | Counsel | $ 800.00 | 1.2 | Continued review of NCAA data production; correspondence with plaintiff team re same and re data needed for expert reports. | $ 960.00 | Confer | 100% | $ 960.00 | |
| 11/18/2022 | Melissa Clark | Counsel | $ 800.00 | 2 | Continue to draft email to defense counsel re: data requests and memorializing conversation. | $ 1,600.00 | Confer | 100% | $ 1,600.00 | |
| 11/21/2022 | Ling Wang | Associate | $ 550.00 | 0.1 | Emails from M. Clark, J. Y. Jung re data issues for NCAA | $ 55.00 | Confer | 100% | $ 55.00 | |
| 11/21/2022 | Melissa Clark | Counsel | $ 800.00 | 1.4 | Continued edits to email to defense counsel re 30b6 alternative; questions for designees | $ 1,120.00 | Confer | 100% | $ 1,120.00 | |
| 11/22/2022 | Ling Wang | Associate | $ 550.00 | 0.1 | Email w/ M. Clark re app portal productions | $ 55.00 | Confer | 100% | $ 55.00 | |
| 11/22/2022 | Melissa Clark | Counsel | $ 800.00 | 0.1 | Correspond with L. Wang re: APP portal productions | $ 80.00 | Confer | 100% | $ 80.00 | |
| 11/28/2022 | Elizabeth Fegan | Partner | $ 950.00 | 0.5 | Review email from Melissa Clark re retention of experts for database background; Follow up re status of data issues and need for motion practice given impending deadlines. | $ 475.00 | Confer | 100% | $ 475.00 | Related to multiple items. |
| 11/28/2022 | Ling Wang | Associate | $ 550.00 | 0.2 | Emails from M. Clark, J. Y. Jung re expert call; email from M. Clark re oracle expert, review call notes and potential data expert CV | $ 110.00 | Confer | 100% | $ 110.00 | |

| Date | Name | Title | Rate | Hours | Description | Amount | Category | % | Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/2022 | Ling Wang | Associate | $ 550.00 | 1.9 | Review and analyze B. Casey responses re data issues, messages and emails w. M. Clark re same; review and analyze docs B. Casey references; email from C. Ezie-boncoeur re 30b6 and school data | $ 1,045.00 | Confer | 100% | $ 1,045.00 | |
| 11/28/2022 | Melissa Clark | Counsel | $ 800.00 | 3 | Review data info from NCAA and correspond w/ plaintiff team re next steps for data and expert reports, include drafting extensive email for experts and conferring w/ L. Wang re: same. | $ 2,400.00 | Confer | 100% | $ 2,400.00 | |
| 11/28/2022 | Melissa Clark | Counsel | $ 800.00 | 1.7 | Call w/ potential database expert (.5) and related review of database emails from defense counsel (.7). Follow up email to E. Fegan re retention and related review of existing experts for database background (.5). | $ 1,360.00 | Confer | 100% | $ 1,360.00 | |
| 11/30/2022 | Elizabeth Fegan | Partner | $ 950.00 | 0.1 | Correspondence with Melissa Clark re: BLDS role and data manipulation. | $ 95.00 | Confer | 100% | $ 95.00 | |
| 11/30/2022 | Melissa Clark | Counsel | $ 800.00 | 0.1 | Correspond w/ Fegan re: BLDS role and data manipulation. | $ 80.00 | Confer | 100% | $ 80.00 | |
| 12/1/2022 | Elizabeth Fegan | Partner | $ 950.00 | 0.7 | call with experts and plaintiff team re: data needed and strategy for follow up with NCAA | $ 665.00 | Confer | 100% | $ 665.00 | |
| 12/1/2022 | Ling Wang | Associate | $ 550.00 | 0.8 | Phone call with d. tong re oracle database issues | $ 440.00 | Confer | 100% | $ 440.00 | |
| 12/1/2022 | Ling Wang | Associate | $ 550.00 | 0.8 | Emails with M. Clark, case team re oracle database issues, email from J. Y. Jung re same; follow up correspondence from l. cupingood, M. Clark, J. Y. Jung re data questions | $ 440.00 | Confer | 100% | $ 440.00 | |
| 12/1/2022 | Melissa Clark | Counsel | $ 800.00 | 1.8 | Prep for (.7) and call with (.7) BLDS and plaintiff team re: data; follow up emails regarding data requests (.4) | $ 1,440.00 | Confer | 100% | $ 1,440.00 | |
| 12/6/2022 | Ling Wang | Associate | $ 550.00 | 0.1 | Email from C. Ezie-boncoeur re response to data request | $ 55.00 | Confer | 100% | $ 55.00 | |
| 12/7/2022 | Melissa Clark | Counsel | $ 800.00 | 0.2 | Follow up email to defense counsel regarding status of database information. | $ 160.00 | Confer | 100% | $ 160.00 | |
| 12/9/2022 | Melissa Clark | Counsel | $ 800.00 | 0.3 | Correspondence w/ defense counsel re: database information (.2) and follow up w/ Plaintiff team re strategy and re M&C call (.1) | $ 240.00 | Confer | 100% | $ 240.00 | |
| 12/11/2022 | Melissa Clark | Counsel | $ 800.00 | 0.6 | Review NCAA production of database information (.5), send to Consilio for upload and email defense counsel to set up call re: same (.1). | $ 480.00 | Confer | 100% | $ 480.00 | |
| 12/12/2022 | Melissa Clark | Counsel | $ 800.00 | 1.5 | Review recent production in prep for M&C call (.3); M&C call w/ defense counsel and J. Jung re data (.4) and follow-up correspondence to team and experts along w further review of redactions of data fields (.8). | $ 1,200.00 | Confer | 100% | $ 1,200.00 | |
| 12/16/2022 | Ling Wang | Associate | $ 550.00 | 1 | Research into LRI issues, messages with M. Clark re same; emails from M. Clark re same | $ 550.00 | Opening Motion | 100% | $ 550.00 | |
| 12/16/2022 | Melissa Clark | Counsel | $ 800.00 | 3.4 | Correspondence with experts, plaintiff team, and defense counsel regarding expert data requests. Related research re: LRI and prior discovery. | $ 2,720.00 | Confer | 100% | $ 2,720.00 | |
| 12/16/2022 | Melissa Clark | Counsel | $ 800.00 | 1.3 | Begin drafting memorandum in support of motion to compel data, Paskus info, LRI info. | $ 1,040.00 | Opening Motion | 75% | $ 780.00 | |
| 12/18/2022 | Melissa Clark | Counsel | $ 800.00 | 2 | Continue work on motion to compel data. | $ 1,600.00 | Opening Motion | 100% | $ 1,600.00 | |
| 12/19/2022 | Elizabeth Fegan | Partner | $ 950.00 | 1 | Revise motion to compel; research for same; follow up with team re same | $ 950.00 | Opening Motion | 75% | $ 712.50 | Related to multiple items. |

| Date | Name | Title | Rate | Hours | Description | Amount | Category | % | Adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/2022 | Ling Wang | Associate | $ 550.00 | 5.6 | Edit pltfs' mem in supp of MTC app data and related research, draft motion and proposed order, many emails with case team re same | $ 3,080.00 | Opening Motion | 75% | $ 2,310.00 | |
| 12/19/2022 | Melissa Clark | Counsel | $ 800.00 | 5.5 | Continue to work on motion to compel data and accompnaying documents; correspond w/ team regarding next steps and strategy. | $ 4,400.00 | Opening Motion | 75% | $ 3,300.00 | |
| 12/20/2022 | Ling Wang | Associate | $ 550.00 | 3.1 | Legal research into similar MTC cases, relevance of statistical data; further searches on relativity re LRI data | $ 1,705.00 | Opening Motion | 100% | $ 1,705.00 | |
| 12/20/2022 | Ling Wang | Associate | $ 550.00 | 0.4 | Review and analyze Jung declaration, J. Jung edits to motion to compel | $ 220.00 | Opening Motion | 75% | $ 165.00 | |
| 12/20/2022 | Melissa Clark | Counsel | $ 800.00 | 0.3 | Correspondence w/ team re new production from NCAA (uploading; reivew; impact on motion to compel). | $ 240.00 | Opening Motion | 75% | $ 180.00 | |
| 12/20/2022 | Melissa Clark | Counsel | $ 800.00 | 0.2 | Review correspondence from defense counsel regarding status of data productions. | $ 160.00 | Confer | 100% | $ 160.00 | |
| 12/21/2022 | Ling Wang | Associate | $ 550.00 | 0.6 | Emails w/ M. Clark, B. Fegan, J. Y. Jung re motion to compel docs, review edits, Emails re expert call | $ 330.00 | Opening Motion | 75% | $ 247.50 | |
| 12/21/2022 | Ling Wang | Associate | $ 550.00 | 0.1 | Emails and messages w/ M. Clark re various issues related to mtc | $ 55.00 | Opening Motion | 75% | $ 41.25 | |
| 12/21/2022 | Ling Wang | Associate | $ 550.00 | 1.8 | Edit motion to compel, mem in supp of same, proposed order, and JYJ decl, emails from/to case team re same | $ 990.00 | Opening Motion | 75% | $ 742.50 | |
| 12/21/2022 | Ling Wang | Associate | $ 550.00 | 0.4 | Emails and messages w/ W. Purcell re filing, Emails to J. Y. Jung and case team re same; follow up Emails from J. Y. Jung and w. B. Fegan, M. Clark re mtc | $ 220.00 | Opening Motion | 75% | $ 165.00 | |
| 12/21/2022 | Ling Wang | Associate | $ 550.00 | 0.2 | Review M. Clark edits, emails with M. Clark, J. Y. Jung et al re MTC | $ 110.00 | Opening Motion | 75% | $ 82.50 | |
| 12/21/2022 | Melissa Clark | Counsel | $ 800.00 | 2.5 | Continued work w/ plaintiff team finalizing motion to compel. | $ 2,000.00 | Opening Motion | 75% | $ 1,500.00 | |
| 12/21/2022 | Melissa Clark | Counsel | $ 800.00 | 0.1 | Correspond with L. Wang re MTC | $ 80.00 | Opening Motion | 75% | $ 60.00 | |
| 12/21/2022 | Wendy Purcell | Paralegal | $ 250.00 | 0.5 | Researched court rules to determine motion length, TOA rules, motion to compel rules, etc.  Corresponded with team. | $ 125.00 | Opening Motion | 75% | $ 93.75 | |
| 1/5/2023 | Elizabeth Fegan | Partner | $ 950.00 | 1 | Review NCAA's motion to compel response and correspondence with team re reply strategy | $ 950.00 | Reply | 75% | $ 712.50 | Related to multiple items. |
| 1/5/2023 | Ling Wang | Associate | $ 550.00 | 3.7 | Review and analyze NCAA's opp to MTC and related decl and exhibits, research into docs referenced, research local rules re mtc reply, emails and messages w/ M. Clark re same; emails from M. Clark re mtc reply brief | $ 2,035.00 | Reply | 75% | $ 1,526.25 | |
| 1/5/2023 | Ling Wang | Associate | $ 550.00 | 0.4 | Additional emails with case team re MTC | $ 220.00 | Reply | 75% | $ 165.00 | |
| 1/5/2023 | Melissa Clark | Counsel | $ 800.00 | 5.8 | Review NCAA's motion to compel response and begin drafting reply. | $ 4,640.00 | Reply | 75% | $ 3,480.00 | |
| 1/6/2023 | Ling Wang | Associate | $ 550.00 | 0.4 | Review and analyze MTC reply draft, draft LRI portion of MTC reply draft | $ 220.00 | Reply | 75% | $ 165.00 | |
| 1/6/2023 | Melissa Clark | Counsel | $ 800.00 | 8.3 | Continued work drafting reply ISO motion to compel. | $ 6,640.00 | Reply | 75% | $ 4,980.00 | |
| 1/7/2023 | Ling Wang | Associate | $ 550.00 | 4.1 | Edit reply to MTC, legal research related to same, relativity research related to same, emails w/ M. Clark re same | $ 2,255.00 | Reply | 75% | $ 1,691.25 | |
| 1/7/2023 | Melissa Clark | Counsel | $ 800.00 | 5.5 | Continued research and drafting of motion to compel reply. | $ 4,400.00 | Reply | 75% | $ 3,300.00 | |

| Date | Name | Title | Rate | Hours | Description | Amount | Category | % | Adjusted | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/8/2023 | Ling Wang | Associate | $ 550.00 | 0.1 | Emails from M. Clark re MTC reply, squad level file, LRIs, email from l. cupinggood re data files; emails re draft expert report, emails from case team re same | $ 55.00 | Reply | 75% | $ 41.25 | |
| 1/8/2023 | Melissa Clark | Counsel | $ 800.00 | 2.1 | Continued research and drafting of motion to compel reply. | $ 1,680.00 | Reply | 75% | $ 1,260.00 | |
| 1/8/2023 | Melissa Clark | Counsel | $ 800.00 | 0.2 | Correspond w/ plaintiff team re: strategy and timing of upcoming status conf in light of MTC. | $ 160.00 | Reply | 75% | $ 120.00 | |
| 1/9/2023 | Ling Wang | Associate | $ 550.00 | 1.3 | Emails with W. Purcell, M. Clark re MTC reply; search on relativity re missing exhibits; review and analyze draft, Emails re local rules of decl and exhibits, brief phone call w/ W. Purcell re same, Emails w/ M. Clark re same | $ 715.00 | Reply | 75% | $ 536.25 | |
| 1/9/2023 | Mary Dugan | Paralegal | $ 250.00 | 0.8 | Cite check Reply Memorandum in Support of Motion to Compel Defendant's Production of Data | $ 200.00 | Reply | 75% | $ 150.00 | |
| 1/9/2023 | Melissa Clark | Counsel | $ 800.00 | 2.1 | Correspond w/ W. Purcell and L. Wang re: finalizing MTC reply for filing; review para edits and exhibits. Review rules re: filing requirements and create exhibit index. Continued brief edits. Incorporate JY edits. | $ 1,680.00 | Reply | 75% | $ 1,260.00 | |
| 1/9/2023 | Wendy Purcell | Paralegal | $ 250.00 | 3.9 | Proofread, quote checked, declaration checked and assisted with finalizing Plaintiff's Reply in Support of Motion to Compel; corresponded with Melissa Ryan Clark and Ling Wang by email. | $ 975.00 | Reply | 75% | $ 731.25 | |
| 1/9/2023 | Wendy Purcell | Paralegal | $ 250.00 | 0.8 | Ran cite check, quote check, and added TOA to reply brief and tested with Mary Dugan in matter. | $ 200.00 | Reply | 75% | $ 150.00 | |
| 1/10/2023 | Ling Wang | Associate | $ 550.00 | 0.1 | Emails and messages W. Purcell re MTC reply | $ 55.00 | Reply | 75% | $ 41.25 | |
| 1/10/2023 | Melissa Clark | Counsel | $ 800.00 | 1.5 | Confer w/ L. Wang and W. Purcell re finalizing MTC reply, exhibits, exhibit index. Review and edit near-final version. | $ 1,200.00 | Reply | 75% | $ 900.00 | |
| 1/10/2023 | Wendy Purcell | Paralegal | $ 250.00 | 0.1 | correspond with M. Clark and W. Purcell re MTC reply | $ 25.00 | Reply | 75% | $ 18.75 | |
| 1/11/2023 | Elizabeth Fegan | Partner | $ 950.00 | 1 | Prepare for Court hearing, including preparing for oral argument on motion to compel; attend court hearing | $ 950.00 | Reply | 75% | $ 712.50 | Related to multiple items. |
| 1/11/2023 | Ling Wang | Associate | $ 550.00 | 1.1 | Review and finalize MTC reply, emails with M. Clark, W. Purcell re same; emails with W. Purcell re filing; emails with case team and co counsel re same | $ 605.00 | Reply | 75% | $ 453.75 | |
| 1/11/2023 | Ling Wang | Associate | $ 550.00 | 0.3 | Additional emails and messages with case team re MTC reply, follow up emails re filing | $ 165.00 | Reply | 75% | $ 123.75 | |
| 1/11/2023 | Melissa Clark | Counsel | $ 800.00 | 0.4 | Correspondence w/ L. Wang re: finalizing and filing MTC reply brief. | $ 320.00 | Reply | 75% | $ 240.00 | |
| 1/11/2023 | Melissa Clark | Counsel | $ 800.00 | 0.3 | Correspondence w/ L. Wang and E. Fegan re: strategy for status conference and brief filing. | $ 240.00 | Reply | 75% | $ 180.00 | |
| 1/11/2023 | Melissa Clark | Counsel | $ 800.00 | 0.9 | Correspondence w/ plaintiff team re strategy for status conference, discovery letter, MTC brief issues. | $ 720.00 | Reply | 75% | $ 540.00 | |
| 1/11/2023 | Wendy Purcell | Paralegal | $ 250.00 | 0.4 | Reviewed and edited to Motion to Compel reply; corresponded with Ling Wang | $ 100.00 | Reply | 75% | $ 75.00 | |
| 1/11/2023 | Wendy Purcell | Paralegal | $ 250.00 | 0.3 | Filed Motion to Compel Reply with Exhibits; corresponded with Ling Wang. | $ 75.00 | Reply | 75% | $ 56.25 | |
| 2/3/2023 | Elizabeth Fegan | Partner | $ 950.00 | 0.5 | Review Court's order on NCAA motion to compel. | $ 475.00 | Fee Motion | 75% | $ 356.25 | |
| 2/3/2023 | Ling Wang | Associate | $ 550.00 | 0.5 | Review and analyze court order on pltfs' MTC, brief legal research into same, emails w/ case team re same, motion for fees | $ 275.00 | Fee Motion | 100% | $ 275.00 | |

| Date | Name | Title | Rate | Hours | Description | Amount | Category | % | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2/3/2023 | Melissa Clark | Counsel | $ 800.00 | 0.5 | Review Court's order on NCAA motion to compel. | $ 400.00 | Fee Motion | 75% | $ 300.00 |
| 2/3/2023 | Melissa Clark | Counsel | $ 800.00 | 0.2 | Research categories recoverable under rule 37 for motion for fees and outline strategy for direction to L. Wang. | $ 160.00 | Fee Motion | 100% | $ 160.00 |
| 2/9/2023 | Ling Wang | Associate | $ 550.00 | 2.1 | Legal research re motion for fees related to MTC, start drafting same, emails w/ W. Purcell re pulling related hours | $ 1,155.00 | Fee Motion | 100% | $ 1,155.00 |
| 2/9/2023 | Ling Wang | Associate | $ 550.00 | 4.7 | Continue drafting motion for atty fees, legal research related to same, circulate draft to case team, emails re same | $ 2,585.00 | Fee Motion | 100% | $ 2,585.00 |
| 2/9/2023 | Ling Wang | Associate | $ 550.00 | 0.1 | Emails from J. Y. Jung and M. Clark re declaration for attys fee motion, email with M. Clark re same | $ 55.00 | Fee Motion | 100% | $ 55.00 |
| 2/10/2023 | Ling Wang | Associate | $ 550.00 | 3.2 | Review and analyze spreadsheet of hours pulled by W. Purcell, search for related entries to issues in MTC, start draft exhibit of relevant time; draft M. Clark declaration; emails w/ M. Clark re all | $ 1,760.00 | Fee Motion | 100% | $ 1,760.00 |
| 2/15/2023 | Ling Wang | Associate | $ 550.00 | 0.9 | Organize and edit time entries exhibit for fee motion, emails w/ M. Clark and W. Purcell re same | $ 495.00 | Fee Motion | 100% | $ 495.00 |
| 2/15/2023 | Melissa Clark | Counsel | $ 800.00 | 0.1 | Correspondence w/ L. Wang and W. Purcell re: fees motion and review of time. | $ 80.00 | Fee Motion | 100% | $ 80.00 |
| 2/15/2023 | Melissa Clark | Counsel | $ 800.00 | 0.9 | Preliminary review and categorization of time entries for motion for fees in connection with motion to compel. | $ 720.00 | Fee Motion | 100% | $ 720.00 |
| 2/15/2023 | Melissa Clark | Counsel | $ 800.00 | 2 | Revisions to L. Wang draft motion for attorneys' fees. | $ 1,600.00 | Fee Motion | 100% | $ 1,600.00 |
| 2/15/2023 | Melissa Clark | Counsel | $ 800.00 | 1.3 | Draft declaration in support of motion for attorneys' fees. Assess brief and prior work for time apportionable to successful sections. | $ 1,040.00 | Fee Motion | 100% | $ 1,040.00 |
| 2/16/2023 | Elizabeth Fegan | Partner | $ 950.00 | 1.5 | Revise fee brief and provide comments re declaration and supporting documentation | $ 1,425.00 | Fee Motion | 100% | $ 1,425.00 |
| | | | | | **MAY JUNG LLP** | | | | |
| 6/27/2022 | Je Yon Jung | Partner | $ 950.00 | 0.6 | Draft and finalize discovery letter to defense counsel | $ 570.00 | Confer | 25% | $ 142.50 |
| 6/28/2022 | Je Yon Jung | Partner | $ 950.00 | 0.2 | Meet and Confer telephone conference with defense counsel | $ 190.00 | Confer | 25% | $ 47.50 |
| 8/16/2022 | Je Yon Jung | Partner | $ 950.00 | 0.8 | Meet and Confer telephone conference with defense counsel re APP portal, defendants' objections to producing scope of portal data | $ 760.00 | Confer | 25% | $ 190.00 |
| 8/23/2022 | Je Yon Jung | Partner | $ 950.00 | 1 | Draft and finalize letter to defense counsel regarding discovery issues (portal, plaintiff's responses). | $ 950.00 | Confer | 25% | $ 237.50 |
| 9/8/22 | Je Yon Jung | Partner | $ 950.00 | 0.1 | Teleconference with co-counsel and defense counsel re case schedule, NCAA's FERPA concerns, third party subpoenas, NCAA app portal | $ 95.00 | Confer | 100% | $ 95.00 |
| 10/11/22 | Je Yon Jung | Partner | $ 950.00 | 1.5 | Review Defendants responses and supplements to determine missing data sources | $ 1,425.00 | Confer | 100% | $ 1,425.00 |
| 10/21/22 | Je Yon Jung | Partner | $ 950.00 | 2.3 | Calls w/ M. Clark and defense counsel regarding data requests; review email summary to and follow-up correspondence w/ plaintiff team and review sample portal docs produced | $ 2,185.00 | Confer | 100% | $ 2,185.00 |
| 10/24/2022 | Je Yon Jung | Partner | $ 950.00 | 0.1 | Email to case team re: NCAA data | $ 95.00 | Confer | 100% | $ 95.00 |

Case 1:20-cv-03172-RLY-MJD   Document 286-1   Filed 09/15/23   Page 7 of 7 PageID #: 17031

| Date | Name | Title | Rate | Hours | Description | Amount | Category | % | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/26/2022 | Je Yon Jung | Partner | $ 950.00 | 2.2 | Draft 30b6 notice re data and letter to defense counsel re same; correspondence w/ M. Clark re: revisions and data access | $ 2,090.00 | Confer | 100% | $ 2,090.00 | |
| 11/4/2022 | Je Yon Jung | | $ 950.00 | 0.2 | Emails w/ case team re NCAA data letter | $ 190.00 | Confer | 100% | $ 190.00 | |
| 11/11/2022 | Je Yon Jung | Partner | $ 950.00 | 0.8 | Review 11/11 correspondence and objections from defense counsel and consult with plaintiffs team | $ 760.00 | Confer | 100% | $ 760.00 | |
| 11/16/2022 | Je Yon Jung | Partner | $ 950.00 | 0.8 | Meet & confer call with defendants re data; review documents and discovery to date and ongoing deficiencies | $ 760.00 | Confer | 100% | $ 760.00 | |
| 11/17/2022 | Je Yon Jung | Partner | $ 950.00 | 0.8 | draft topics and review informal categories in lieu of 30b6, correspondence with case team re same | $ 760.00 | Confer | 100% | $ 760.00 | |
| 11/18/2022 | Je Yon Jung | Partner | $ 950.00 | 0.7 | Meet and confer with defendants re data issues | $ 665.00 | Confer | 100% | $ 665.00 | |
| 11/19/2022 | Je Yon Jung | Partner | $ 950.00 | 0.5 | Team internal emails regarding ongoing data deficiencies | $ 475.00 | Confer | 100% | $ 475.00 | |
| 11/28/2022 | Je Yon Jung | Partner | $ 950.00 | 1.3 | ongoing data review and deficiencies and review responses from defendants and confirm definciencies | $ 1,235.00 | Confer | 100% | $ 1,235.00 | |
| 11/28/2022 | Je Yon Jung | Partner | $ 950.00 | 1 | Call w/ potential database expert (.5) and related review of database emails from defense counsel (.5). | $ 950.00 | Confer | 100% | $ 950.00 | |
| 12/1/2022 | Je Yon Jung | Partner | $ 950.00 | 0.5 | call with experts and plaintiff team re: data | $ 475.00 | Confer | 100% | $ 475.00 | |
| 12/12/2022 | Je Yon Jung | Partner | $ 950.00 | 0.6 | review defense counsel's data production for completion | $ 570.00 | Confer | 100% | $ 570.00 | |
| 12/12/2022 | Je Yon Jung | Partner | $ 950.00 | 0.6 | Meet and confer with defense counsel re 12/11/2022 production | $ 570.00 | Confer | 100% | $ 570.00 | |
| 12/16/2022 | Je Yon Jung | Partner | $ 950.00 | 1.3 | meet with experts, plaintiff team regarding motion and outstanding data requests | $ 1,235.00 | Confer | 100% | $ 1,235.00 | |
| 12/19/2022 | Je Yon Jung | Partner | $ 950.00 | 2.3 | Review draft mtc and provide edits | $ 2,185.00 | Opening Motion | 75% | $ 1,638.75 | |
| 12/21/2022 | Je Yon Jung | Partner | $ 950.00 | 0.8 | call with experts regarding individual level file data production, among other things | $ 760.00 | Opening Motion | 25% | $ 190.00 | |
| 12/21/2022 | Je Yon Jung | Partner | $ 950.00 | 0.7 | finalize mtc and file | $ 665.00 | Opening Motion | 75% | $ 498.75 | |
| 1/5/2023 | Je Yon Jung | Partner | $ 950.00 | 2.3 | Review NCAA's motion to compel response and edit reply. | $ 2,185.00 | Reply | 75% | $ 1,638.75 | |
| 1/10/2023 | Je Yon Jung | Partner | $ 950.00 | 0.8 | finalize review reply to mtc | $ 760.00 | Reply | 75% | $ 570.00 | |
| 2/9/2023 | Je Yon Jung | Partner | $ 950.00 | 1.5 | review and edit fee motion and gather and provide time for fee motion | $ 1,425.00 | Fee Motion | 100% | $ 1,425.00 | |
| 2/9/2023 | Je Yon Jung | Partner | $ 950.00 | 0.5 | Plaintiffs' team meeting to discuss Ds offer for data portal mirror and insufficiency of offer | $ 475.00 | Confer | 50% | $ 237.50 | |
| 2/18/2023 | Je Yon Jung | Partner | $ 950.00 | 1 | review final draft declaration and fee brief and supporting attorney time | $ 950.00 | Fee Motion | 100% | $ 950.00 | |
| | | **TOTAL** | | **169.5** | | **$ 124,910.00** | | | **$ 108,322.50** | |