| Date | Attorney/Staff | Title | Rate | Hours | Description | Billable ($) | Category | Portion Requested | Amount Requested |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **FEGAN SCOTT LLC** | | | | |
| 3/13/2023 | Ling Wang | Associate | $550.00 | 1.1 | Email from M. Clark re fee motion, conduct research into previous case dockets to locate relevant fee motions showing billable rate, email with M. Clark re same (.8); review and analyze NCAA's opposition to fee motion (.3) | $605.00 | Fee Reply | 100% | $605.00 |
| 3/13/2023 | Melissa Clark | Counsel | $800.00 | 2.2 | Review NCAA opposition to fee motion and begin researching and drafting reply. | $1,760.00 | Fee Reply | 100% | $1,760.00 |
| 3/14/2023 | Elizabeth Fegan | Partner | $950.00 | 0.3 | Review and analyze Defendant's opposition to plaintiff's fee request, and send comments to Melissa Clark re strategy for reply. | $285.00 | Fee Reply | 100% | $285.00 |
| 3/14/2023 | Elizabeth Fegan | Partner | $950.00 | 0.5 | Review draft reply brief and provide comments; call with co counsel re same | $475.00 | Fee Reply | 100% | $475.00 |
| 3/14/2023 | Melissa Clark | Counsel | $800.00 | 4.5 | Continue drafting and researching fee reply related to motion to compel. | $3,600.00 | Fee Reply | 100% | $3,600.00 |
| 3/15/2023 | Ling Wang | Associate | $550.00 | 1.2 | Email from M. Clark re: fee motion reply, review and analyze same, edit and add citations, pull exhibits (1.1); correspondence from case team re same (.1) | $660.00 | Fee Reply | 100% | $660.00 |
| 3/15/2023 | Alissa Giler | Paralegal | $250.00 | 0.1 | Draft Proposed Order for Reply in Support of Motion for Attorneys' Fees. | $25.00 | Fee Reply | 100% | $25.00 |
| 3/15/2023 | Alissa Giler | Paralegal | $250.00 | 1.7 | Draft Declaration of Melissa Clark in Support of Reply in Further Support of Plaintiff's Motion for Attorneys' Fees. | $425.00 | Fee Reply | 100% | $425.00 |
| 3/15/2023 | Alissa Giler | Paralegal | $250.00 | 1 | Fill in and check accuracy of cites for Reply in Further Support of Motion for Attorneys' Fees. | $250.00 | Fee Reply | 100% | $250.00 |
| 3/15/2023 | Alissa Giler | Paralegal | $250.00 | 0.1 | Call with Melissa Clark regarding cites for Reply in Further Support of Motion for Attorneys' Fees. | $25.00 | Fee Reply | 100% | $25.00 |
| 3/15/2023 | Melissa Clark | Counsel | $800.00 | 2.7 | Continued research, drafting, editing fee reply brief. | $2,160.00 | Fee Reply | 100% | $2,160.00 |
| 3/15/2023 | Melissa Clark | Counsel | $800.00 | 0.4 | Revisions to declaration ISO fee reply brief. | $320.00 | Fee Reply | 100% | $320.00 |
| 3/16/2023 | Ling Wang | Associate | $550.00 | 0.2 | Email from M. Clark re decl. for fee motion reply, review same, and look for and send related time entries | $110.00 | Fee Reply | 100% | $110.00 |
| 3/16/2023 | Elizabeth Fegan | Partner | $950.00 | 0.3 | Communications with Melissa Clark re evidence of defense counsel's fees and case law concerning nationwide rates in complex litigation | $285.00 | Fee Reply | 100% | $285.00 |
| 3/16/2023 | Alissa Giler | Paralegal | $250.00 | 1.6 | Draft Proposed Order for Reply in Support of Motion for Attorneys' Fees. | $400.00 | Fee Reply | 100% | $400.00 |
| 3/16/2023 | Melissa Clark | Counsel | $800.00 | 0.3 | Continued revisions to declaration ISO fee reply brief related to successful motion to compel. | $240.00 | Fee Reply | 100% | $240.00 |
| 3/16/2023 | Melissa Clark | Counsel | $800.00 | 1.1 | Continued work on fee reply brief, including research regarding comparable billable rates and discussion w/ E. Fegan regarding strategy. | $880.00 | Fee Reply | 100% | $880.00 |
| 3/17/2023 | Melissa Clark | Counsel | $800.00 | 0.3 | Assemble and review time for declaration ISO fee reply brief and for in camera review. | $240.00 | Fee Reply | 100% | $240.00 |
| 3/17/2023 | Melissa Clark | Counsel | $800.00 | 0.8 | Continued edits to fee brief; address Casey declaration misrepresentations and confer w/ L. Wang re: same (.3); correspondence w/ A. Giler re: finalizing brief for filing (.1); review A. Giler cite checking edits and make continued revisions (.4). | $640.00 | Fee Reply | 100% | $640.00 |
| 3/17/2023 | Alissa Giler | Paralegal | $250.00 | 2.8 | Cite check and proofread Reply in Support of Motion for Attorneys' Fees. | $700.00 | Fee Reply | 100% | $700.00 |
| 3/20/2023 | Alissa Giler | Paralegal | $250.00 | 1.5 | Cite check and proofread Reply in Support of Motion for Attorneys' Fees. | $375.00 | Fee Reply | 100% | $375.00 |
| 3/20/2023 | Melissa Clark | Counsel | $800.00 | 0.9 | Final review of fee reply brief and declaration, complete updated fee request information, coordinate filing w/ A. Giler. | $720.00 | Fee Reply | 100% | $720.00 |
| | | | | | **MAY JUNG LLP** | | | | |
| 3/15/2023 | Je Yon Jung | Partner | $950.00 | 0.8 | Review draft reply brief in support of motion for fees. Follow up with co-counsel regarding same. | $760.00 | Fee Reply | 100% | $760.00 |
| | | | | 26.4 | **TOTAL** | $15,940.00 | | | $15,940.00 |