UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>*Defendant*. | Case No. 1:20-cv-03172-RLY-MJD |

### DEFENDANT NCAA'S MOTION TO EXCLUDE THE TESTIMONY AND EXPERT REPORTS OF DR. BERNARD R. SISKIN AT TRIAL

Pursuant to the Court's Order on Joint Motion for Extension of Case Management Deadlines (Dkt. No. 132), Defendant National Collegiate Athletic Association ("NCAA") hereby moves to exclude the testimony and expert reports of Plaintiff's expert witness Dr. Bernard R. Siskin ("Dr. Siskin") at trial. In support thereof, the NCAA would respectfully show the Court as follows:

The admissibility of Dr. Siskin's testimony has been fully briefed by the parties. As such, the NCAA incorporates the following by reference as if set forth fully herein: (1) the NCAA's Motion to Exclude the Testimony and Expert Reports of Dr. Bernard R. Siskin, and Brief in Support (Dkt Nos. 211, 212) and Reply Brief (Dkt No. 217); and (2) the NCAA's Motion to Exclude the Testimony and Liability Report of Dr. Bernard R. Siskin, and Brief in Support, (Dkt Nos. 260, 261) and Reply Brief (Dkt No. 283) (collectively, the "Motions to Exclude").

For the reasons set forth in the Motions to Exclude, Dr. Siskin's testimony and opinions are inadmissible under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow*

*Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). As such, the NCAA respectfully requests that the Court exclude all of Dr. Siskin's testimony and opinions at trial.

Dated: October 6, 2023                      Respectfully submitted,

**BARNES & THORNBURG LLP**

*/s/ Brian E. Casey*
Brian E. Casey
brian.casey@btlaw.com
V. Chisara Ezie-Boncoeur
cezie@btlaw.com
201 S. Main Street
South Bend, IN 46204
Telephone: (574) 233-1171
Facsimile: (574) 237-1125

- and -

Victor D. Vital
victor.vital@btlaw.com
*Admitted Pro Hac Vice*
Alicia Raines Barrs
Alicia.Rainesbarrs@btlaw.com
Ilana Zelener
Ilana.Zelener@btlaw.com
*Admitted Pro Hac Vice*
2121 N. Pearl Street, Suite 700
Dallas, TX 75201-2469
Telephone: (214) 258-4200
Facsimile: (214) 258-4199

*Counsel for Defendant the NCAA*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been filed using this court's ECF system on all counsel of record on October 6, 2023.

*/s/ Brian E. Casey*
Brian E. Casey