UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TROYCE MANASSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-03172-RLY-MJD |
| | ) | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER FOR ADDITIONAL BRIEFING ON ATTORNEY FEES**

The current fee litigation is related to Plaintiff's Motion to Compel, which was granted in part and denied in part on February 3, 2023. Plaintiff then filed a Motion for Attorney Fees. On September 1, 2023, the court granted the motion and ordered Plaintiff's counsel to provide detailed billing statements accompanied by an affidavit in support of the accuracy of that record. The court gave Defendants 21 days after receipt of the records to file a response. Thus, the state of the record includes only Plaintiff's billing statements and Defendants' response. The court needs more briefing to effectively address the issues raised by Defendants—whether the number of hours expended on the motion are reasonable and whether counsels' billing rates[1] are reasonable. Therefore, the

---

[1] In its Order on Plaintiff's Motion for Attorney Fees, the court noted that the billing rates charged by an attorney are presumptively appropriate to use as the market rate. (Filing No. 277 at 14 n.3). But that presumption is only true if the attorney has fee-paying clients. *Spegon v. Cath. Bishop of Chi.*, 175 F.3d 544, 555 (7th Cir. 1999). If the attorney does not have fee-paying clients, which may be the case here, the court looks to other evidence, including the "rates similarly experienced attorneys in the community charge paying clients for similar work." *Id.*

1

court **ORDERS** Plaintiff's counsel to file a reply to Defendants' supplemental response on or before **November 20, 2023**. Any response to Plaintiff's reply is due on or before **December 4, 2023**.

**SO ORDERED** this 6th day of November 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.