UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA,<br>individually and on behalf of all others<br>similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC<br>ASSOCIATION,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 1:20-cv-03172-RLY-MJD<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT**

Consistent with the court's order granting the Defendant's Motion for Summary Judgment, denying as moot Plaintiff's Cross Motion for Partial Summary Judgment, and denying Plaintiff's Motion for Class Certification, and as all other issues are finally resolved, the court now enters final judgment in favor of the Defendant and against the Plaintiff.

**SO ORDERED** this 9th day of February 2024.

                    RICHARD L. YOUNG, JUDGE
Roger Sharpe, Clerk         United States District Court
United States District Court      Southern District of Indiana

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.