# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| TROYCE MANASSA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No.: 1:20-cv-03172-RLY-MJD |

## PLAINTIFF'S J'TA FREEMAN'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff J'Ta Freeman hereby timely appeals to the United States Court of Appeals for the Seventh Circuit from the September 13, 2021 motion to dismiss order (ECF No. 42). Final Judgment was entered on February 9, 2024 (ECF No. 303).

Dated: March 8, 2024

Respectfully submitted,

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com

Melissa R. Clark
**FEGAN SCOTT LLC**
140 Broadway, 46th Floor
New York, NY 10005
Telephone: (347) 353-1150
Facsimile: (312) 264-0100

1

melissa@feganscott.com

Je Yon Jung
**MAY JUNG LLP**
333 City Blvd. West, Suite 327
Orange, CA 92868
Telephone: (818) 869-6476
Facsimile: (202) 618-8282
jeyon@mayjung.com

LaRuby May
Jessica H. Meeder
**MAY JUNG LLP**
2006 MLK Jr. Ave SE, Suite 210
Washington, DC 20020
Telephone: (202) 938-3524
Facsimile: (202) 618-8282
laruby@mayjung.com
jessica@mayjung.com

William N. Riley, Bar No.: 14941-49
Russell B. Cate, Bar No.: 27056-29
**RILEYCATE, LLC**
11 Municipal Drive, Ste. 320
Fishers, IN 46038
Telephone: (317) 588-2866
Facsimile: (317) 458-1875
wriley@rileycate.com
rcate@rileycate.com

*Attorneys for Plaintiff*
*and the Proposed Class*

2

## CERTIFICATE OF SERVICE

      I, Elizabeth A. Fegan, an attorney, affirm that the foregoing was filed on this day on ECF, which automatically served all counsel of record.

Dated: March 8, 2024　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Elizabeth A. Fegan*
　　　　　　　　　　　　　　　　　　　　　　　Elizabeth A. Fegan