# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 7, 2025

*By the Court*:

Nos. 24-1371, 24-1372, & 24-1373

| | |
|---|---|
| TROYCE MANASSA, and J'TA FREEMAN,<br>    *Plaintiffs - Appellants*,<br><br>and<br><br>BRENDA MCKINNEY,<br>    *Appellant*,<br><br>    v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br>    *Defendant - Appellee*. | Appeals from the United States District Court for the Southern District of Indiana, Indianapolis Division.<br><br>No. 1:20-cv-03172-RLY-MJD<br><br>Richard L. Young,<br>    *Judge*. |

Upon consideration of the **JOINT MOTION TO DISMISS APPEALS WITH PREJUDICE**, filed on July 2, 2025, by counsel for the parties,

**IT IS ORDERED** that these consolidated appeals are voluntarily **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

July 7, 2025

To: Kristine L. Seufert
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis, IN 46204-0000

Nos. 24-1371, 24-1372, & 24-1373

| | |
|---|---|
| TROYCE MANASSA, and J'TA FREEMAN,<br>    *Plaintiffs - Appellants*,<br><br>and<br><br>BRENDA MCKINNEY,<br>    *Appellant*,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br>    *Defendant - Appellee*. | Appeals from the United States District Court for the Southern District of Indiana, Indianapolis Division.<br><br>No. 1:20-cv-03172-RLY-MJD<br><br>Richard L. Young,<br>    *Judge*. |

Herewith is the mandate of this court in these appeals, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                    no record to be returned

form name: **c7_Mandate**    (form ID: **135**)